A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Robert Bethea

        Plaintiff(s)  )  **APPEARANCE**
)
)
        vs.  )  CASE NUMBER   1:07-cv-00386-RCL
District of Columbia, et. al.  )
)
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Ivy A. Lange  as counsel in this
(Attorney's Name)

case for:  Plaintiff, Robert Bethea
(Name of party or parties)

02/27/2007
Date

_(signature)_
Signature

Ivy A. Lange
Print Name

DC Bar # 488147
BAR IDENTIFICATION

11 Dupont Circle, NW, Suite 400
Address

Washington, DC 20036
City    State    Zip Code

(203) 319-1000
Phone Number