UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROBERT BETHEA,** | ) | |
| Plaintiff, | ) | C.A. No. 07-0386 (RCL) |
| v. | ) | |
| **DISTRICT OF COLUMBIA,** *et al.,* | ) | |
| Defendants. | ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN
EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

Defendant District of Columbia ("District"), by and through undersigned counsel, respectfully requests that the Court grant it an additional thirty (30) days to file a responsive pleading in the above-captioned matter. In support thereof, the District states as follows:

1. This matter was filed on February 22, 2007. The Office of the Attorney General recently received the Complaint. Although affidavits of service have not yet been filed, it appears that the District's Answer to the Complaint may be due on March 26, 2007.

2. In order to investigate the allegations set forth in the Complaint and to resolve representation issues arising from the District's contracts with Defendant Corrections Corporation of America and Defendant Center for Correctional Health and Policy Studies, the District requires an additional thirty (30) days to file a responsive pleading.

3.      By filing this Motion, the District does not waive its right to proper service, or the right to move to dismiss on this ground or any other ground.

4.      Counsel for Plaintiff consents to the relief requested herein.

5.      Because Plaintiff consents to the extension and no other Defendant has entered an appearance in this matter, the District submits that no party will be prejudiced by the requested extension.

Thus, the District requests that it be granted up to and including April 25, 2007 to file a responsive pleading in the above referenced matter.

>Respectfully submitted,
>
>LINDA SINGER
>Acting Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>  /s/  Nicole L. Lynch
>NICOLE L. LYNCH (471953)
>Chief, Section II
>
>  /s/  Shana L. Frost
>SHANA L. FROST (458021)
>Assistant Attorney General
>441 4th Street, NW, 6th Floor South
>Washington, DC 20001
>(202) 724-6534
>Fax:  (202) 727-3625
>shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT BETHEA, | ) |
| Plaintiff, | ) C.A. No. 07-0386 (RCL) |
| v. | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

**POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 12.

3. The interests of justice and the record herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

  /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II

  /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

3