# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT BETHEA, | : |
| Plaintiff, | : |
| v. | : Case No.: 07-0386 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers, to be delivered via United States certified mail to:

> Linda Singer
> Attorney General
> Office of Corporation Counsel
> 441 4th Street, N.W., Suite 6000
> Washington, D.C. 20001
> SERVED: March 2, 2007

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

Respectfully submitted,

*/s/ Eric Dubelier*
Eric Dubelier, DC. Bar # 419412
Reed Smith, LLP
Counsel for Robert Bethea
1301 K Street, N.W.
East Tower – Suite 1100
Washington, D.C. 20005
(202) 414-9200

Dated: March 23, 2007                    Counsel for Plaintiff

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Linda Singer, Attorney General
Office of Corporation Counsel
441 4th Street, N.W., Suite 6000
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery: 3-2-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0000 2189 3798

PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1540