UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT BETHEA,<br><br>      Plaintiff,<br><br>      v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>      Defendants.<br>_____ | :<br>:<br>:<br>:<br>:<br>:<br>:   Case No.: 07-0386 (RCL)<br>:<br>:<br>:<br>: |

**PROOF OF SERVICE**

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers, to be delivered via United States certified mail to:

> Linda Singer
> Attorney General
> Office of Corporation Counsel
> 441 4th Street, N.W., Suite 6000
> Washington, D.C. 20001
> SERVED: March 2, 2007

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

                                            Respectfully submitted,

                                            */s/ Eric Dubelier*
                                            Eric Dubelier, DC. Bar # 419412
                                            Reed Smith, LLP
                                            Counsel for Robert Bethea
                                            1301 K Street, N.W.
                                            East Tower – Suite 1100
                                            Washington, D.C. 20005
                                            (202) 414-9200

Dated: March 23, 2007                                          Counsel for Plaintiff

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Linda Singer, Attorney General
Office of Corporation Counsel
441 4th Street, N.W., Suite 6000
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): _[illegible]_
C. Date of Delivery: 3-2-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0000 2189 3798

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540