# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Bethea,<br><br>              Plaintiff,<br><br>    v.<br><br>District of Columbia, Corrections Corporation of America, Inc., Center for Correctional Health and Policy Studies, Inc., Warden Douglas Caulfield, Correctional Officer Roger Sinclair, Correctional Officer Bonnie Scott, Correctional Officer Nicole Hines,<br><br>              Defendants. | No. 1:07-cv-00386 RCL |

## DEMAND FOR JURY TRIAL BY DEFENDANTS CORRECTIONS CORPORATION OF AMERICA, THE DISTRICT OF COLUMBIA, DOUGLAS CAULFIELD, ROGER SINCLAIR, BONNIE SCOTT AND NICOLE HINES

Pursuant to Rule 38, Federal Rules of Civil Procedure, Defendants Corrections Corporation of America, the District of Columbia, Douglas Caulfield, Roger Sinclair, Bonnie Scott and Nicole Hines, by their attorneys, Jones, Skelton & Hochuli, request a trial by jury of all triable issues in the above-captioned matter.

Dated: April 27, 2007
                                        JONES, SKELTON & HOCHULI, P.L.C.

                                        /s/Jennifer L. Holsman
                                        Daniel P. Struck, Bar No. CO0037
                                        Rachel Love Halvorson, AZ Bar No. 019881
                                        Jennifer L. Holsman, Bar No. 495296
                                        2901 North Central Avenue, Suite 800
                                        Phoenix, Arizona 85012
                                        Telephone:   (602) 263-1700
                                        Facsimile:    (602) 263-1784
                                        Attorneys for Defendants CCA, District of
                                        Columbia, Caulfield, Scott, Sinclair and Hines

- 2 -

ORIGINAL of the foregoing
E-filed this 27th day of April, 2007.

By      /s/Jennifer L. Holsman

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2007 a copy of the foregoing Demand For Jury Trial By Defendants Corrections Corporation of America, the District of Columbia, Douglas Caulfield, Roger Sinclair, Bonnie Scott and Nicole Hines was served by First Class U.S. Mail on the following parties:

>Eric A. Dubelier, Esq.
>REED SMITH
>East Tower
>1301 K Street, N.W.
>Washington, DC   20005
>
>Ivy Ann Lange, Esq.
>WASHINGTON LAWYERS' COMMITTEE FOR
>    CIVIL RIGHTS AND URBAN AFFAIRS
>11 Dupont Circle, N.W.
>Suite 400
>Washington, DC   20036
>
>Attorneys for Plaintiff, *Robert Bethea*

Shana Lynn Frost, Esq.
OFFICE OF THE ATTORNEY GENERAL FOR THE
    DISTRICT OF COLUMBIA
441 Fourth Street
6th Floor South
Washington, DC   20001

Attorneys for Defendant, *District of Columbia*

Paul J. Maloney, DC Bar No. 362533
Colleen Durbin, DC Bar No. 500039
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC   20036


                                                      s/  Jennifer L. Holsman

1771835.1