# UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROBERT BETHEA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Case No.:  07-0386 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| | : | |
| | : | |
| | : | |

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related

papers, to be delivered via United States certified mail to:

> Center for Correctional Health and Policy Studies, Inc.
> Serve: CT Corporation
> 1015 15th Street, N.W., Suite 1000
> Washington, D.C. 20005

> SERVED:  April 26, 2007

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic

Return Receipt as Proof of Service.

Respectfully submitted,

*/s/ Eric Dubelier*
Eric Dubelier, DC. Bar # 419412
Reed Smith, LLP
Counsel for Robert Bethea
1301 K Street, N.W.
East Tower – Suite 1100
Washington, D.C.  20005
(202) 414-9200

Dated: April 30, 2007

Counsel for Plaintiff



**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X  ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Center for Correctional Health
   and Policy Studies, Inc.
Serve: CT Corporation System
1015 15th Street, N.W.
Suite 1000
Washington, D.C.    20005

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*   7003 0500 0002 0350 4955

PS Form 3811, August 2001        Domestic Return Receipt        102595-01-M-2509



UNITED STATES POSTAL SERVICE
SOUTHERN MD 207

26 APR 2007 PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Elizabeth Reidy
Reed Smith, LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C.    20005