IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT BETHEA, )<br>)<br>          Plaintiff, )<br>)<br>     v. )<br>)<br>DISTRICT OF COLUMBIA, et al. )<br>)<br>          Defendants. )<br>) | Case No.: 1:07-00386 (RCL) |

## NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6, Jacqueline E. Bennett hereby notifies the Court and all parties of the entry of her appearance as additional counsel along with Eric Dubelier, Esq. and Ivy A. Lange, Esq. for Plaintiff Robert Bethea in this action.  No trial date has been set.

Respectfully submitted,

       */s/* Jacqueline E. Bennett_____
Eric Dubelier
(D.C. Bar N. 419412)
Jacqueline E. Bennett, Esq.
(D.C. Bar No. 474355)
Reed Smith, LLP
1301 K Street, N.W.
East Tower – Suite 1100
Washington, D.C.  20005
(202) 414-9200

Philip Fornaci, DC Bar # 434824
Ivy A. Lange, DC Bar # 488147
Washington Lawyers' Committee for
Civil Rights & Urban Affairs
Counsel for Robert Bethea
11 Dupont Circle, N.W.

                                            Suite 400
                                            Washington, D.C. 20036

                                            Counsel for Plaintiff Robert Bethea

Dated:  May 2, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this Notice of Appearance was served, via electronic filing, on the 2nd day of May, 2007 on those parties who have entered their appearance in this action.

                                                                  */s/* Jacqueline E. Bennett
                                                                  Jacqueline E. Bennett