UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ROBERT BETHEA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : 1:07CV00386 |
| | : Judge Royce C. Lamberth |
| CORRECTIONS CORPORATION OF | : |
| AMERICA, et al., | : |
| | : |
| Defendants. | : |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Mariana D. Bravo, Esquire and Paul J. Maloney, Esquire as co-counsel for Corrections Corporation of America, the District of Columbia, Douglas Caulfield, Nicole Hines, Roger Sinclair, and Bonnie Scott.

Respectfully submitted,

CARR MALONEY P.C.                                CARR MALONEY P.C.

_____                        _____
Paul J. Maloney, #362533                         Mariana D. Bravo, #437809
1615 l Street, N.W., Suite 500                   1615 L Street, N.W.
Suite 500                                        Suite 500
Washington, D.C. 20036                           Washington, D.C. 20036
(202) 310-5500 (telephone)                       (202) 310-5500 (telephone)
(202) 310-5555 (facsimile)                       (202) 310-5555 (facsimile)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was filed electronically and e-mailed on this 3rd day of May, 2007 to:

Eric Dubelier, Esquire
Reed Smith LLP
1301 K Street, N.W.
Suite 1100, East Tower
Washington, D.C. 20005

Ivy Ann Lange, Esquire
Washington Lawyers' Committee for
 Civil Rights and Urban Affairs
11 DuPont Circle, N.W., Suite 400
Washington, D.C. 20036

Shana Lynn Frost, Esquire
Office of the Attorney General for the
 District of Columbia
441 Fourth Street, 6th Floor South
Washington, D.C. 20001

Daniel P. Struck, Esquire
Rachel Halvorson, Esquire
Jennifer Holsman, Esquire
Jones Skelton & Hochuli, PLC
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012


　　　／s／ Mariana D. Bravo
　　　Mariana D. Bravo