UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Robert Bethea                      )
                                   )
         Plaintiff,                )
                                   )
     v.                            )   Case No.: 1:07-00386 (RCL)
                                   )
District of Columbia, et al.,      )
                                   )
         Defendants                )
                                   )

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff Robert Bethea ("Plaintiff") and Defendants District of Columbia, Corrections Corporation of America, Douglas Caulfield, Roger Sinclair, Bonnie Scott and Nicole Hines (hereinafter "Defendants"), by and through undersigned counsel and pursuant to Local Rule of Civil Procedure 16.3, respectfully move this Court for an Order enlarging time for Plaintiff and Defendants to comply with Local Rule 16.3 and this Court's May 2, 2007. In support of their Motion, Plaintiff and Defendants request a two week enlargement of time up to and including May 31, 2007 in which to hold a Local Rule 16.3 Conference. Further, Plaintiff and Defendants respectfully request a two week enlargement of time up to and including June 12, 2007 in which to file a report and a proposed scheduling order with the Court. In support thereof, Plaintiff and Defendants jointly state the following:

1.      Plaintiff sent Defendant Center for Correctional Health and Policy Studies, Inc. ("CCHPS") a waiver of summons on March 15, 2007 via certified mail, return receipt requested. As Defendant CCHPS never responded to the waiver of summons, Plaintiff served its Resident Agent with a Complaint and Summons on April 20, 2007 via certified mail, return receipt

- 2 -

requested. Plaintiff received the return receipt, postmarked April 26, 2007. Defendant CCHPS' Answer is due May 16, 2007.

2. Pursuant to this Court's Order of May 2, 2007, the parties must hold a Meet and Confer conference by May 17, 2007 and file a Report and Proposed Scheduling Order by May 29, 2007.

3. Local Rule 16.3 states that "any party may move to extend the deadline to a time fixed by the court on the ground that another defendant has not been served or has not yet appeared in the case, or for other sufficient reasons."

4. Plaintiff and Defendants therefore request additional time under Local Rule 16.3, in order to allow Defendant CCHPS opportunity to respond to the Complaint and appear in this action.

4. Counsel for Plaintiff and Counsel for Defendants District of Columbia, Corrections Corporation of America, Douglas Caulfield, Roger Sinclair, Bonnie Scott and Nicole Hines jointly file this Motion.

WHEREFORE, the Plaintiff and Defendants request that their joint motion for an enlargement of time be granted, that they be given up to and including May 31, 2007 in which to meet and confer and up to and including June 12, 2007 in which to file their report and proposed scheduling order with this Court, pursuant to Local Rule 16.3.

- 3 -

Respectfully submitted,

__/s/ Jennifer Holsman__	/s/Jacqueline E. Bennett

Daniel P. Struck, Bar. No C0037
Rachel Halverson, Pro Hac Vice
Jennifer Holsman, Bar. No 495296
JONES, SKELTON, & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: 602-263-1700
Facsimile: 602-263-1784

Paul J. Maloney, Bar No. 362533
Colleen Durbin, Bar No. 5000039
CARR MALONEY, P.C.
1615 L Street, NW
Washington, DC 20036
Telephone: 202-310-5500
Facsimile: 202-310-5555

Counsel for Defendants District of Columbia, Corrections Corporation of America, Douglas Caulfield, Roger Sinclair, Bonnie Scott and Nicole Hines

Eric Dubelier
(D.C. Bar No. 419412)
Jacqueline E. Bennett, Esq.
(D.C. Bar No. 474355)
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
Tel: (202) 414-9200
Facsimile: (202) 414-9299

Philip Fornaci
(D.C. Bar No. 434824)
Ivy A. Lange
(D.C. Bar No. 488147)
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036

Counsel for Plaintiff Robert Bethea

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Joint Motion for Enlargement of Time was served, via electronic filing, on the ___ day of May, 2007 on those parties who have entered their appearance in this action, and via first class mail, postage prepaid on the following:

Center for Correctional Health and Policy Studies
Serve: CT Corporation
1015 15th Street, N.W.
Suite 1000
Washington, D.C. 20005

                                                          */s/ Jacqueline E. Bennett*
                                                           Jacqueline E. Bennett

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Bethea | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:07-00386 (RCL) |
| | ) |
| District of Columbia, et al., | ) |
| | ) |
| Defendants | ) |

## ORDER FOR ENLARGEMENT OF TIME TO COMPLY WITH RULE 16.3

AND NOW, this ____ day of _____, 2007, upon consideration of the parties' joint motion for enlargement of time to comply with LCvRP 16.3, and this Court's May 2 order to meet and confer and file a proposed schedule, it is hereby ORDERED that said motion is GRANTED. Parties shall hold the 16.3 conference no later than May 31, 2007 and file a report and proposed scheduling order by June 12, 2007.

_____

ROYCE C. LAMBERTH

United States District Judge