**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                      )
**ROBERT BETHEA,**                        )
                                                      )
   **Plaintiff,**                         )
                                                      )
      **v.**                              )          **Civil Action No. 07-0386 (RCL)**
                                                      )
**DISTRICT OF COLUMBIA,** _et al._,    )
                                                      )
   **Defendants.**                     )
_____)

**ORDER**

Upon consideration of the parties' joint motion [21] for enlargement of time to comply

with Local Civil Rule 16.3, and this Court's May 2, 2007 Order to meet and confer and file a

proposed schedule, it is hereby

ORDERED, that the motion [21] is GRANTED; and it is further

ORDERED, that the parties shall hold the Rule 16.3 conference no later than May 31,

2007 and file a report and proposed scheduling order by June 12, 2007.  The Proposed

Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or

Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 15, 2007.