**CT**
a Wolters Kluwer business

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

May 22, 2007

**RECEIVED**
MAY 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attention
District Court
United States Courthouse,
1225 E. Barrett Prettyman,
333 Constitution Avenue, N.W.,
Washington, DC 20001

Re: Center for Correctional health & Policy Studies, Inc.

Title of Action: Robert Bethea, Pltf. vs. District of Columbia, et al., including Center for Correctional Health and Policy Studies, Dfts., 1:07-00386

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Louis Lange
Fulfillment Specialist

Log# 512228247

Attention
cc: Jacqueline E. Bennett
    Reed Smith LLP
    1301 K Street, NW,
    Ste. 1100,
    East Tower,
    Washington, DC 20005

Federal Express Tracking #7916 9223 6501

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
05/16/2007
Log Number 512228247

**TO:** Jacqueline Abacchus
Center for Correctional health & Policy Studies, Inc.
316 F Street Northeast
Washington, DC, 20002

**RE: Process Served in District of Columbia**

**FOR:** Center for Correctional health & Policy Studies, Inc. (Domestic State: DC)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Robert Bethea, Pltf. vs. District of Columbia, et al., including Center for Correctional Health and Policy Studies, Dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Joint Motion, Certificate of Service, Order for Enlargement |
| **COURT/AGENCY:** | District Court, DC Case # 1:07-00386 |
| **NATURE OF ACTION:** | Order enlarging time for Plaintiff and Defendants to comply with Local Rule 16.3 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Washington, DC |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 05/15/2007 postmarked on 05/11/2007 |
| **APPEARANCE OR ANSWER DUE:** | 16.3 Conference no later than May 31, 2007 |
| **ATTORNEY(S) / SENDER(S):** | Jacqueline E. Bennett Reed Smith LLP 1301 K Street, NW Ste. 1100 East Tower Washington, DC, 20005 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790741024243 |
| **SIGNED:** | C T Corporation System |
| **PER:** | Mark Diffenbaugh |
| **ADDRESS:** | 1015 15th Street, N.W. Suite 1000 Washington, DC, 20005 |
| **TELEPHONE:** | 202-572-3133 |

Page 1 of 1 / LL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.