UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT BETHEA,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0386 (RCL) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

Plaintiff shall, within five (5) days of this date, set forth how he expects to proceed regarding defendant Center for Correctional Health and Policy Studies.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, June 5, 2007.