## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Bethea | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:07-00386 (RCL) |
| | ) | |
| District of Columbia, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## PLAINTIFF'S RESPONSE TO COURT ORDER OF JUNE 5, 2007

Plaintiff Robert Bethea ("Plaintiff"), by and through undersigned counsel, hereby notifies this Court, pursuant to this Court's Order dated June 5, 2007, that he intends to file a Motion for Default Judgment against the Center for Correctional Health and Policy Studies ("CCHPS").

Plaintiff sent CCHPS a waiver of summons on March 15, 2007 via certified mail, return receipt requested. As Defendant CCHPS never responded to the waiver of summons, Plaintiff served its Resident Agent with a Complaint and Summons on April 20, 2007 via certified mail, return receipt requested, as permitted by the Federal Rules. Plaintiff received the return receipt, postmarked April 26, 2007, and subsequently filed this receipt as proof of service with this Court. Defendant CCHPS' Answer was due May 16, 2007.

Undersigned counsel contacted counsel for the District of Columbia, Corrections Corporation of America and the individual defendants regarding CCHPS (collectively, "Defendants"). Ms. Jennifer Holsman, counsel for Defendants, spoke with Mr. Anthony Towns, who had previously served as counsel for CCHPS, on May 16, 2007. Mr. Towns indicated to the undersigned that CCHPS never received the Complaint and Summons from the resident agent, as

it was likely sent to a prior address.  Undersigned counsel sent Mr. Towns a copy of the

Complaint and Proof of Service via electronic mail on May 16, 2007.  An attorney from Reed

Smith contacted Mr. Towns on Thursday, June 7, 2007 and left him a message in order to

determine whether he planned to enter his appearance on behalf of CCHPS.  To date, Mr. Towns

has not responded.

Prior to sending the Complaint and Summons to CCHPS' resident agent, undersigned

counsel verified the corporate status of the corporation, both to see whether it was still active and

to ensure that the appropriate address of the resident agent.  Currently, CCHPS is still listed as an

"Active" corporation on the District of Columbia website.

As such, because Defendant CCHPS has failed to respond despite proper service,

Plaintiff intends to file a Motion for Entry of Default against it.

Respectfully submitted,


*/s/ Ivy A. Lange*_____
Eric Dubelier
(D.C. Bar N. 419412)
Jacqueline E. Bennett, Esq.
(D.C. Bar No. 474355)
Reed Smith, LLP
1301 K Street, N.W.
East Tower – Suite 1100
Washington, D.C.  20005
(202) 414-9200

Philip Fornaci, DC Bar # 434824
Ivy A. Lange, DC Bar # 488147
Washington Lawyers' Committee for
Civil Rights & Urban Affairs
Counsel for Robert Bethea
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036

Counsel for Plaintiff Robert Bethea

Dated: June 11, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Response to Court Order of June 5, 2007, was served, via electronic filing, on the 11th day of June, 2007 on those parties who have entered their appearance in this action, and via first class mail to:

Center for Correctional Health and Policy Studies
Serve: CT Corporation
1015 15th Street, N.W.
Suite 1000
Washington, D.C. 20005

/s/ Ivy A. Lange



| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT |

**WELCOME TO WASHINGTON**
**District of Columbia**



**MAYOR**
**Adrian M. Fenty**

## Organization Information



**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review
 Status
Permits

**INFORMATION**

**ONLINE SERVICE
REQUESTS**

## Online Organization Registration
### Search Registered Organizations

**Organization Details - Step** [1] [2] [3]

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | | Registered Agent |
|---|---|---|
| **Organization Name:** | CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC. | C T Corporation System<br>1015 15th Street, N.W. Ste. 1000<br>Washington, DC 20005 |
| **State:** | DC | |
| **Status:** | ACTIVE | |
| **Initial Date of Registration:** | 7/30/1999 | |
| **File No.:** | 992335 | |
| **Organization Type:** | DOMESTIC NON PROFIT CORPORATION | |

| << Back to Main Page | < Return To Search Results | Print Results |
|---|---|---|
| New Search | | |

For more information, contact the BBL Info Center at (202) 442-4432 or Ask the Director .

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by
Topic | Agencies | DC
Council | Search |
Elected Officials

Feedback | Translation
| Accessibility | Privacy
& Security | Terms &
Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004