UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Bethea, | ) |
|     Plaintiff, | ) |
| v. | ) Case No.: 1:07-00386 (RCL) |
| District of Columbia, et al., | ) |
|     Defendants | ) |

**MOTION FOR ENTRY OF DEFAULT**

Plaintiff, Robert Bethea, through the undersigned counsel, hereby moves, pursuant to Federal Rule of Civil Procedure 55(a), for entry of default against Defendant Center for Correctional Health and Policy Studies (CCHPS). A supporting Statement of Points and Authorities is attached. As prescribed by Local Civil Rule 7.1(m), the undersigned conferred with those parties as have answered on June 11, 2007. Those Defendants that have answered oppose the motion.

                                                                                        Respectfully submitted,

                                                                                        */s/ Ivy A. Lange*
                                                                                        Eric Dubelier, D.C. Bar # 419412)
Jacqueline E. Bennett, Esq.
D.C. Bar # 474355
Reed Smith, LLP
1301 K Street, N.W.
East Tower – Suite 1100
Washington, D.C. 20005
(202) 414-9200

Philip Fornaci, DC Bar # 434824
Ivy A. Lange, DC Bar # 488147
Washington Lawyers' Committee for
Civil Rights & Urban Affairs

1

11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Response to Court Order of June 5, 2007, was served, via electronic filing, on the 12th day of June, 2007 on those parties who have entered their appearance in this action, and via first class mail to:

Center for Correctional Health and Policy Studies
Serve: CT Corporation
1015 15th Street, N.W.
Suite 1000
Washington, D.C. 20005

                                                 /s/ Ivy A. Lange

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Bethea, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:07-00386 (RCL) |
| | ) |
| District of Columbia, et al., | ) |
| | ) |
| Defendants | ) |

**STATEMENT OF POINTS AND AUTHORIEIS IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Pursuant to Local Rule 7(a), Plaintiffs hereby submit this Statement of Points and Authorities in support of their Motion for Entry of Default Judgment under Fed. R. Civ. P. 55(a).

Plaintiff filed suit in this case on February 22, 2007. Plaintiff sent Center for Correctional Health and Policy Studies (CCHPS) a waiver of summons on March 15, 2007 via certified mail, return receipt requested. As Defendant CCHPS never responded to the waiver of summons, Plaintiff served its Resident Agent with a Complaint and Summons on April 20, 2007 via certified mail, return receipt requested, as permitted by the Federal Rules. Plaintiff received the return receipt, postmarked April 26, 2007, and subsequently filed this receipt as proof of service with this Court. Defendant CCHPS' Answer was due May 16, 2007.

Prior to sending the Complaint and Summons to CCHPS' resident agent, Plaintiff's counsel verified the corporate status of the corporation, both to see whether it

1

was still active and to ensure that the appropriate address of the resident agent. Currently, CCHPS is still listed as an "Active" corporation on the District of Columbia website.

As such, because Defendant CCHPS has failed to respond despite proper service, has never answered or moved to dismiss this case, and has failed to defend entirely.

In view of the foregoing, Plaintiff requests that a default be entered against CCHPS. At such time as default is entered, the Plaintiff will move that judgment be entered pursuant to Fed. R. Civ. P. 55(b) with accompanying affidavit.

Respectfully submitted,

/s/ Ivy A. Lange
Eric Dubelier, D.C. Bar # 419412)
Jacqueline E. Bennett, Esq.
D.C. Bar # 474355
Reed Smith, LLP
1301 K Street, N.W.
East Tower – Suite 1100
Washington, D.C. 20005
(202) 414-9200

Philip Fornaci, DC Bar # 434824
Ivy A. Lange, DC Bar # 488147
Washington Lawyers' Committee for
Civil Rights & Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Bethea, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:07-00386 (RCL) |
| | ) |
| District of Columbia, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER**

It is hereby ORDERED that, pursuant to Fed. R. Civ. P. 55 (a) that default be entered against defendant Center for Correctional Health and Policy Studies in the above captioned case, this _____ day of _____, 2007.

_____
Royce C. Lamberth
United States District Judge