**CT**
a Wolters Kluwer business

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

June 14, 2007

Attention
District Court
United States Courthouse,
1225 E. Barrett Prettyman,
333 Constitution Avenue, N.W.,
Washington, DC 20001

Re: Center for Correctional health & Policy Studies, Inc.

Title of Action: Robert Bethea, Pltf. vs. District of Columbia, et al., including Center for Correctional Health and Policy Studies, Dfts., 1:07-00386

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Melanie Henderson
Fulfillment Specialist

Log# 512313023

Attention
cc: Ivy A. Lange
    Washington Lawyers' Committee for Civil Rights & Urban Affairs
    11 DuPont Circle, N.W.,
    Suite 400,
    Washington, DC 20036

Federal Express Tracking # 7991 5836 0452

**RECEIVED**
JUN 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


**WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS & URBAN AFFAIRS**

June 11, 2007

Center for Correctional Health and Policy Studies
Serve: CT Corporation
1015 15th Street, NW
Suite 1000
Washington, DC 20005

To Whom It May Concern:

    Enclosed please find filings for the case Bethea v. District of Columbia, et. al., in which the Center for Correctional Health and Policy Studies (CCHPS) is a named defendant. We are aware that CT Corporation considers this agency to be a "dead end," and has notified the court that CT has no forwarding address for CCHPS. However, we are unable to locate anyone else upon whom to serve court documents. CT Corporation is still listed as the Registered Agent for CCHPS, and CCHPS is still recorded as "ACTIVE" on the District of Columbia's web page. As such, we are left with no alternative but to hope that CT can locate someone with connections to this organization. Should you need to contact me, my number is 202-319-1000.

Sincerely,

Ivy A. Lange
Staff Attorney

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Bethea | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:07-00386 (RCL) |
| | ) | |
| District of Columbia, et al., | ) | |
| | ) | |
| Defendants | ) | |

## PLAINTIFF'S RESPONSE TO COURT ORDER OF JUNE 5, 2007

Plaintiff Robert Bethea ("Plaintiff"), by and through undersigned counsel, hereby notifies this Court, pursuant to this Court's Order dated June 5, 2007, that he intends to file a Motion for Default Judgment against the Center for Correctional Health and Policy Studies ("CCHPS").

Plaintiff sent CCHPS a waiver of summons on March 15, 2007 via certified mail, return receipt requested. As Defendant CCHPS never responded to the waiver of summons, Plaintiff served its Resident Agent with a Complaint and Summons on April 20, 2007 via certified mail, return receipt requested, as permitted by the Federal Rules. Plaintiff received the return receipt, postmarked April 26, 2007, and subsequently filed this receipt as proof of service with this Court. Defendant CCHPS' Answer was due May 16, 2007.

Undersigned counsel contacted counsel for the District of Columbia, Corrections Corporation of America and the individual defendants regarding CCHPS (collectively, "Defendants"). Ms. Jennifer Holsman, counsel for Defendants, spoke with Mr. Anthony Towns, who had previously served as counsel for CCHPS, on May 16, 2007. Mr. Towns indicated to the undersigned that CCHPS never received the Complaint and Summons from the resident agent, as

it was likely sent to a prior address. Undersigned counsel sent Mr. Towns a copy of the Complaint and Proof of Service via electronic mail on May 16, 2007. An attorney from Reed Smith contacted Mr. Towns on Thursday, June 7, 2007 and left him a message in order to determine whether he planned to enter his appearance on behalf of CCHPS. To date, Mr. Towns has not responded.

Prior to sending the Complaint and Summons to CCHPS' resident agent, undersigned counsel verified the corporate status of the corporation, both to see whether it was still active and to ensure that the appropriate address of the resident agent. Currently, CCHPS is still listed as an "Active" corporation on the District of Columbia website.

As such, because Defendant CCHPS has failed to respond despite proper service, Plaintiff intends to file a Motion for Entry of Default against it.

                                Respectfully submitted,

                                */s/ Ivy A. Lange*
                                Eric Dubelier
                                (D.C. Bar N. 419412)
                                Jacqueline E. Bennett, Esq.
                                (D.C. Bar No. 474355)
                                Reed Smith, LLP
                                1301 K Street, N.W.
                                East Tower – Suite 1100
                                Washington, D.C. 20005
                                (202) 414-9200

                                Philip Fornaci, DC Bar # 434824
                                Ivy A. Lange, DC Bar # 488147
                                Washington Lawyers' Committee for
                                Civil Rights & Urban Affairs
                                Counsel for Robert Bethea
                                11 Dupont Circle, N.W.
                                Suite 400
                                Washington, D.C. 20036

Counsel for Plaintiff Robert Bethea

Dated: June 11, 2007

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Response to Court Order of June 5, 2007, was served, via electronic filing, on the 11th day of June, 2007 on those parties who have entered their appearance in this action, and via first class mail to:

Center for Correctional Health and Policy Studies
Serve: CT Corporation
1015 15th Street, N.W.
Suite 1000
Washington, D.C. 20005

                 _____/s/ Ivy A. Lange_____




## Organization Information

**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review
  Status
Permits

**INFORMATION**

**ONLINE SERVICE REQUESTS**

### Online Organization Registration
**Search Registered Organizations**

**Organization Details - Step** 1  2  **3**



To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| **Organization** | | **Registered Agent** |
|---|---|---|
| Organization Name: | CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC. | C T Corporation System<br>1015 15th Street, N.W. Ste. 1000<br>Washington, DC 20005 |
| State: | DC | |
| Status: | ACTIVE | |
| Initial Date of Registration: | 7/30/1999 | |
| File No.: | 992335 | |
| Organization Type: | DOMESTIC NON PROFIT CORPORATION | |

[ << Back to Main Page ]  [ < Return To Search Results ]  [ Print Results ]
[ New Search ]

For more information, contact the BBL Info Center at (202) 442-4432 or Ask the Director.

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials

Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004