**CT**
a Wolters Kluwer business

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

June 14, 2007

Attention
District Court
United States Courthouse,
1225 E. Barrett Prettyman,
333 Constitution Avenue, N.W.,
Washington, DC  20001

Re:  Center for Correctional health & Policy Studies, Inc.

Title of Action:  Robert Bethea, Pltf. vs. District of Columbia, et al., including Center for Correctional Health and Policy Studies, Dfts. , 1:07-00386

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Melanie Henderson
Fulfillment Specialist

Log# 512312931

Attention
cc:  Ivy A. Lange
     Washington Lawyers' Committee for Civil Rights & Urban Affairs
     11 DuPont Circle, N.W.,
     Suite 400,
     Washington, DC  20036

Federal Express Tracking # 7991 5836 0452

**RECEIVED**

JUN 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**WASHINGTON LAWYERS' COMMITTEE**
**FOR CIVIL RIGHTS & URBAN AFFAIRS**

June 12, 2007

Center for Correctional Health and Policy Studies
Serve: CT Corporation
1015 15th Street, NW
Suite 1000
Washington, DC 20005

To Whom It May Concern:

     Enclosed please find filings for the case Bethea v. District of Columbia, et. al., in which the Center for Correctional Health and Policy Studies (CCHPS) is a named defendant. We are aware that CT Corporation considers this agency to be a "dead end," and has notified the court that CT has no forwarding address for CCHPS. However, we are unable to locate anyone else upon whom to serve court documents. CT Corporation is still listed as the Registered Agent for CCHPS, and CCHPS is still recorded as "ACTIVE" on the District of Columbia's web page. As such, we are left with no alternative but to hope that CT can locate someone with connections to this organization. Should you need to contact me, my number is 202-319-1000.

                         Sincerely,

                         Ivy A. Lange
                         Staff Attorney

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Bethea,<br><br>       Plaintiff,<br><br>       v.<br><br>District of Columbia, et al.,<br><br>       Defendants | )<br>)<br>)<br>)<br>)<br>)    Case No.: 1:07-00386 (RCL)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ENTRY OF DEFAULT

Plaintiff, Robert Bethea, through the undersigned counsel, hereby moves, pursuant to Federal Rule of Civil Procedure 55(a), for entry of default against Defendant Center for Correctional Health and Policy Studies (CCHPS). A supporting Statement of Points and Authorities is attached. As prescribed by Local Civil Rule 7.1(m), the undersigned conferred with those parties as have answered on June 11, 2007. Those Defendants that have answered oppose the motion.

Respectfully submitted,

*/s/ Ivy A. Lange*
Eric Dubelier, D.C. Bar # 419412)
Jacqueline E. Bennett, Esq.
D.C. Bar # 474355
Reed Smith, LLP
1301 K Street, N.W.
East Tower – Suite 1100
Washington, D.C. 20005
(202) 414-9200

Philip Fornaci, DC Bar # 434824
Ivy A. Lange, DC Bar # 488147
Washington Lawyers' Committee for
Civil Rights & Urban Affairs

1

11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Response to Court Order

of June 5, 2007, was served, via electronic filing, on the 12th day of June, 2007 on those

parties who have entered their appearance in this action, and via first class mail to:

Center for Correctional Health and Policy Studies
Serve: CT Corporation
1015 15th Street, N.W.
Suite 1000
Washington, D.C. 20005

_/s/ Ivy A. Lange_

# UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

Robert Bethea,                          )
                                        )
           Plaintiff,          )
                                        )
             v.            )    Case No.: 1:07-00386 (RCL)
                                        )
District of Columbia, et al.,           )
                                        )
           Defendants          )
                                        )

## STATEMENT OF POINTS AND AUTHORIEIS IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

Pursuant to Local Rule 7(a), Plaintiffs hereby submit this Statement of Points and Authorities in support of their Motion for Entry of Default Judgment under Fed. R. Civ. P. 55(a).

Plaintiff filed suit in this case on February 22, 2007.  Plaintiff sent Center for Correctional Health and Policy Studies (CCHPS) a waiver of summons on March 15, 2007 via certified mail, return receipt requested.  As Defendant CCHPS never responded to the waiver of summons, Plaintiff served its Resident Agent with a Complaint and Summons on April 20, 2007 via certified mail, return receipt requested, as permitted by the Federal Rules.   Plaintiff received the return receipt, postmarked April 26, 2007, and subsequently filed this receipt as proof of service with this Court.  Defendant CCHPS' Answer was due May 16, 2007.

Prior to sending the Complaint and Summons to CCHPS' resident agent, Plaintiff's counsel verified the corporate status of the corporation, both to see whether it

1

was still active and to ensure that the appropriate address of the resident agent.

Currently, CCHPS is still listed as an "Active" corporation on the District of Columbia

website.

      As such, because Defendant CCHPS has failed to respond despite proper

service, has never answered or moved to dismiss this case, and has failed to defend

entirely.

      In view of the foregoing, Plaintiff requests that a default be entered against

CCHPS. At such time as default is entered, the Plaintiff will move that judgment be

entered pursuant to Fed. R. Civ. P. 55(b) with accompanying affidavit.

                            Respectfully submitted,

                            */s/ Ivy A. Lange*_____
                            Eric Dubelier, D.C. Bar # 419412)
                            Jacqueline E. Bennett, Esq.
                            D.C. Bar # 474355
                            Reed Smith, LLP
                            1301 K Street, N.W.
                            East Tower – Suite 1100
                            Washington, D.C.  20005
                            (202) 414-9200

                            Philip Fornaci, DC Bar # 434824
                            Ivy A. Lange, DC Bar # 488147
                            Washington Lawyers' Committee for
                            Civil Rights & Urban Affairs
                            11 Dupont Circle, N.W.
                            Suite 400
                            Washington, D.C. 20036
                            *Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

Robert Bethea,                           )
                                         )
                                         )
     Plaintiff,                     )
                                         )
     v.                             )    Case No.: 1:07-00386 (RCL)
                                         )
District of Columbia, et al.,            )
                                         )
     Defendants                     )
                                         )

## ORDER

It is hereby ORDERED that, pursuant to Fed. R. Civ. P. 55 (a) that default be entered against defendant Center for Correctional Health and Policy Studies in the above captioned case, this _____ day of _____, 2007.


_____

Royce C. Lamberth

United States District Judge