**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT BETHEA,** ) | |
| ) | |
| **Plaintiff,** ) | **C.A. No. 07-0386 (RCL)** |
| ) | |
| **v.** ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant Attorney

General Shana L. Frost as counsel for the Corrections Corporation of America only as to

Count VI (Deliberate Indifference to Medical Care under the Eighth Amendment) and

Count VII (Negligent Provision of Medical Care) of Plaintiff's Complaint.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

   /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II

   /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov