UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT BETHEA,<br><br>       Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>       Defendants. | )<br>)<br>)<br>)  C.A. No. 07-0386 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS DISTRICT OF COLUMBIA AND CORRECTIONS
CORPORATION OF AMERICA'S OPPOSITION TO PLAINTIFF'S MOTION
FOR ENTRY OF DEFAULT**

Defendants District of Columbia ("District") and Corrections Corporation of America ("CCA"), by and through their undersigned counsel, hereby oppose Plaintiff's Motion for Entry of Default against Defendant Correctional Health and Policy Studies, Inc. ("CCHPS").

On April 30, 2007, Plaintiff filed a proof of service claiming to have served CCHPS through its registered agent, CT Corporation, on April 26, 2007. Dkt. No. 16. Plaintiff thereafter served CCHPS, again through CT Corporation, a copy of the Joint Motion for Extension of Time. On May 23, 2007, CT Corporation submitted a letter to the Clerk returning the Joint Motion and stating that their "statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable." Dkt. No. 23. Plaintiff's subsequent services upon CCHPS through CT Corporation have been returned to the Clerk in the same manner and with the same cover letter. *See* Dkt. Nos. 28 & 29.

Plaintiff now seeks an entry of default pursuant to Fed. R. Civ. P. 55(a). This Rule provides that where "a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default." Fed. R. Civ. P. 55(a). The District and CCA submit that it is not clear that CCHPS has intentionally failed to defend.

"It is 'axiomatic that service of process must be effective under the Federal Rules of Civil Procedure before a default or a default judgment may be entered against a defendant.'" *Haldane v. Crockford,* 1998 U.S. Dist. LEXIS 6450 *9 (D.D.C. Apr. 23, 1998), quoting *Maryland State Firemen's Assoc. v. Chaves*, 166 F.R.D. 353 (D. Md. 1996); *see also Dahl v. Kanawha Inv. Holding Co.*, 161 F.R.D. 673, 685 (N.D. Iowa 1995) (Rule 55(a) "requires a showing that the party has 'failed to plead or otherwise defend as provided by these rules.' . . . because it appears from the record that [plaintiffs] have never properly served the defendants, none of the defendants has failed to plead or defend as required by the rules of civil procedure, and neither entry of default nor entry of default judgment would be proper.").

Here, Plaintiff has not demonstrated that CCHPS has been properly served. Indeed, CCHPS's former registered agent has informed the Court and Plaintiff that papers sent to CCHPS have been returned as "undeliverable." It is thus unclear whether CCHPS has intentionally failed to defend, or simply has not received proper notice of the claims against it. Moreover, it does not appear that Plaintiff has attempted service pursuant to D.C. Code § 29-101.12(b), which provides for service on the Mayor of the District of Columbia as registered agent for a corporation that fails, as CCHPS apparently

has, to maintain a registered agent in the District of Columbia. Accordingly, the District and CCA submit that Plaintiff has not demonstrated that an entry of default is appropriate at this time, and Plaintiff's Motion for an entry of default should be denied.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division


          *Nicole L. Lynch*
        NICOLE L. LYNCH (471953)
        Chief, Section II


          *Shana L. Frost*
        SHANA L. FROST (458021)
        Assistant Attorney General
        441 4th Street, NW, 6th Floor South
        Washington, DC 20001
        (202) 724-6534
        Fax: (202) 727-3625
        shana.frost@dc.gov

        Counsel for the District of Columbia and
        Corrections Corporation of America