IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Bethea,<br><br>        Plaintiff,<br><br>    v.<br><br>District of Columbia, Corrections Corporation of America, Inc., Center for Correctional Health and Policy Studies, Inc., Warden Douglas Caulfield, Correctional Officer Roger Sinclair, Correctional Officer Bonnie Scott, Correctional Officer Nicole Hines,<br><br>        Defendants. | No. 1:07-cv-00386 RCL |

**JOINDER OF CORRECTIONS CORPORATION OF AMERICA IN DEFENDANTS, DISTRICT OF COLUMBIA AND CORRECTIONS CORPORATION OF AMERICA'S OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Defendants, Corrections Corporation of America (for non-medical claims), Caulfield, Hines, Sinclair and Scott, through undersigned counsel, hereby join in the Opposition to Plaintiff's Motion for Entry of Default [dkt. #31] filed by the District of Columbia and Corrections Corporation of America (for medical claims) on June 22, 2007.

Dated: June 25, 2007

By   s/ Daniel P. Struck
    Daniel P. Struck, Bar No. CO00337
    Jennifer L. Holsman, Bar No. 495296
    JONES, SKELTON & HOCHULI, P.L.C.
    2901 North Central Avenue, Suite 800
    Phoenix, Arizona 85012
    Telephone: (602) 263-1700
    Facsimile: (602) 263-1784

Paul J. Maloney, DC Bar No. 362533
Colleen Durbin, DC Bar No. 500039
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC   20036
Telephone:      (202) 310-5500
Facsimile:       (202) 310-5555

Attorneys for Defendants, *CCA, Caulfield, Hines, Sinclair and Scott*

ORIGINAL of the foregoing
E-filed this 25th day of June, 2007.

By      s/ Carol S. Madden

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2007 a copy of the foregoing  Joinder of Corrections Corporation of America in Defendants, District of Columbia and Corrections Corporation of America's Opposition to Plaintiff's Motion for Entry of Default was served by First Class U.S. Mail on the following parties:

Jacqueline Elizabeth Bennett
REED SMITH
East Tower
1301 K Street, N.W.
Washington, DC   20005

Eric A. Dubelier, Esq.
REED SMITH
East Tower
1301 K Street, N.W.
Washington, DC   20005

Ivy Ann Lange, Esq.
WASHINGTON LAWYERS' COMMITTEE FOR
   CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W.
Suite 400
Washington, DC   20036

Attorneys for Plaintiff, *Robert Bethea*

Shana Lynn Frost, Esq.
OFFICE OF THE ATTORNEY GENERAL FOR THE
    DISTRICT OF COLUMBIA
441 Fourth Street
6th Floor South
Washington, DC   20001

Attorneys for Defendant, *District of Columbia*

Paul J. Maloney, DC Bar No. 362533
Colleen Durbin, DC Bar No. 500039
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC   20036


                                                s/  Daniel P. Struck

1794587.1