## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Bethea | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:07-00386 (RCL) |
| | ) | |
| District of Columbia, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR ENTRY OF DEFAULT

Plaintiff Robert Bethea ("Plaintiff"), by and through undersigned counsel, submits this reply in support of his Motion for Entry of Default against Defendant Center for Correctional Health and Policy Studies ("CCHPS").

**A.    Plaintiff Bethea Properly Served CCHPS Via Its Registered Agent.**

Federal Rule of Civil Procedure 4(h) authorizes service of process on an "agent authorized by appointment or by law to receive service of process." *See also* D.C. Code § 29-101.12(a) ("The registered agent so appointed by a corporation shall be an agent of such corporation upon whom process against the corporation may be served."). Plaintiff Bethea served CCHPS via certified mail, return receipt requested on April 20, 2007. The summons and complaint were sent to CCHPS' registered agent, CT Corporation. *See* DCRA, Online Organization Registration, attached as Exhibit A. Plaintiff filed proof of service, in the form of the signed return receipt, with this Court on April 30, 2007, pursuant to Federal Rule of Civil Procedure 4(l).

CT Corporation never returned the summons and complaint to Plaintiff or this Court. Although CT Corporation returned subsequent filings to this Court indicating that its "statutory representation services were discontinued," and stated that it will be "filing resignation of agent" paperwork, it did not return the summons and complaint or notify Plaintiff that the summons and complaint were never forwarded on to CCHPS. *See* Letter from CT Corporation (May 22, 2007), attached as Exhibit B. Further, such a statement is of no effect here, as CT Corporation is still listed as the registered agent of CCHPS according to the District of Columbia Government. Finally, even if a registered agent files resignation papers with the Mayor, it remains the registered agent for up to 30 days after filing the notice. *See* D.C. Code § 29-101.11. Therefore, even if CT Corporation has since filed resignation papers, as it indicated in its May 22, 2007 letter, it was still the registered agent on the day it received the summons and complaint.

Defendants cite to D.C. Code § 29-101.12(b) and argue that Plaintiff should have attempted service pursuant to this Section. However, Plaintiff complied with the D.C. Code, which requires Plaintiff to serve the registered agent. *See* D.C. Code § 29-101.12(a). Plaintiff did just that. Plaintiff can only resort to D.C. Code § 29-101.12(b) if a corporation does not have a registered agent. *See Johnson v. Payless Shoe Source, Inc.*, 841 A.2d 1249, 1253 (D.C. 2004) ("The controlling statute authorizes service upon the mayor when, among other reasons, the registered agent cannot be found with reasonable diligence.") CCHPS has a registered agent— CT Corporation. Plaintiff properly served the registered agent.

**B.    Plaintiff Exercised Due Diligence In Making Service on CCHPS.**

Plaintiff Bethea used due diligence prior to serving the summons and complaint on CT Corporation in order to ensure that he was serving the right entity. *See Whitehead v. CBS/Viacom, Inc.*, 221 F.R.D. 1, 3-4 (D.D.C. 2004) ("Rule 4(h) requires that plaintiff use due

diligence before service of process to determine the proper agent and to conform to the requirements of the rule.").  In fact, Plaintiff has done more than he was obligated to do under the law; not only did he properly serve the registered agent of record, but he took additional steps to locate and contact *any* attorneys who have represented CCHPS in other matters.  Plaintiff's counsel contacted Mr. Anthony Townes prior to filing the Motion for Entry of Default.  Mr. Townes is, upon information and belief, the attorney for CCHPS.  Mr. Townes, despite receiving a copy of the summons and complaint, and having knowledge of the pending lawsuit, has failed to respond to Plaintiff's counsel.  Further, Plaintiff's counsel searched the federal court dockets through PACER to locate other recent cases in which CCHPS is a party, and contacted two other attorneys, Mr. Andrew Spence and Mr. Leo Roth, who both previously represented CCHPS in actions filed in the United States District Court for the District of Columbia.  *See* Docket for *Scott v. District of Columbia, et al.*, Case No. 1:05-cv-01853-RWR (filed Sept. 20, 2005), attached as Exhibit C; Docket for *Hines v. Corrections Corporation of America, Inc., et al.*, Case No. 1:05-cv-02187-RBW (filed Nov. 11, 2005), attached as Exhibit D.  Both Mr. Spence and Mr. Roth affirmatively indicated that Mr. Townes is the "in-house" attorney for CCHPS.  Mr. Townes has clearly been put on notice of the action pending against CCHPS and has received a copy of the complaint and summons, and has ignored counsel's further attempts to contact him.

WHEREFORE, because Defendant CCHPS has failed to respond despite proper service, Plaintiff respectfully moves this Court for an entry of default against Defendant CCHPS.

Respectfully submitted,

*/s/   Jacqueline E. Bennett*
Eric Dubelier
(D.C. Bar No. 419412)
Jacqueline E. Bennett, Esq.
(D.C. Bar No. 474355)

Reed Smith, LLP
1301 K Street, N.W.
East Tower – Suite 1100
Washington, D.C.  20005
(202) 414-9200

Philip Fornaci
(D.C. Bar. No. 434824)
Ivy A. Lange
(D.C. Bar No. 488147)
Washington Lawyers' Committee for
Civil Rights & Urban Affairs
Counsel for Robert Bethea
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036

Counsel for Plaintiff Robert Bethea

Dated:  June 27, 2007

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of Plaintiff's Reply to Defendants'

Opposition to Motion for Entry of Default, was served, via electronic filing, on the 27th day of

June 2007 on those parties who have entered their appearance in this action, and via first class

mail to:

Center for Correctional Health and Policy Studies
Serve: CT Corporation
1015 15th Street, N.W.
Suite 1000
Washington, D.C. 20005

<i>/s/ Jacqueline E. Bennett</i>



## Organization Information



**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review
 Status
Permits

**INFORMATION**

**ONLINE SERVICE
 REQUESTS**

# Online Organization Registration
### Search Registered Organizations

Organization Details - Step  `1`  `2`  **3**

To view another organization from the search, select the **Return to Search Results**
button below. You may also **print** the organization details, or start a **new search**. Use
the **Back to Main Page button** to continue the registration process.

| Organization | | Registered Agent |
|---|---|---|
| **Organization Name:** | CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC. | C T Corporation System 1015 15th Street, N.W. Ste. 1000 Washington, DC 20005 |
| **State:** | DC | |
| **Status:** | ACTIVE | |
| **Initial Date of Registration:** | 7/30/1999 | |
| **File No.:** | 992335 | |
| **Organization Type:** | DOMESTIC NON PROFIT CORPORATION | |

| << Back to Main Page | < Return To Search Results | Print Results |
|---|---|---|

| New Search |
|---|

For more information, contact the BBL Info Center at (202) 442-4432 or **Ask the Director** .

| Government of the District of Columbia Citywide Call Center : (202) 727-1000 TTY/TDD Directory | Telephone Directory by Topic  |  Agencies  |  DC Council  |  Search  | Elected Officials | John A. Wilson Building 1350 Pennsylvania Avenue, NW Washington, DC 20004 |
|---|---|---|
| | Feedback  |  Translation |  Accessibility  |  Privacy & Security  |  Terms & Conditions | |

CT
a Wolters Kluwer business

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

May 22, 2007

**RECEIVED**

MAY 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attention
District Court
United States Courthouse,
1225 E. Barrett Prettyman,
333 Constitution Avenue, N.W.,
Washington, DC 20001

Re: Center for Correctional health & Policy Studies, Inc.

Title of Action: Robert Bethea, Pltf. vs. District of Columbia, et al., including Center for Correctional Health and Policy Studies,
Dfts. , 1:07-00386

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on
our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing
resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we
do not have any address to which to forward the papers.

Very truly yours,

Louis Lange
Fulfillment Specialist

Log# 512228247

Attention
cc: Jacqueline E. Bennett
    Reed Smith LLP
    1301 K Street, NW,
    Ste. 1100,
    East Tower,
    Washington, DC 20005

Federal Express Tracking #7916 9223 6501

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
05/16/2007
Log Number 512228247

**TO:**  Jacqueline Abacchus
Center for Correctional health & Policy Studies, Inc.
316 F Street Northeast
Washington, DC, 20002

**RE:**  **Process Served in District of Columbia**

**FOR:**  Center for Correctional health & Policy Studies, Inc. (Domestic State: DC)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Robert Bethea, Pltf. vs. District of Columbia, et al., including Center for Correctional Health and Policy Studies, Dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Joint Motion, Certificate of Service, Order for Enlargement |
| **COURT/AGENCY:** | District Court, DC Case # 1:07-00386 |
| **NATURE OF ACTION:** | Order enlarging time for Plaintiff and Defendants to comply with Local Rule 16.3 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Washington, DC |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 05/15/2007 postmarked on 05/11/2007 |
| **APPEARANCE OR ANSWER DUE:** | 16.3 Conference no later than May 31, 2007 |
| **ATTORNEY(S) / SENDER(S):** | Jacqueline E. Bennett Reed Smith LLP 1301 K Street, NW Ste. 1100 East Tower Washington, DC, 20005 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day, 790741024243 |
| **SIGNED:** **PER:** **ADDRESS:** | C T Corporation System Mark Diffenbaugh 1015 15th Street, N.W. Suite 1000 Washington, DC, 20005 |
| **TELEPHONE:** | 202-572-3133 |

Page 1 of  1 / LL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

APPEAL, JURY, TYPE-L

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:05-cv-01853-RWR

SCOTT et al v. DISTRICT OF COLUMBIA et al

Assigned to: Judge Richard W. Roberts

Case in other court:  USCA, 06-07109

Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 09/20/2005

Jury Demand: Plaintiff

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

**Plaintiff**

**MARY R. SCOTT**
*Individually and as Personal*
*Representative of the Estate of*
*JONTHAN MAGBIE, Deceased*

represented by **Donald M. Temple**
TEMPLE LAW OFFICE
1229 15th Street, NW
Washington, DC 20005
(202)628-1101
Fax: (202)628-1149
Email: TemplePC@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur B. Spitzer**
AMERICAN CIVIL LIBERTIES
UNION
1400 20th Street, NW
Suite 119
Washington, DC 20036
(202) 457-0800
Fax: (202) 452-1868
Email: artspitzer@aol.com
*ATTORNEY TO BE NOTICED*

**Edward J. Connor**
5210 Auth Road
Suite 304
Camp Springs, MD 20746-4341
(301) 899-7801
Fax: (301) 423-1372
Email: edconn1952@juno.com
*ATTORNEY TO BE NOTICED*

**Elizabeth Alexander**
NATIONAL PRISON PROJECT OF
THE ACLU FOUNDATION
915 15th Street, NW
7th Floor
Washington, DC 20005

(202) 393-4930
Fax: 202-393-4931
Email: ealexander@npp-aclu.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JONATHAN MAGBIE**                    represented by    **Donald M. Temple**
*Deceased*                                              (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Arthur B. Spitzer**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Edward J. Connor**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Elizabeth Alexander**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DISTRICT OF COLUMBIA**               represented by    **Ronald George Guziak**
                                                        BONNER KIERNAN TREBACH &
                                                        CROCIATA LLP
                                                        1233 20th Street, NW
                                                        Eighth Floor
                                                        Washington, DC 20036
                                                        (202) 712-7000
                                                        Fax: (202) 712-7100
                                                        Email: rguziak@bktc.net
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Steven J. Anderson**
                                                        OFFICE OF ATTORNEY GENERAL
                                                        FOR DC
                                                        441 Fourth Street, NW
                                                        Suite 600 S
                                                        Washington, DC 20001
                                                        (202) 724-6607
                                                        Fax: (202) 727-3625
                                                        Email: steve.anderson@dc.gov;
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Dana K. DeLorenzo**
OFFICE OF THE ATTORNEY
GENERAL FOR D.C.
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
(202) 724-6515
Email: dana.delorenzo@dc.gov
*TERMINATED: 04/25/2007*
*ATTORNEY TO BE NOTICED*

**Shana Lyn Frost**
OFFICEOF THE ATTORNEY
GENERAL FOR THE DISTRICT OF
COLUMBIA
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
(202) 724-6534
Email: shana.frost@dc.gov
*TERMINATED: 02/02/2006*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ODIE WASHINGTON**                represented by    **Steven J. Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana K. DeLorenzo**
(See above for address)
*TERMINATED: 04/25/2007*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOSEPH BASTIEN**                 represented by    **Andrew J. Spence**
*M.D.*                                              HAMILTON ALTMAN CANALE &
DILLON, LLC
10306 Eaton Place
Suite 200
Fairfax, VA 22030
(703) 591-9700
Fax: (703) 591-0023
Email: andrew.spence@hacdlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**T. WILKINS DAVIS**               represented by    **Andrew J. Spence**
*MD*                                                (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CENTER FOR CORRECTIONAL**        represented by   **Andrew J. Spence**
**HEALTH AND POLICY STUDIES,**                      (See above for address)
**INC.**                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**CORRECTIONS CORPORATION**        represented by   **Daniel P. Struck**
**OF AMERICA**                                      JONES, SKELTON & HOCHULI
                                                    2901 North Central Avenue
                                                    Suite 800
                                                    Phoenix, AZ 85012
                                                    (602) 263-1700
                                                    Fax: 602-200-7811
                                                    Email: dstruck@jshfirm.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **E. Louise Phillips**
                                                    OFFICE OF THE ATTORNEY
                                                    GENERAL
                                                    441 Fourth Street, NW
                                                    Sixth Floor South
                                                    Washington, DC 20001
                                                    (202) 724-6519
                                                    Fax: (202) 727-3625
                                                    Email: louise.phillips@dc.gov
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Eugenia Vroustouris**
                                                    LECLAIR RYAN
                                                    225 Reinekers Lane
                                                    Suite 700
                                                    Alexandria, VA 22314
                                                    (703) 647-5938
                                                    Fax: (703) 684-8075
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Kelvin L. Newsome**
                                                    LECLAIR RYAN
                                                    999 Waterside Drive
                                                    Suite 2525
                                                    Norfolk, VA 23510
                                                    (757) 441-8938
                                                    Fax: (757) 441-8988
                                                    Email:
                                                    kelvin.newsome@leclairryan.com
                                                    *ATTORNEY TO BE NOTICED*

**Megan Starace Ben'Ary**
LECLAIR & RYAN
225 Reinekers Lane
Suite 700
Alexandria, VA 22314
(703) 684-8007
Fax: (703) 684-8075
Email: megan.ben'ary@leclairryan.com
*ATTORNEY TO BE NOTICED*

**Rebecca Everett Kuehn**
FEDERAL TRADE COMMISSION
Division of Privacy and Identity
Protection
600 Pennsylvania Avenue, N.W.
Mail Stop NJ-3158
Washington, DC 20580
202-326-2017
Fax: 202-326-3629
Email: rkuehn@ftc.gov
*TERMINATED: 05/04/2006*
*ATTORNEY TO BE NOTICED*

**Shannon M. Ivanyi**
JONES, SKELTON & HOCHULI, PLC

2901 North Central Avenue
Suite 800
Phoenix, AZ 85012
(602) 263-1708
*ATTORNEY TO BE NOTICED*

**Defendant**

**MALEK MALEKGHASEMI**          represented by  **Andrew J. Spence**
*MD*                                           (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**SUNDAY NWOSU**                 represented by  **Andrew J. Spence**
*MD*                                           (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**PAULINE OJELFO**
*LPN*

**Defendant**

**GBENGA OGUNDIPE**
*LPN*

**Defendant**

**SINGLEY**
*OFFICER*

represented by **Rebecca Everett Kuehn**
(See above for address)
*TERMINATED: 05/04/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eugenia Vroustouris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelvin L. Newsome**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Starace Ben'Ary**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shannon M. Ivanyi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**GREATER SOUTHEAST**
**COMMUNITY HOSPITAL**
**CORPORATION**
*TERMINATED: 02/15/2007*
*doing business as*
GREATER SOUTHEAST
COMMUNITY HOSPITAL

represented by **Catherine A. Hanrahan**
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER
1341 G Street, NW
Suite 500
Washington, DC 20005
(202) 626-7660
Fax: (202) 628-3606
Email: hanrahanc@wilsonelser.com
*TERMINATED: 02/15/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Janoske Rumsey**
PRESSLER & SENFTLE, P.C.
937 15th Street, NW
12th Floor
Washington, DC 20005
(202) 626-7660
Email:
Alan.Rumsey@WilsonElser.com
*TERMINATED: 02/15/2007*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WILLIAM S. VAUGHN**
*MD*

represented by  **D'Ana E. Johnson**
BONNER KIERNAN TREBACH &
CROCIATA
1233 20th Street, NW
8th Floor
Washington, DC 20036
(202) 712-7055
Fax: (202) 712-7100
Email: djohnson@bktc.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan M. Anderson**
BONNER, KIERNAN, TREBACH &
CROCIATA
1250 I Street, NW
6th Floor
Washington, DC 20005
(202)712-7017
Fax: (202) 712-7000
Email: janderson@bktc.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ROTIMI A. ILUYOMADE**
*MD*

represented by  **D'Ana E. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan M. Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**NATIONAL EMERGENCY
SERVICES DISTRICT OF
COLUMBIA, INC.**

represented by  **D'Ana E. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald George Guziak**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**NATIONAL EMERGENCY**          represented by   **Ronald George Guziak**
**SERVICES DISTRICT OF**                         (See above for address)
**COLUMBIA, INC.**                               *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**CORRECTIONS CORPORATION**
**OF AMERICA**

**Cross Claimant**

**SINGLEY**
*OFFICER*


V.

**Cross Defendant**

**JOSEPH BASTIEN**              represented by   **Andrew J. Spence**
*M.D.*                                           (See above for address)
                                                 *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**T. WILKINS DAVIS**            represented by   **Andrew J. Spence**
*MD*                                             (See above for address)
                                                 *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**CENTER FOR CORRECTIONAL**     represented by   **Andrew J. Spence**
**HEALTH AND POLICY STUDIES,**                   (See above for address)
**INC.**                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**MALEK MALEKGHASEMI**          represented by   **Andrew J. Spence**
*MD*                                             (See above for address)
                                                 *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**SUNDAY NWOSU**                represented by   **Andrew J. Spence**
*MD*                                             (See above for address)
                                                 *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**PAULINE OJELFO**              represented by   **Andrew J. Spence**
*LPN*                                            (See above for address)
                                                 *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**GBENGA OGUNDIPE**
*LPN*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**GREATER SOUTHEAST**
**COMMUNITY HOSPITAL**
**CORPORATION**
*TERMINATED: 02/16/2007*

represented by **Catherine A. Hanrahan**
(See above for address)
*TERMINATED: 02/15/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Janoske Rumsey**
(See above for address)
*TERMINATED: 02/15/2007*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**WILLIAM S. VAUGHN**
*MD*

represented by **D'Ana E. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan M. Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ROTIMI A. ILUYOMADE**
*MD*

represented by **D'Ana E. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan M. Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**DISTRICT OF COLUMBIA**

represented by **Dana K. DeLorenzo**
(See above for address)
*TERMINATED: 04/25/2007*

                                                    *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**ODIE WASHINGTON**                    represented by   **Dana K. DeLorenzo**
                                                        (See above for address)
                                                        *TERMINATED: 04/25/2007*
                                                        *ATTORNEY TO BE NOTICED*


V.

**Cross Defendant**

**JOSEPH BASTIEN**
*M.D.*

**Cross Defendant**

**T. WILKINS DAVIS**
*MD*

**Cross Defendant**

**CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES,
INC.**

**Cross Defendant**

**CORRECTIONS CORPORATION
OF AMERICA**

**Cross Defendant**

**MALEK MALEKGHASEMI**
*MD*

**Cross Defendant**

**SUNDAY NWOSU**
*MD*

**Cross Defendant**

**PAULINE OJELFO**
*LPN*

**Cross Defendant**

**GBENGA OGUNDIPE**
*LPN*

**Cross Defendant**

**SINGLEY**
*OFFICER*

**Cross Defendant**

**GREATER SOUTHEAST**                    represented by   **Catherine A. Hanrahan**
**COMMUNITY HOSPITAL**                                    (See above for address)
**CORPORATION**                                          *TERMINATED: 02/15/2007*
*TERMINATED: 02/16/2007*                                 *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Alan Janoske Rumsey**
                                                         (See above for address)
                                                         *TERMINATED: 02/15/2007*
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**WILLIAM S. VAUGHN**                    represented by   **D'Ana E. Johnson**
*MD*                                                     (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Juan M. Anderson**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Ronald George Guziak**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ROTIMI A. ILUYOMADE**                  represented by   **D'Ana E. Johnson**
*MD*                                                     (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Juan M. Anderson**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Ronald George Guziak**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**GREATER SOUTHEAST**                    represented by   **Catherine A. Hanrahan**
**COMMUNITY HOSPITAL**                                    (See above for address)
**CORPORATION**                                          *TERMINATED: 02/15/2007*
*TERMINATED: 02/16/2007*                                 *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Alan Janoske Rumsey**
                                                         (See above for address)

*TERMINATED: 02/15/2007*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**DISTRICT OF COLUMBIA**                    represented by    **Dana K. DeLorenzo**
                                                               (See above for address)
                                                               *TERMINATED: 04/25/2007*
                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ODIE WASHINGTON**                         represented by    **Dana K. DeLorenzo**
                                                               (See above for address)
                                                               *TERMINATED: 04/25/2007*
                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**JOSEPH BASTIEN**
*M.D.*

**Cross Defendant**

**T. WILKINS DAVIS**
*MD*

**Cross Defendant**

**CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES,
INC.**

**Cross Defendant**

**CORRECTIONS CORPORATION
OF AMERICA**

**Cross Defendant**

**MALEK MALEKGHASEMI**
*MD*

**Cross Defendant**

**SUNDAY NWOSU**
*MD*

**Cross Defendant**

**PAULINE OJELFO**
*LPN*

**Cross Defendant**

**GBENGA OGUNDIPE**
*LPN*

**Cross Defendant**

**SINGLEY**
*OFFICER*

**Cross Defendant**

**WILLIAM S. VAUGHN**          represented by   **D'Ana E. Johnson**
*MD*                                            (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Juan M. Anderson**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Ronald George Guziak**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ROTIMI A. ILUYOMADE**        represented by   **D'Ana E. Johnson**
*MD*                                            (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Juan M. Anderson**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Ronald George Guziak**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**CORRECTIONS CORPORATION
OF AMERICA**

**Cross Claimant**

**SINGLEY**
*OFFICER*

V.

**Cross Defendant**

**DISTRICT OF COLUMBIA**       represented by   **Dana K. DeLorenzo**
                                                (See above for address)
                                                *TERMINATED: 04/25/2007*
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ODIE WASHINGTON**                    represented by **Dana K. DeLorenzo**
                                                      (See above for address)
                                                      *TERMINATED: 04/25/2007*
                                                      *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**WILLIAM S. VAUGHN**                  represented by **D'Ana E. Johnson**
*MD*                                                   (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Juan M. Anderson**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Ronald George Guziak**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**ROTIMI A. ILUYOMADE**                represented by **D'Ana E. Johnson**
*MD*                                                   (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Juan M. Anderson**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Ronald George Guziak**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**DISTRICT OF COLUMBIA**               represented by **Dana K. DeLorenzo**
                                                       (See above for address)
                                                       *TERMINATED: 04/25/2007*
                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ODIE WASHINGTON**                    represented by **Dana K. DeLorenzo**
                                                       (See above for address)
                                                       *TERMINATED: 04/25/2007*
                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**JOSEPH BASTIEN**
*M.D.*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**T. WILKINS DAVIS**
*MD*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES,
INC.**

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CORRECTIONS CORPORATION
OF AMERICA**

**Cross Defendant**

**MALEK MALEKGHASEMI**
*MD*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**SUNDAY NWOSU**
*MD*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**PAULINE OJELFO**
*LPN*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**GBENGA OGUNDIPE**
*LPN*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**SINGLEY**
*OFFICER*

**Cross Defendant**

**GREATER SOUTHEAST
COMMUNITY HOSPITAL
CORPORATION**
*TERMINATED: 02/16/2007*

represented by **Catherine A. Hanrahan**
(See above for address)
*TERMINATED: 02/15/2007*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Alan Janoske Rumsey**
(See above for address)
*TERMINATED: 02/15/2007*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**GREATER SOUTHEAST
COMMUNITY HOSPITAL
CORPORATION**
*TERMINATED: 02/16/2007*

V.

**Cross Defendant**

**DISTRICT OF COLUMBIA**

**Cross Defendant**

**ODIE WASHINGTON**

**Cross Defendant**

**JOSEPH BASTIEN**                    represented by **Andrew J. Spence**
*M.D.*                                               (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**T. WILKINS DAVIS**                  represented by **Andrew J. Spence**
*MD*                                                 (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CENTER FOR CORRECTIONAL**           represented by **Andrew J. Spence**
**HEALTH AND POLICY STUDIES,**                       (See above for address)
**INC.**                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CORRECTIONS CORPORATION
OF AMERICA**

**Cross Defendant**

**MALEK MALEKGHASEMI**                represented by **Andrew J. Spence**
*MD*                                                 (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**SUNDAY NWOSU**                      represented by **Andrew J. Spence**
*MD*                                                 (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**PAULINE OJELFO**                    represented by   **Andrew J. Spence**
*LPN*                                                   (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**GBENGA OGUNDIPE**                   represented by   **Andrew J. Spence**
*LPN*                                                   (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**SINGLEY**
*OFFICER*


**Cross Defendant**

**WILLIAM S. VAUGHN**                 represented by   **Ronald George Guziak**
*MD*                                                    (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**ROTIMI A. ILUYOMADE**               represented by   **Ronald George Guziak**
*MD*                                                    (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/20/2005 | 1 | COMPLAINT against DISTRICT OF COLUMBIA, ODIE WASHINGTON, JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., CORRECTIONS CORPORATION OF AMERICA, MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, SINGLEY, GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE (Filing fee $ 250) filed by MARY R. SCOTT, JONATHAN MAGBIE.(jf, ) (Entered: 09/21/2005) |
| 09/20/2005 | | Summons (14) Issued as to DISTRICT OF COLUMBIA, ODIE WASHINGTON, JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., CORRECTIONS CORPORATION OF AMERICA, MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, SINGLEY, GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE. (jf, ) (Entered: 09/21/2005) |
| 11/10/2005 | 2 | ANSWER to Complaint by JONATHAN MAGBIE.(Rumsey, Alan) (Entered: 11/10/2005) |
| 11/11/2005 | 3 | ANSWER to Complaint *of Defendants* by T. WILKINS DAVIS, |

|  |  | CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI.(Spence, Andrew) (Entered: 11/11/2005) |
|---|---|---|
| 11/14/2005 | 4 | ANSWER to Complaint with Jury Demand by CORRECTIONS CORPORATION OF AMERICA.(Kuehn, Rebecca) (Entered: 11/14/2005) |
| 11/14/2005 | 5 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CORRECTIONS CORPORATION OF AMERICA (Kuehn, Rebecca) (Entered: 11/14/2005) |
| 11/16/2005 | 6 | NOTICE of Appearance by Daniel P. Struck on behalf of CORRECTIONS CORPORATION OF AMERICA (Struck, Daniel) (Entered: 11/16/2005) |
| 11/16/2005 | 7 | MOTION for Extension of Time to File Answer re 1 Complaint, by DISTRICT OF COLUMBIA. (Anderson, Steven) (Entered: 11/16/2005) |
| 11/18/2005 | 8 | ANSWER to Complaint by SUNDAY NWOSU.(Spence, Andrew) (Entered: 11/18/2005) |
| 11/21/2005 | 9 | NOTICE of Appearance by Shana Lyn Frost on behalf of DISTRICT OF COLUMBIA (Frost, Shana) (Entered: 11/21/2005) |
| 11/22/2005 | 10 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC. (Spence, Andrew) (Entered: 11/22/2005) |
| 11/22/2005 | 11 | MOTION for Extension of Time to File Answer re 1 Complaint, by ODIE WASHINGTON. (Anderson, Steven) (Entered: 11/22/2005) |
| 11/28/2005 | 12 | ANSWER to Complaint by WILLIAM S. VAUGHN.(Johnson, D'Ana) (Entered: 11/28/2005) |
| 11/29/2005 | 13 | Memorandum in opposition to motion re 7 *Plaintiff's Opposition to Def. District of Columbia's Motion for an Enlargement of Time* filed by MARY R. SCOTT. (Attachments: # 1 Proposed Order)(Alexander, Elizabeth) (Entered: 11/29/2005) |
| 11/29/2005 | 14 | Memorandum in opposition to motion re 11 *Plaintiff's Opposition to Def. Washington's Motion for an Enlargement of Time* filed by MARY R. SCOTT. (Attachments: # 1 Proposed Order)(Alexander, Elizabeth) (Entered: 11/29/2005) |
| 11/29/2005 | 15 | ANSWER to Complaint by ROTIMI A. ILUYOMADE.(Johnson, D'Ana) (Entered: 11/29/2005) |
| 12/01/2005 |  | MINUTE ORDER: It is hereby ORDERED that defendant Odie Washington's untimely motion 11 for extension of time to answer be, and hereby is, GRANTED in part and DENIED in part. Defendant shall have until December 20 to respond to the complaint. Issued by Judge Richard W. Roberts on 12/1/2005. (EHS) (Entered: 12/01/2005) |
| 12/01/2005 |  | MINUTE ORDER: It is hereby ORDERED that defendant District of |

|  |  | Columbia's untimely motion 7 for extension of time to answer be, and hereby is, GRANTED in part and DENIED in part. Defendant shall have until December 27, 2005 to respond to the complaint. Issued by Judge Richard W. Roberts on 12/1/2005. (EHS) (Entered: 12/01/2005) |
|---|---|---|
| 12/08/2005 |  | Set/Reset Deadlines: Answer due by 12/20/2005. (lin, ) (Entered: 12/08/2005) |
| 12/12/2005 | 16 | ANSWER to Complaint by PAULINE OJELFO, GBENGA OGUNDIPE.(Spence, Andrew) (Entered: 12/12/2005) |
| 12/20/2005 | 17 | NOTICE *of Response to December 1, 2005, Court Order* by ODIE WASHINGTON re Order on Motion for Extension of Time to Answer, (Anderson, Steven) (Entered: 12/20/2005) |
| 12/21/2005 | 18 | ANSWER to Complaint by JOSEPH BASTIEN.(Spence, Andrew) (Entered: 12/21/2005) |
| 12/22/2005 | 19 | NOTICE *of Appearance on behalf of CCA for Medical Allegations Only* by CORRECTIONS CORPORATION OF AMERICA (Phillips, E.) (Entered: 12/22/2005) |
| 12/27/2005 | 20 | MOTION to Dismiss by DISTRICT OF COLUMBIA. (Anderson, Steven) (Entered: 12/27/2005) |
| 12/28/2005 | 21 | NOTICE of Appearance by D'Ana E. Johnson on behalf of ROTIMI A. ILUYOMADE (Johnson, D'Ana) (Entered: 12/28/2005) |
| 12/28/2005 | 22 | MOTION for Extension of Time to *file amended motion to dismiss & exhibits* by DISTRICT OF COLUMBIA. (Anderson, Steven) (Entered: 12/28/2005) |
| 12/28/2005 | 23 | Amended MOTION to Dismiss by DISTRICT OF COLUMBIA. (Attachments: # 1 Exhibit Exh 1, CCA Contract pt. 1# 2 Exhibit Exh 1 CCA Contract pt. 2# 3 Exhibit Exh 2 CCA Contr. Mod # 4# 4 Exhibit Exh 3. CCHPS contr. Mod. # 12# 5 Exhibit Exh 4. CCHPS 2002 Contract pt. 1# 6 Exhibit Exh. 4, CCHPS 2002 contract pt. 2)(Anderson, Steven) (Entered: 12/28/2005) |
| 12/29/2005 | 24 | Second MOTION for Extension of Time to *File Motion to Dismiss* by DISTRICT OF COLUMBIA. (Anderson, Steven) (Entered: 12/29/2005) |
| 12/29/2005 | 25 | Second MOTION to Dismiss *(Corrected Amended)* by DISTRICT OF COLUMBIA. (Attachments: # 1 Exhibit Exh. 1, CCA Master Contract, pt. 1# 2 Exhibit Exh 1 CCA Master Contract, pt. 2# 3 Exhibit Exh 2, CCA Mod # 4# 4 Exhibit Exh 3, CCHPS mod # 12# 5 Exhibit Exh 4 CCHPS Contract 2002 pt. 1# 6 Exhibit Exh 4 CCHPS 2002 contract pt 2) (Anderson, Steven) (Entered: 12/29/2005) |
| 01/10/2006 | 26 | Memorandum in opposition to re 25 *Defendant District of Columbia's Motion to Dismiss* filed by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 01/10/2006) |
| 01/13/2006 |  | MINUTE ORDER: It is hereby ORDERED that defendant District of |

| | | |
|---|---|---|
| | | Columbia's two motions 22 and 24 for extension of time to file and for leave to amend its motion to dismiss be, and hereby are, GRANTED. Issued by Judge Richard W. Roberts on 1/13/06. (EHS) (Entered: 01/13/2006) |
| 01/13/2006 | 27 | NOTICE of Appearance by Dana K. DeLorenzo on behalf of DISTRICT OF COLUMBIA (DeLorenzo, Dana) (Entered: 01/13/2006) |
| 01/18/2006 | 28 | MOTION for Extension of Time to File Response/Reply as to 26 Memorandum in Opposition *by an Additional Two Weeks* by DISTRICT OF COLUMBIA. (Attachments: # 1 Text of Proposed Order) (DeLorenzo, Dana) (Entered: 01/18/2006) |
| 01/19/2006 | | MINUTE ORDER: It is hereby ORDERED that defendant District of Columbia's motion 28 for an extension of time to file its reply be, and hereby is, GRANTED. Reply due by 2/1/2006. Issued by Judge Richard W. Roberts on 1/19/06. (EHS) (Entered: 01/19/2006) |
| 01/19/2006 | | Set/Reset Deadlines: Replies due by 2/1/2006. (lin, ) (Entered: 01/19/2006) |
| 01/19/2006 | | MINUTE ORDER TO SHOW CAUSE: Plaintiff has filed no proof that defendant Singley has been served within the time required under Fed. Rules Civ. P. 4(m). Therefore, it is hereby ORDERED that plaintiff SHOW CAUSE in writing by January 30, 2006 why this case should not be dismissed as to defendant Singley. Show Cause Response due by 1/30/2006. Issued by Judge Richard W. Roberts on 1/19/2006. (EHS) (Entered: 01/19/2006) |
| 01/20/2006 | | Set/Reset Deadlines: Response to Show Cause due by 1/30/2006. (lin, ) (Entered: 01/20/2006) |
| 01/23/2006 | 29 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SINGLEY served on 10/27/2005, answer due 11/16/2005 (Alexander, Elizabeth) (Entered: 01/23/2006) |
| 01/25/2006 | 30 | RESPONSE TO ORDER OF THE COURT re Order to Show Cause, *Plaintiffs' Response to Order to Show Cause* filed by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 01/25/2006) |
| 01/27/2006 | | SUMMONS REISSUED (1) as to ODIE WASHINGTON (jf, ) (Entered: 01/27/2006) |
| 01/30/2006 | | MINUTE ORDER: It is hereby ORDERED that the show cause order issued to plaintiff on January 19, 2006 be, and hereby is, DISCHARGED. Issued by Judge Richard W. Roberts on 1/25/2006. (EHS) (Entered: 01/30/2006) |
| 02/01/2006 | 31 | REPLY to opposition to motion re 25 filed by DISTRICT OF COLUMBIA. (Anderson, Steven) (Entered: 02/01/2006) |
| 02/02/2006 | 32 | MOTION for Extension of Time to *Effect Service on Defendant Odie Washington* by MARY R. SCOTT, JONATHAN MAGBIE. (Attachments: # 1 Exhibit Return of Service for Odie Washington) |

| | | |
|---|---|---|
| | | (Alexander, Elizabeth) (Entered: 02/02/2006) |
| 02/02/2006 | 33 | MOTION to Quash *Service of Summons and Complaint* by SINGLEY. (Attachments: # 1 Affidavit Affidavit in Support of Motion to Quash# 2 Text of Proposed Order Proposed Order on Motion to Quash)(Kuehn, Rebecca) (Entered: 02/02/2006) |
| 02/02/2006 | 34 | NOTICE OF WITHDRAWAL OF APPEARANCE as to DISTRICT OF COLUMBIA. Attorney Shana Lyn Frost terminated. (Frost, Shana) (Entered: 02/02/2006) |
| 02/06/2006 | 35 | MOTION for Leave to File *A SUR-REPLY TO DEFENDANT DISTRICT OF COLUMBIA?S MOTION TO DISMISS* by MARY R. SCOTT. (Attachments: # 1 Proposed Order)(Alexander, Elizabeth) (Entered: 02/06/2006) |
| 02/06/2006 | 36 | SURREPLY to re 35 MOTION for Leave to File *A SUR-REPLY TO DEFENDANT DISTRICT OF COLUMBIA?S MOTION TO DISMISS* filed by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 02/06/2006) |
| 02/14/2006 | 37 | Memorandum in opposition to re 33 *Singley's Motion to Quash Service of Summons and Complaint* filed by MARY R. SCOTT. (Attachments: # 1 Exhibit Return of Service for Officer Singley# 2 Exhibit Declaration of MM Shapiro# 3 Text of Proposed Order)(Alexander, Elizabeth) (Entered: 02/14/2006) |
| 02/15/2006 | 38 | Memorandum in opposition to re 32 filed by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (Anderson, Steven) (Entered: 02/15/2006) |
| 02/22/2006 | 39 | NOTICE *of Filing of a Second Return of Service on Defendant Odie Washington* by MARY R. SCOTT (Attachments: # 1 Odie Washington Return)(Alexander, Elizabeth) (Entered: 02/22/2006) |
| 02/22/2006 | 40 | REPLY to opposition to motion re 37 Memorandum in Opposition,, 33 MOTION to Quash *Service of Summons and Complaint* filed by SINGLEY. (Attachments: # 1 Exhibit Copy of Williams v. Harris) (Kuehn, Rebecca) (Entered: 02/22/2006) |
| 02/22/2006 | 41 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ODIE WASHINGTON served on 2/6/2006, answer due 2/27/2006 (jf, ) (Entered: 02/23/2006) |
| 02/24/2006 | 42 | REPLY to opposition to motion re 32 MOTION for Extension of Time to *Effect Service on Defendant Odie Washington* filed by MARY R. SCOTT, JONATHAN MAGBIE. (Attachments: # 1 Unpublished Opinion Cited in Plaintiff's Reply Memorandum)(Alexander, Elizabeth) (Entered: 02/24/2006) |
| 02/27/2006 | | MINUTE ORDER: It is hereby ORDERED that plaintiff's unopposed motion 35 for leave to file a sur-reply to defendant District of Columbia's motion to dismiss be, and hereby is, GRANTED. Issued by Judge Richard W. Roberts on 2/27/2006. (EHS) (Entered: 02/27/2006) |

| | | |
|---|---|---|
| 02/28/2006 | 43 | SURREPLY to re 25 Second MOTION to Dismiss *(Corrected Amended)* filed by MARY R. SCOTT, JONATHAN MAGBIE. (Alexander, Elizabeth) (Entered: 02/28/2006) |
| 03/02/2006 | 44 | MEET AND CONFER STATEMENT. (Temple, Donald) (Entered: 03/02/2006) |
| 03/09/2006 | 45 | ERRATA *Corrected 16.3 statement* by JONATHAN MAGBIE. (Attachments: # 1)(Temple, Donald) (Entered: 03/09/2006) |
| 03/24/2006 | | MINUTE ORDER: It is hereby ORDERED that plaintiff's motion 32 seeking more time to serve defendant Odie Washington be, and hereby is, GRANTED, nunc pro tunc. Plaintiff has until 2/6/06 to effect service as required by FRCP 4(m) on defendant Washington. Issued by Judge Richard W. Roberts on 3/24/2006. (EHS) (Entered: 03/24/2006) |
| 03/24/2006 | | MINUTE ORDER: It is hereby ORDERED that defendant Officer Singley's motion 33 to quash service of the summons and complaint be, and hereby is, DENIED. Officer Singley's response to the complaint is due April 13, 2006. Issued by Judge Richard W. Roberts on 3/24/2006. (EHS) (Entered: 03/24/2006) |
| 03/28/2006 | 46 | MOTION to Dismiss by ODIE WASHINGTON. (Anderson, Steven) (Entered: 03/28/2006) |
| 03/28/2006 | | Set/Reset Deadlines: Answer due by 4/13/2006. (lin, ) (Entered: 03/28/2006) |
| 04/07/2006 | 47 | ANSWER to Complaint with Jury Demand by SINGLEY. Related document: 1 Complaint, filed by MARY R. SCOTT,, JONATHAN MAGBIE,.(Ben'Ary, Megan) (Entered: 04/07/2006) |
| 04/10/2006 | 48 | ORDER setting initial scheduling conference for May 5, 2006 at 10:30 a.m. See order for add'l details. Signed by Judge Richard W. Roberts on 4/10/06. (EHS) (Entered: 04/10/2006) |
| 04/11/2006 | | Set/Reset Hearings: Status Conference set for 5/5/2006 10:30 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/11/2006) |
| 04/11/2006 | 49 | RESPONSE to *Motion of Defendant Odie Washington to Dismiss Plaintiff's Complaint 46 filed by MARY R. SCOTT. (Alexander, Elizabeth) . (Entered: 04/11/2006)* |
| 04/17/2006 | 50 | ENTERED IN ERROR.....MEMORANDUM by MARY R. SCOTT. (Alexander, Elizabeth) Modified on 4/18/2006 (nmw, ). (Entered: 04/17/2006) |
| 04/17/2006 | 51 | ENTERED IN ERROR.....NOTICE *Plaintiff's Motion For Permission to Participate in Initial Scheduling Conference By Telephone* by MARY R. SCOTT (Attachments: # 1 Memorandum in Support of Motion# 2 Text of Proposed Order Proposed Order)(Alexander, Elizabeth) Modified on 4/18/2006 (nmw, ). (Entered: 04/17/2006) |
| | | |

| 04/18/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document Nos. 50 and 51 were entered in error and counsel was instructed to refile said pleading using the proper ECF event. (nmw, ) (Entered: 04/18/2006) |
|---|---|---|
| 04/18/2006 | 52 | MOTION to Permit *Plaintiff's Motion for Permission to Participate in Initial Scheduling Conference by Telephone* by MARY R. SCOTT. (Attachments: # 1 Memorandum in Support of Motion# 2 Text of Proposed Order Proposed Order)(Alexander, Elizabeth) (Entered: 04/18/2006) |
| 04/21/2006 | 53 | REPLY to opposition to motion re 46 MOTION to Dismiss filed by ODIE WASHINGTON. (Anderson, Steven) (Entered: 04/21/2006) |
| 04/25/2006 | | MINUTE ORDER: It is hereby ORDERED that plaintiff's unopposed motion 52 for co-counsel to participate in scheduling conference by telephone be, and hereby is, GRANTED. Issued by Judge Richard W. Roberts on 4/25/06. (EHS) (Entered: 04/25/2006) |
| 05/04/2006 | 54 | MEET AND CONFER STATEMENT. (Anderson, Steven) (Entered: 05/04/2006) |
| 05/04/2006 | 55 | NOTICE of Appearance by Kelvin L. Newsome on behalf of CORRECTIONS CORPORATION OF AMERICA, SINGLEY (Newsome, Kelvin) (Entered: 05/04/2006) |
| 05/04/2006 | 56 | NOTICE OF WITHDRAWAL OF APPEARANCE as to CORRECTIONS CORPORATION OF AMERICA, SINGLEY. Attorney Rebecca Everett Kuehn terminated. (Kuehn, Rebecca) (Entered: 05/04/2006) |
| 05/05/2006 | 57 | ENTERED IN ERROR.....NOTICE of Appearance by Andrew J. Spence on behalf of CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC. (Spence, Andrew) Modified on 5/8/2006 (nmw, ). (Entered: 05/05/2006) |
| 05/05/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts : Status Conference held on 5/5/2006. Second motion to dismiss by District of Columbia denied; Motion to dismiss by Odie Washington granted in part and denied in part; Amended Pleadings due by 8/3/2006. Discovery due by 11/30/2006. Dispositive Motions due by 1/30/2007. Joinder of Parties due by 8/3/2006. Status Report due by 8/3/2006. Status Conference set for 12/1/2006 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (Court Reporter Scott Wallace.) (lin, ) (Entered: 05/08/2006) |
| 05/08/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. 57 was entered in error and counsel was instructed to refile said pleading with appearing attorney's signature. (nmw, ) (Entered: 05/08/2006) |
| 05/08/2006 | 58 | SCHEDULING ORDER: All discovery to close November 30, 2006; post-discovery status conference set for December 1, 2006 at 9:15 a.m. See Order for additional deadlines. Signed by Judge Richard W. Roberts on 5/5/2006. (EHS) (Entered: 05/08/2006) |

| 05/10/2006 | | CASE REFERRED to Magistrate Judge Deborah A. Robinson for Discovery Disputes. (jsc) (Entered: 05/11/2006) |
|---|---|---|
| 05/18/2006 | 59 | MOTION to Take Deposition from Daryl Carter and Jason Foster *Plaintiffs' Consent Motion for Permission to Depose Prisoners* by MARY R. SCOTT. (Attachments: # 1 Memorandum in Support of Motion# 2 Text of Proposed Order)(Alexander, Elizabeth) (Entered: 05/18/2006) |
| 05/18/2006 | | Minute Order by Magistrate Judge Deborah A. Robinson on 5/18/06 granting 59 Consent Motion to Depose Prisoners. (EW) (Entered: 05/18/2006) |
| 05/18/2006 | 60 | MOTION for Writ of Habeas Corpus ad testificandum by MARY R. SCOTT. (Attachments: # 1 Statement of Facts Memorandum in Support# 2 Text of Proposed Order)(Alexander, Elizabeth) (Entered: 05/18/2006) |
| 05/23/2006 | 61 | MEMORANDUM OPINION AND ORDER denying the District of Columbia's motion to dismiss 25 and granting in part and denying in part Odie Washington's motion to dismiss 46. Signed by Judge Richard W. Roberts on 05/23/2006. (EHS) (Entered: 05/23/2006) |
| 05/24/2006 | 62 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Eugenia Vroustouris. :Address- LeClair Ryan, 225 Reinekers Lane, Suite 700, Alexandria, VA 22314. Phone No. - 703-684-8007. Fax No. - 703-684-8075 by CORRECTIONS CORPORATION OF AMERICA, SINGLEY. (Attachments: # 1 Affidavit # 2 Text of Proposed Order)(Ben'Ary, Megan) (Entered: 05/24/2006) |
| 05/25/2006 | 63 | MOTION for Order *to Retain Prisoner at Jail* by MARY R. SCOTT. (Attachments: # 1 Memorandum in Support of Motion# 2 Text of Proposed Order ORDER)(Alexander, Elizabeth) (Entered: 05/25/2006) |
| 05/30/2006 | 64 | NOTICE OF WITHDRAWAL OF MOTION by MARY R. SCOTT re 63 MOTION for Order *to Retain Prisoner at Jail* (Alexander, Elizabeth) (Entered: 05/30/2006) |
| 06/01/2006 | | MINUTE ORDER: It is hereby ORDERED that the motion 62 for leave for Eugenia Vroustouris to appear pro hac vice be, and hereby is, GRANTED. Issued by Judge Richard W. Roberts on 6/1/2006. (EHS) (Entered: 06/01/2006) |
| 06/07/2006 | 65 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Shannon Ivanyi. :Address- Jones, Skelton & Hochuli, P.L.C., 2901 North Central Avenue, Suite 800, Phoenix, AZ 85012. Phone No. - (602) 263-7323. Fax No. - (602) 200-7811 by CORRECTIONS CORPORATION OF AMERICA, SINGLEY. (Attachments: # 1 Affidavit # 2 Text of Proposed Order)(Ben'Ary, Megan) (Entered: 06/07/2006) |
| 06/15/2006 | | MINUTE ORDER: It is hereby ORDERED that the motion 65 to permit Shannon M. Ivanyi to appear pro hac vice on behalf of defendants Corrections Corporation of America and Patricia Singley be, and hereby is, GRANTED. Issued by Judge Richard W. Roberts on 6/15/2006. |

| | | (EHS) (Entered: 06/15/2006) |
|---|---|---|
| 06/22/2006 | 66 | NOTICE OF APPEAL as to 61 Memorandum & Opinion by ODIE WASHINGTON. No fee paid/D.C. Government (jf, ) (Entered: 06/23/2006) |
| 06/23/2006 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 66 Notice of Appeal (jf, ) (Entered: 06/23/2006) |
| 06/23/2006 | 67 | MOTION for Leave to File *Responsive Pleading* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (Attachments: # 1 Exhibit District of Columbia's and Odie Washington's Answer and Cross-claims) (DeLorenzo, Dana) (Entered: 06/23/2006) |
| 06/27/2006 | 68 | CROSSCLAIM against JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADEfiled by CORRECTIONS CORPORATION OF AMERICA, SINGLEY.(nmw, ) (Entered: 06/27/2006) |
| 07/03/2006 | | USCA Case Number 06-7109 for 66 Notice of Appeal filed by ODIE WASHINGTON,. (tg, ) (Entered: 07/05/2006) |
| 07/05/2006 | 69 | RULE 26a1 STATEMENT. (DeLorenzo, Dana) (Entered: 07/05/2006) |
| 07/05/2006 | 70 | RULE 26a1 STATEMENT. (Phillips, E.) (Entered: 07/05/2006) |
| 07/06/2006 | 71 | CLAIM Answer to Cross-Claim by JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE. (Spence, Andrew) (Entered: 07/06/2006) |
| 07/07/2006 | 72 | MOTION to Strike 71 Claim, 68 Crossclaim, by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 07/07/2006) |
| 07/12/2006 | 73 | ANSWER to Crossclaim 68 of Defendants Corrections Corp. of America and Patricia Singley by WILLIAM S. VAUGHN.(Johnson, D'Ana). (Entered: 07/12/2006) |
| 07/12/2006 | 74 | ANSWER to Crossclaim 68 of Defendants Corrections Corp. of America and Patricia Singley by ROTIMI A. ILUYOMADE.(Johnson, D'Ana) . (Entered: 07/12/2006) |
| 07/13/2006 | 75 | RULE 26a1 STATEMENT. (Johnson, D'Ana) (Entered: 07/13/2006) |
| 07/13/2006 | 76 | RULE 26a1 STATEMENT. (Johnson, D'Ana) (Entered: 07/13/2006) |
| 07/17/2006 | | MINUTE ORDER: It is hereby ORDERED that defendants Odie Washington and the District of Columbia's unopposed motion 67 for leave to late-file a responsive pleading be, and hereby is, GRANTED. Issued by Judge Richard W. Roberts on 7/17/2006. (EHS) (Entered: 07/17/2006) |

| | | |
|---|---|---|
| 07/18/2006 | 77 | *District of Columbia's and Odie Washington's* ANSWER to Complaint, CROSSCLAIM against JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., CORRECTIONS CORPORATION OF AMERICA, MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, SINGLEY, GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE by DISTRICT OF COLUMBIA, ODIE WASHINGTON. Related document: 1 Complaint, filed by MARY R. SCOTT,, JONATHAN MAGBIE,.(DeLorenzo, Dana) (Entered: 07/18/2006) |
| 07/19/2006 | 78 | Memorandum in opposition to re 72 MOTION to Strike 71 Claim, 68 Crossclaim, filed by CORRECTIONS CORPORATION OF AMERICA, SINGLEY. (Attachments: # 1)(Newsome, Kelvin) (Entered: 07/19/2006) |
| 07/24/2006 | 79 | ENTERED IN ERROR.....CLAIM Answer to CounterClaim by MALEK MALEKGHASEMI(MD), SUNDAY NWOSU(MD), JOSEPH BASTIEN(M.D.), T. WILKINS DAVIS(MD), CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., PAULINE OJELFO(LPN), GBENGA OGUNDIPE(LPN). (Spence, Andrew) Modified on 7/25/2006 (nmw, ). (Entered: 07/24/2006) |
| 07/24/2006 | 80 | ANSWER to 77 Crossclaim by JOSEPH BASTIEN(M.D.), T. WILKINS DAVIS(MD), CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI(MD), SUNDAY NWOSU(MD), PAULINE OJELFO(LPN), GBENGA OGUNDIPE(LPN).(nmw, ) (Entered: 07/25/2006) |
| 07/25/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. 79 Claim was entered in error and will be refiled by the Clerk's Office. (nmw, ) (Entered: 07/25/2006) |
| 08/02/2006 | 81 | ENTERED IN ERROR.....CLAIM Cross-Claim by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION. (Hanrahan, Catherine) Modified on 8/3/2006 (jf, ). (Entered: 08/02/2006) |
| 08/02/2006 | 83 | CROSSCLAIM against DISTRICT OF COLUMBIA, ODIE WASHINGTON, JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., CORRECTIONS CORPORATION OF AMERICA, MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, SINGLEY, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADEfiled by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION.(jf, ) (Entered: 08/03/2006) |
| 08/03/2006 | 82 | MOTION for Extension of Time to Complete Discovery *(Partial Consent)* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana) (Entered: 08/03/2006) |
| 08/03/2006 | 84 | MOTION for Leave to File *as Written Motion for Leave to Amend Complaint and Add Parties* by MARY R. SCOTT. (Attachments: # 1 Brief in Support of Motion# 2 Proposed Amended Complaint# 3 Text of |

| | | |
|---|---|---|
| | | Proposed Order Proposed Order)(Alexander, Elizabeth) (Entered: 08/03/2006) |
| 08/03/2006 | 85 | STATUS REPORT *Mediation Status Report* by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 08/03/2006) |
| 08/03/2006 | 86 | ERRATA *Defendants Cross-Claim Against Co-Defendants* by WILLIAM S. VAUGHN. (Anderson, Juan) (Entered: 08/03/2006) |
| 08/03/2006 | 88 | CROSSCLAIM against DISTRICT OF COLUMBIA, ODIE WASHINGTONfiled by CORRECTIONS CORPORATION OF AMERICA, SINGLEY.(nmw, ) (Entered: 08/04/2006) |
| 08/04/2006 | 87 | ERRATA *Motion For Leave to Amend Complaint and Add Parties* by MARY R. SCOTT 84 MOTION for Leave to File *as Written Motion for Leave to Amend Complaint and Add Parties* filed by MARY R. SCOTT,. (Attachments: # 1 Brief in Support of Motion# 2 Amended Complaint# 3 Text of Proposed Order Order)(Alexander, Elizabeth) (Entered: 08/04/2006) |
| 08/04/2006 | 89 | CROSSCLAIM against DISTRICT OF COLUMBIA, ODIE WASHINGTON, JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., CORRECTIONS CORPORATION OF AMERICA, MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, SINGLEY, GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATIONfiled by WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE.(nmw, ) (Entered: 08/04/2006) |
| 08/07/2006 | 90 | ANSWER to Crossclaim 89*of the District of Columbia and Odie Washington* by CORRECTIONS CORPORATION OF AMERICA, SINGLEY(OFFICER).(Ben'Ary, Megan) Modified on 8/7/2006 (ks, ). (Entered: 08/07/2006) |
| 08/07/2006 | 91 | ANSWER to Cross-Claim 89 by JOSEPH BASTIEN(M.D.), T. WILKINS DAVIS(MD), CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI(MD), SUNDAY NWOSU(MD), PAULINE OJELFO(LPN), GBENGA OGUNDIPE(LPN). (Spence, Andrew) Modified on 8/7/2006 (ks, ). (Entered: 08/07/2006) |
| 08/07/2006 | 92 | MOTION to Dismiss *Cross-Claim or, in the Alternative, Motion for More Definite Statement* by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION. (Attachments: # 1 # 2 Text of Proposed Order)(Hanrahan, Catherine) (Entered: 08/07/2006) |
| 08/09/2006 | 93 | ENTERED IN ERROR.....CLAIM Answer to Cross-Claim of Defendants William S. Vaughn, M.D. and Rotimi Iluyomade, M.D. by JOSEPH BASTIEN(M.D.), T. WILKINS DAVIS(MD), CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI(MD), SUNDAY NWOSU(MD), PAULINE OJELFO(LPN), GBENGA OGUNDIPE(LPN). (Spence, Andrew) Modified on 8/10/2006 (jf, ). (Entered: 08/09/2006) |

| 08/10/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 93 Claim, was entered in error and counsel was instructed to refile said pleading using the correct category. (jf, ) (Entered: 08/10/2006) |
|---|---|---|
| 08/10/2006 | 94 | ANSWER to 89 Crossclaim by JOSEPH BASTIEN(M.D.), T. WILKINS DAVIS(MD), CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI(MD), SUNDAY NWOSU(MD), PAULINE OJELFO(LPN), GBENGA OGUNDIPE(LPN).(Spence, Andrew) Modified on 8/11/2006 (nmw, ). (Entered: 08/10/2006) |
| 08/16/2006 | 95 | NOTICE of Voluntary Dismissal re Malek Malekghasemi, MD, Sunday Nwosu, MD, Joseph Bastien, MD, T. Wilkins Davis, MD, Pauline Ojelfo, LPN, Gbenga Ogundipe, LPN (Temple, Donald) (Entered: 08/16/2006) |
| 08/16/2006 | 96 | NOTICE of Voluntary Dismissal re Center for Correctional Health and Policy Studies, Inc. (Temple, Donald) (Entered: 08/16/2006) |
| 08/17/2006 | 97 | *District of Columbia's and Odie Washington's* ANSWER to Crossclaim *of Corrections Corporation of America and Patricia Singley 88 by DISTRICT OF COLUMBIA, ODIE WASHINGTON.(DeLorenzo, Dana). (Entered: 08/17/2006)* |
| 08/17/2006 | 98 | District of Columbia's and Odie Washington's ANSWER to Crossclaim by Drs. Vaughn and Iluyomade 89 by DISTRICT OF COLUMBIA, ODIE WASHINGTON.(DeLorenzo, Dana). (Entered: 08/17/2006) |
| 08/17/2006 | 99 | Memorandum in opposition to re 84 MOTION for Leave to File *as Written Motion for Leave to Amend Complaint and Add Parties* filed by CORRECTIONS CORPORATION OF AMERICA, SINGLEY. (Struck, Daniel) (Entered: 08/17/2006) |
| 08/18/2006 | 100 | ANSWER to Crossclaim 83 filed by Greater Southeast Community Hospital Corporation I by DISTRICT OF COLUMBIA, ODIE WASHINGTON.(DeLorenzo, Dana). (Entered: 08/18/2006) |
| 08/21/2006 | 101 | MOTION for Protective Order *(Partial Consent)* by DISTRICT OF COLUMBIA. (DeLorenzo, Dana) (Entered: 08/21/2006) |
| 08/21/2006 | 102 | Memorandum in opposition to re 92 MOTION to Dismiss *Cross-Claim or, in the Alternative, Motion for More Definite Statement* filed by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (Anderson, Steven) (Entered: 08/21/2006) |
| 08/22/2006 | 103 | SUPPLEMENTAL MEMORANDUM to re 84 MOTION for Leave to File *as Written Motion for Leave to Amend Complaint and Add Parties Plaintiff's Reply Brief In Support Of Motion For Leave To Amend Complaint And Add Parties* filed by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 08/22/2006) |
| 08/22/2006 | 104 | ANSWER to Crossclaim 83 of Greater Southeast Community Hospital Corporation I by CORRECTIONS CORPORATION OF AMERICA, SINGLEY.(Ben'Ary, Megan). (Entered: 08/22/2006) |
| | | |

| 08/22/2006 | 105 | ANSWER to Crossclaim 83 of William S. Vaughn, M.D. and Rotimi A. Iluyomade, M.D. by CORRECTIONS CORPORATION OF AMERICA, SINGLEY.(Ben'Ary, Megan). (Entered: 08/22/2006) |
|---|---|---|
| 08/23/2006 | 106 | ENTERED IN ERROR.....CLAIM Answer to Cross-Claim of CCA and Singley by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION. (Hanrahan, Catherine) Modified on 8/23/2006 (lc, ). (Entered: 08/23/2006) |
| 08/23/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: re 106 Claim was entered in error and counsel was instructed to refile said pleading in the correct category. (lc, ) (Entered: 08/23/2006) |
| 08/23/2006 | 107 | ANSWER to Crossclaim *of CCA and Singley* by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION.(Hanrahan, Catherine) (Entered: 08/23/2006) |
| 08/23/2006 | 108 | ANSWER to Crossclaim *of Vaughn and Iluyomade* by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION.(Hanrahan, Catherine) (Entered: 08/23/2006) |
| 08/25/2006 | | Set Hearing: Status Conference set for Tuesday, 9/12/2006 @ 02:30 PM in Courtroom 4-2nd Floor, E. Barrett Prettyman Building before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 08/25/2006) |
| 08/28/2006 | 109 | ENTERED IN ERROR.....CLAIM Answer to Crossclaim by ROTIMI A. ILUYOMADE. (Anderson, Juan) Modified on 8/29/2006 (jf, ). (Entered: 08/28/2006) |
| 08/28/2006 | 110 | ENTERED IN ERROR.....CLAIM Vaughn's Answer to Crossclaim of GSECH by WILLIAM S. VAUGHN. (Anderson, Juan) Modified on 8/29/2006 (jf, ). (Entered: 08/28/2006) |
| 08/28/2006 | 111 | ANSWER to Crossclaim by ROTIMI A. ILUYOMADE(MD). Related document: 83 Crossclaim, filed by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION,.(jf, ) Additional attachment(s) added on 8/29/2006 (jf, ). (Entered: 08/29/2006) |
| 08/28/2006 | 112 | ANSWER to Crossclaim by WILLIAM S. VAUGHN(MD). Related document: 83 Crossclaim, filed by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION,.(jf, ) Additional attachment(s) added on 8/29/2006 (jf, ). (Entered: 08/29/2006) |
| 08/29/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document Nos. re 110 Claim, 109 Claim was entered in error and re-filed by the Clerk's Office. (jf, ) (Entered: 08/29/2006) |
| 09/05/2006 | 113 | Consent MOTION for Extension of Time to Complete Discovery by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION. (Hanrahan, Catherine) (Entered: 09/05/2006) |
| 09/05/2006 | 114 | RULE 26a2 STATEMENT. (Attachments: # 1 Exhibit Dr. Betsey Resume# 2 Exhibit Dr. Betsey list of cases deposed or testified# 3 Exhibit Dr. Day fees, resume, cases deposed or testified)(Anderson, |

| | | |
|---|---|---|
| | | Steven) (Entered: 09/05/2006) |
| 09/12/2006 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson : Motion Hearing held on 9/12/2006. re 101 MOTION for Protective Order (unopposed) is granted. Motions for Extention of time to complete discovery re [82, 113] is stayed; Counsel for parties shall meet and confer in an effort to agree on discovery plan, and shall fill status report regarding efforts no later than 9/22/06; plaintiff shall file any opposition to Greater Southeast's motion for extension of time to complete discover re113 by 9/22/06. Plaintiff, CCA and Singley shall file a status report regarding plaintiff's motion for leave to amend by 9/18/06. (Court Reporter Pro-Typists.) (lm, ) (Entered: 09/14/2006) |
| 09/18/2006 | 115 | STATUS REPORT by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 09/18/2006) |
| 09/18/2006 | | Set/Reset Deadlines:deadline for filing Status Report regarding proposed amendment of the pleadings extended to 9/22/2006. (EW) (Entered: 09/18/2006) |
| 09/21/2006 | 116 | ORDER granting 82 Motion for Extension of Time to Complete Discovery, granting 113 Motion for Extension of Time to Complete Discovery. All discovery must close February 28, 2007, and a post-discovery status conference is set for March 2, 2007. Signed by Judge Richard W. Roberts on 9/21/2006. (EHS) (Entered: 09/21/2006) |
| 09/21/2006 | | Set/Reset Deadlines: Discovery due by 2/28/2007. (clv, ) (Entered: 09/21/2006) |
| 09/21/2006 | 117 | ORDER granting plaintiff's 84 motion for leave to file amended complaint and add parties. Signed by Judge Richard W. Roberts on 9/21/2006. (EHS) (Entered: 09/21/2006) |
| 09/21/2006 | 118 | ORDER granting defendant Greater Southeast Community Hospital's motion 92 to dismiss the breach of contract cross claim filed by defendants the District of Columbia and Odie Washington. Signed by Judge Richard W. Roberts on 9/21/2006. (EHS) (Entered: 09/21/2006) |
| 09/21/2006 | 119 | ORDER denying plaintiff's motion 72 to strike, but STRIKING, sua sponte, documents identified as cross-claims filed by defendants Corrections Corporation of America, Singley, Greater Southeast Community Hospital Corporation, Vaughn and Iluyomade, and all answers to them. Signed by Judge Richard W. Roberts on 9/21/2006. (EHS) (Entered: 09/21/2006) |
| 09/21/2006 | 121 | AMENDED COMPLAINT against all defendants filed by MARY R. SCOTT, JONATHAN MAGBIE.(jf, ) (Entered: 10/03/2006) |
| 09/25/2006 | 120 | MOTION for Leave to File *an Amended Answer to Complaint* by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION. (Attachments: # 1 Exhibit Amended Answer to Complaint and Cross Claim Exhibit)(Rumsey, Alan) (Entered: 09/25/2006) |
| | | |

| 10/05/2006 | 122 | *Greater Southeast Community Hospital Corporation I* ANSWER to Amended Complaint *of Plaintiff*, CROSSCLAIM *by Greater Southeast Community Hospital Corporation I* against DISTRICT OF COLUMBIA, ODIE WASHINGTON, JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., CORRECTIONS CORPORATION OF AMERICA, MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, SINGLEY, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION. Related document: 121 Amended Complaint filed by MARY R. SCOTT,, JONATHAN MAGBIE,. (Hanrahan, Catherine) (Entered: 10/05/2006) |
|---|---|---|
| 10/13/2006 | 123 | ANSWER to Crossclaim 122 of Greater Southeast Community Hospital Corporation I by JOSEPH BASTIEN(M.D.), T. WILKINS DAVIS(MD), CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI(MD), SUNDAY NWOSU(MD), PAULINE OJELFO(LPN), GBENGA OGUNDIPE(LPN).(Spence, Andrew). (Entered: 10/13/2006) |
| 10/20/2006 | 124 | MOTION for Extension of Time to File Answer re 121 Amended Complaint, 122 Answer to Amended Complaint,,, Crossclaim,, *(With Plaintiff's Consent)* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana) (Entered: 10/20/2006) |
| 10/23/2006 | 125 | ANSWER to Crossclaim 122 of Greater Southeast Community Hospital Corporation I by CORRECTIONS CORPORATION OF AMERICA, SINGLEY.(Ben'Ary, Megan) . (Entered: 10/23/2006) |
| 11/13/2006 | | MINUTE ORDER: It is hereby ORDERED that the unopposed joint motion by defendant District of Columbia and Odie Washington 124 for extension of time to answer be, and hereby is, GRANTED. Their answers are due November 19, 2006. Issued by Judge Richard W. Roberts on 11/13/2006. (EHS) (Entered: 11/13/2006) |
| 11/13/2006 | | Set Deadline: Answer due by 11/19/2006. (mm) (Entered: 11/13/2006) |
| 11/17/2006 | 126 | MOTION for Extension of Time to File Answer re 121 Amended Complaint, 122 Answer to Amended Complaint,,, Crossclaim,, *With Plaintiff's Consent* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana) (Entered: 11/17/2006) |
| 11/20/2006 | | MINUTE ORDER: It is hereby ORDERED that the joint motion of the District of Columbia and Odie Washington 126 for an extension of time to answer the amended complaint and any pending cross-claims. Responses now due December 19, 2006. Issued by Judge Richard W. Roberts on 11/20/2006. (EHS) (Entered: 11/20/2006) |
| 12/04/2006 | 127 | STIPULATION *for Extention of Time for Designation of Experts as to Defendants William Vaughn, M.D. and Rotimi Iluyomade, M.D.'s Only* by WILLIAM S. VAUGHN. (Anderson, Juan) Modified on 12/5/2006 (nmw, ). (Entered: 12/04/2006) |

| 12/19/2006 | 128 | Third MOTION for Extension of Time to File Answer re 121 Amended Complaint, 122 Answer to Amended Complaint,,, Crossclaim,, *(With Plaintiff's Consent)* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana) (Entered: 12/19/2006) |
| --- | --- | --- |
| 12/21/2006 | 129 | *Defendant Iluyomade* ANSWER to Amended Complaint by ROTIMI A. ILUYOMADE. Related document: 121 Amended Complaint filed by MARY R. SCOTT,, JONATHAN MAGBIE,.(Anderson, Juan) (Entered: 12/21/2006) |
| 12/21/2006 | 130 | *Defendant Vaugh's* ANSWER to Amended Complaint by WILLIAM S. VAUGHN. Related document: 121 Amended Complaint filed by MARY R. SCOTT,, JONATHAN MAGBIE,.(Anderson, Juan) (Entered: 12/21/2006) |
| 12/22/2006 |  | MINUTE ORDER: It is hereby ORDERED that defendants Odie Washington and the District of Columbia's motion 128 for an extension of time to respond to complaint and cross-claims, to which plaintiff and some defendants consent, be, and hereby is, GRANTED. Movants' response to complaint is due January 18, 2007. Issued by Judge Richard W. Roberts on 12/22/06. (EHS) (Entered: 12/22/2006) |
| 12/22/2006 |  | Set/Reset Deadlines: Answer due by 1/18/2007. (lin, ) (Entered: 12/22/2006) |
| 12/22/2006 | 131 | RULE 26b4 STATEMENT. (Anderson, Juan) (Entered: 12/22/2006) |
| 01/02/2007 | 132 | RULE 26b4 STATEMENT. (Connor, Edward) (Entered: 01/02/2007) |
| 01/17/2007 | 133 | MOTION for Extension of Time to File Answer re 121 Amended Complaint, 122 Answer to Amended Complaint,,, Crossclaim,, *by February 1, 2007 (With Plaintiff's Consent)* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana) (Entered: 01/17/2007) |
| 01/18/2007 |  | MINUTE ORDER: It is hereby ORDERED that defendant District of Columbia and Odie Washington's motion 133 for extension of time to answer, to which plaintiff has consented, be, and hereby is GRANTED. Responsive pleadings are due February 1, 2007. Issued by Judge Richard W. Roberts on 1/18/07. (EHS) (Entered: 01/18/2007) |
| 01/19/2007 |  | Set/Reset Deadlines: Answer due by 2/1/2007. (lin, ) (Entered: 01/19/2007) |
| 02/01/2007 | 134 | MOTION for Extension of Time to File Answer re 122 Answer to Amended Complaint,,, Crossclaim,,, 121 Amended Complaint *By February 16, 2007 (With Plaintiff's Consent)* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana) (Entered: 02/01/2007) |
| 02/05/2007 |  | MINUTE ORDER: Based on counsel's representation that a meeting to finalize settlement will be scheduled promptly, it is hereby ORDERED that defendants District of Columbia and Odie Washington's motion 134 for an extension of time until February 16, 2007 to respond to the |

| | | complaint and cross claims, be, and hereby is, GRANTED. Any further requests for extensions when no meeting of the parties has occurred will be disfavored. Answer or other response due February 16, 2007. Issued by Judge Richard W. Roberts on 2/5/2007. (EHS) (Entered: 02/05/2007) |
|---|---|---|
| 02/05/2007 | | Set/Reset Deadlines: Answer due by 2/16/2007. (lin, ) (Entered: 02/05/2007) |
| 02/15/2007 | 135 | NOTICE of Voluntary Dismissal by JONATHAN MAGBIE (Temple, Donald) (Entered: 02/15/2007) |
| 02/15/2007 | 136 | MOTION for Extension of Time to *answer complaint and cross-claims* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (Attachments: # 1 Text of Proposed Order)(Anderson, Steven) (Entered: 02/15/2007) |
| 02/16/2007 | 137 | STIPULATION of Dismissal by MARY R. SCOTT. (Connor, Edward) (Entered: 02/16/2007) |
| 02/16/2007 | 138 | STIPULATION of Dismissal *with Prejudice for Medical Issues Only* by CORRECTIONS CORPORATION OF AMERICA. (Phillips, E.) (Entered: 02/16/2007) |
| 02/20/2007 | | MINUTE ORDER: It is hereby ORDERED that the District defendants' motion 136 for extension respond to the amended complaint and cross claims be, and hereby is, GRANTED. The District defendants' response to the amended complaint and cross claims is due 2/23/07. Issued by Judge Richard W. Roberts on 2/20/2007. (EHS) (Entered: 02/20/2007) |
| 02/21/2007 | | Set/Reset Deadlines: Answer due by 2/23/2007. (lin, ) (Entered: 02/21/2007) |
| 02/26/2007 | 139 | NOTICE of Voluntary Dismissal by MARY R. SCOTT (Connor, Edward) (Entered: 02/26/2007) |
| 03/01/2007 | | Set/Reset Hearings: Status Conference set for 3/2/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 03/01/2007) |
| 03/01/2007 | 140 | Consent MOTION to Continue *Status Conference by William Vaughn, M.D., National Emergency Services District of Columbia and* by ROTIMI A. ILUYOMADE. (Attachments: # 1)(Johnson, D'Ana) (Entered: 03/01/2007) |
| 03/01/2007 | | MINUTE ORDER: It is hereby ORDERED that parties' motion 140 to continue be, and hereby is, GRANTED. Parties are ORDERED to submit a joint status report by March 19, 2007. Issued by Judge Richard W. Roberts on 3/1/07. (lcrwr1) (Entered: 03/01/2007) |
| 03/06/2007 | | Set/Reset Deadlines: Status Report due by 3/19/2007. (lin, ) (Entered: 03/06/2007) |
| 03/19/2007 | 141 | STATUS REPORT by JONATHAN MAGBIE. (Temple, Donald) (Entered: 03/19/2007) |
| | | |

| 04/03/2007 | | MINUTE ORDER: Now that discovery has closed and dispositive motions, if any, are due by April 30, 2007, it is hereby ORDERED that the parties appear at a conference on Friday, April 13, 2007, at 10:00 a.m. to schedule a pretrial hearing and a trial. Issued by Judge Richard W. Roberts on 4/3/1007. (EHS) (Entered: 04/03/2007) |
| --- | --- | --- |
| 04/03/2007 | | Set/Reset Hearings: Status Conference set for 4/13/2007 10:00 AM in Courtroom 9 before Judge Richard W. Roberts. (zlin, ) (Entered: 04/03/2007) |
| 04/03/2007 | 143 | ORDER of USCA (certified copy) as to 66 Notice of Appeal filed by ODIE WASHINGTON; It is hereby ordered that the motion to dismiss appeal be granted and this case is hereby dismissed; USCA#06-7109 (jsc) (Entered: 04/20/2007) |
| 04/09/2007 | 142 | Emergency MOTION to Continue *Status Conference by Rotimi A. Iluyomade, M.D., National Emergency Services District of Columbia, and* by WILLIAM S. VAUGHN (Johnson, D'Ana) (Entered: 04/09/2007) |
| 04/10/2007 | | MINUTE ORDER: It is hereby ORDERED that defendants' consent motion 142 to continue the status conference set for April 13, 2007 be, and hereby is, GRANTED. The status conference is RESCHEDULED for Friday, April 20, 2007 at 12:30 p.m. Issued by Judge Richard W. Roberts on 4/10/07. (EHS) (Entered: 04/10/2007) |
| 04/18/2007 | | NOTICE of Hearing:Status Conference reset for 4/19/2007 12:00 PM (Previously set for 12:30 p.m.) in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/18/2007) |
| 04/18/2007 | | Set/Reset Hearings: Status Conference set for 4/20/2007 12:00 PM in Courtroom 9 before Judge Richard W. Roberts. PLEASE NOTE THAT PREVIOUS NOTICE HAD INCORRECT DATE. (lin, ) (Entered: 04/18/2007) |
| 04/18/2007 | | NOTICE TO COUNSEL: Counsel for defendants that have been dismissed from this case or have already settled with the plaintiff are NOT required to appear at the status conference set for April 20, 2007 at noon. (EHS) (Entered: 04/18/2007) |
| 04/20/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts : Status Conference held on 4/20/2007. Discovery due by 5/31/2007.,Status Conference set for 6/1/2007 11:00 AM in Courtroom 9 before Judge Richard W. Roberts. (Court Reporter Scott Wallace.) (lin, ) (Entered: 04/23/2007) |
| 04/23/2007 | 145 | SCHEDULING ORDER: Discovery due by 5/31/2007.,Dispositive Motions due by 4/30/2007.,Expert Witness List due by 5/4/2007.,Status Conference set for 6/1/2007 11:00 AM in Courtroom 9 before Judge Richard W. Roberts.. Signed by Judge Richard W. Roberts on 4/23/07. (mon, ) (Entered: 04/25/2007) |
| 04/25/2007 | 144 | NOTICE OF WITHDRAWAL OF APPEARANCE as to DISTRICT OF COLUMBIA, ODIE WASHINGTON. Attorney Dana K. DeLorenzo |

| | | |
|---|---|---|
| | | terminated. (DeLorenzo, Dana) (Entered: 04/25/2007) |
| 04/25/2007 | 146 | NOTICE of Voluntary Dismissal by MARY R. SCOTT (Connor, Edward) (Entered: 04/25/2007) |
| 04/25/2007 | 147 | ENTERED IN ERROR.....NOTICE of Appearance by Ronald George Guziak on behalf of DISTRICT OF COLUMBIA (Guziak, Ronald) Modified on 4/26/2007 (jf, ). (Entered: 04/25/2007) |
| 04/25/2007 | 148 | NOTICE of Appearance by Ronald George Guziak on behalf of WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE, NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, INC. (jf, ) (Entered: 04/26/2007) |
| 04/26/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 147 Notice of Appearance was entered in error and has been re-filed by the Clerk's Office. (jf, ) (Entered: 04/26/2007) |
| 04/30/2007 | 149 | MOTION for Extension of Time to File *Dispositive Motions by Rotimi A. Iluyomade, M.D., National Emergency Services District of Columbia, and* by WILLIAM S. VAUGHN (Johnson, D'Ana) (Entered: 04/30/2007) |
| 05/02/2007 | 150 | Memorandum in opposition to re 149 MOTION for Extension of Time to File *Dispositive Motions by Rotimi A. Iluyomade, M.D., National Emergency Services District of Columbia, and* filed by MARY R. SCOTT. (Attachments: # 1 Text of Proposed Order)(Alexander, Elizabeth) (Entered: 05/02/2007) |
| 05/04/2007 | 151 | ENTERED IN ERROR.....RULE 26a2 STATEMENT. (Attachments: # 1)(Johnson, D'Ana) Modified on 5/7/2007 (lc, ). (Entered: 05/04/2007) |
| 05/04/2007 | 152 | RULE 26a2 STATEMENT. (Attachments: # 1 Exhibit Dr. Buttaravoli's report# 2 Exhibit Dr. Johns's Report)(Johnson, D'Ana) (Entered: 05/04/2007) |
| 05/07/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: re 151 Rule 26a2 Statement was entered in error and was refiled correctly in docket entry 152. (lc, ) (Entered: 05/07/2007) |
| 05/08/2007 | 153 | MOTION To exclude Defendants' expert witnesses by MARY R. SCOTT (Attachments: # 1 Text of Proposed Order)(Alexander, Elizabeth) (Entered: 05/08/2007) |
| 05/22/2007 | 154 | RESPONSE (OPPOSITION) to 153 Plaintiff's Motion to Strike Experts filed by WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE and NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, INC.. (Attachments: # 1 Text of Proposed Order proposed Order Denying Plaintiff's Motion to Exclude Expert Witnesses# 2)(Johnson, D'Ana) Modified on 5/23/2007 (jf, ). (Entered: 05/22/2007) |
| 05/23/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 154 Response to any document, was modified to add the correct filers. (jf, ) (Entered: 05/23/2007) |
| | | |

| 05/23/2007 | 155 | REPLY to opposition to motion re 153 MOTION To exclude Defendants' expert witnesses *Reply Brief in Support of Motion to Exclude Defendants' Expert Witnesses* filed by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 05/23/2007) |
|---|---|---|
| 05/29/2007 | | MINUTE ORDER: Although plaintiff has failed to certify her compliance with LCvR 7(m), defendants' failure to comply with their disclosure requirements as to Drs. Buttaravoli and Johns, and their untimely disclosure of Dr. Day's report on the verge of the twice-extended discovery deadline, has unfairly prejudiced plaintiff. It is hereby ORDERED that plaintiff's motion 153 to exclude those experts be, and hereby is, GRANTED. It is further ORDERED that defendants' motion 149 to extnd time to file dispositive motions be, and hereby is, GRANTED. Given the history of delays in these proceedings, however, the deadline will be extended only to June 11, 2007. Issued by Judge Richard W. Roberts on 5/29/2007. (EHS) (Entered: 05/29/2007) |
| 06/01/2007 | 156 | MOTION for Reconsideration re Order on Motion for Extension of Time to File,,, Order on Motion for Miscellaneous Relief,, *Motion to Exclude Defendants' Expert Witnesses* by NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, INC. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Defendants' Motion for Reconsideration# 2 Exhibit Exhibit 1 to Defendants' Motion for Reconsideration# 3 Exhibit Exhibit 2 to Defendants' Motion for Reconsideration# 4 Exhibit Exhibit 3 to Defendants' Motion for Reconsideration# 5 Exhibit Exhibit 4 to Defendants' Motion for Reconsideration# 6 Exhibit Exhibit 5 to Defendants' Motion for Reconsideration# 7 Exhibit Exhibit 6 to Defendants' Motion for Reconsideration)(Johnson, D'Ana) (Entered: 06/01/2007) |
| 06/01/2007 | | Minute Entry. Proceedings held before Judge Richard W. Roberts : Status Conference held on 6/1/2007. Plaintiff's Responses to defendant's motion to reconsider due by 6/12/2007, Defendant's Replies due by 6/15/2007.,Joint Status Report due by 6/15/2007. The current dispositive motions deadline is suspended by the Court, to be reset at a later date. (Court Reporter Scott Wallace.) (whb) (Entered: 06/01/2007) |
| 06/01/2007 | | Set/Reset Deadlines: Plaintiff's responses to defendant's Motion to Reconsider due by 6/12/2007. Defendant's replies due by 6/15/2007. Joint Status Report due by 6/15/2007. (cp, ) (Entered: 06/01/2007) |
| 06/12/2007 | 157 | RESPONSE to *Defendants' 156 Motion for Reconsideration of the Court's Order of May 29, 2007* filed by MARY R. SCOTT. (Attachments: # 1 Att. 1# 2 Att 2 Corresp. from JMA# 3 Att 3 Expert Witness Designation# 4 Att 3-1 Walden# 5 Att. 3-2 Edelman# 6 Att. 3-3 Baker# 7 Att 3-4 Cooper# 8 Attachment 4)(Alexander, Elizabeth) . (Entered: 06/12/2007) |
| 06/15/2007 | 158 | STATUS REPORT *Joint* by WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE, MARY R. SCOTT, NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, INC.. (Guziak, Ronald) (Entered: 06/15/2007) |

| 06/15/2007 | 159 | REPLY to opposition to motion re 153 MOTION To exclude Defendants' expert witnesses *Defendants' Reply to Plaintiff's Response to Motion for Reconsideration of the Court's Order of May 29, 2007 Granting Plaintiff's Moiton to Exclude Defendants' Expert Witnesses* filed by WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE, NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, INC.. (Attachments: # 1 Exhibit # 2 Exhibit Defendants' Exhibit 1# 3 Exhibit Defendants' Exhibit 2# 4 Exhibit Defendants' Exhibit 3# 5 Exhibit Defendants' Exhibit 4# 6 Exhibit Defendants' Exhibit 5# 7 Exhibit Defendants' Exhibit 6# 8 Exhibit Defendants' Exhibit 7# 9 Exhibit Defendants' Exhibit 8)(Guziak, Ronald) (Entered: 06/15/2007) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 06/21/2007 13:45:15 | | |
| **PACER Login:** | rs0055 | **Client Code:** | 999933/74000/5175 |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-01853-RWR |
| **Billable Pages:** | 20 | **Cost:** | 1.60 |

CLOSED, JURY, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:05-cv-02187-RBW

HINES v. CORRECTIONS CORPORATION OF
AMERICA, INC. et al
Assigned to: Judge Reggie B. Walton
Case in other court: Superior Court, 05ca6400
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 11/07/2005
Date Terminated: 03/27/2007
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**ANTHONY HINES**                          represented by  **Rudolph Acree**
1211 Connecticut Avenue, NW
Suite 303
Washington, DC 20036
(202) 331-0793
Fax: (202) 331-7004
Email: racree30@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Keith McDaniel**
MCDANIEL & ASSOCIATES
1211 Connecticut Avenue, NW
Suite 506
Washington, DC 20036
(202) 331-0793
Fax: (202) 331-7004
Email: bkmassociates@aol.com
*ATTORNEY TO BE NOTICED*

**Kevin L. Chapple**
1211 Connecticut Avenue, NW
Suite 506
Washington, DC 20036
(202) 331-0793
Fax: (202) 331-7004
Email: kevinlchapple@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CORRECTIONS CORPORATION
OF AMERICA, INC.**
*(CCA)*                                   represented by  **Colleen Elizabeth Durbin**
CARR MALONEY, PC
1615 L Street, NW

Suite 500
Washington, DC 20036
(202) 310-5500
Email: ced@carrmaloney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel P. Struck**
JONES, SKELTON & HOCHULI
2901 North Central Avenue
Suite 800
Phoeniz, AZ 85012
(602) 263-1700
Fax: 602-200-7811
Email: dstruck@jshfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer L. Holsman**
JONES, SKELTON & HOCHULI,
P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, AZ 85012
(602) 263-7310
Email: jholsman@jshfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Bojanowski**
JONES, SKELTON & HOCHULI,
P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, AZ 85012
(602) 263-7324
Fax: (602) 200-7837
Email: tbojanowski@jshfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelvin L. Newsome**
LECLAIR RYAN
999 Waterside Drive
Suite 2525
Norfolk, VA 23510
(757) 441-8938
Fax: (757) 441-8988
Email:
kelvin.newsome@leclairryan.com

*TERMINATED: 01/23/2007*

**Megan Starace Ben'Ary**
LECLAIR & RYAN
225 Reinekers Lane
Suite 700
Alexandria, VA 22314
(703) 684-8007
Fax: (703) 684-8075
Email: megan.ben'ary@leclairryan.com
*TERMINATED: 01/23/2007*

**Rebecca Everett Kuehn**
FEDERAL TRADE COMMISSION
Division of Privacy and Identity
Protection
600 Pennsylvania Avenue, N.W.
Mail Stop NJ-3158
Washington, DC 20580
202-326-2017
Fax: 202-326-3629
Email: rkuehn@ftc.gov
*TERMINATED: 05/04/2006*

**Defendant**

**DISTRICT OF COLUMBIA**          represented by   **Shana Lyn Frost**
**GOVERNMENT**                                     OFFICEOF THE ATTORNEY
*A Municipal Corporation for the*                  GENERAL FOR THE DISTRICT OF
*Intentional and Negligent Acts and*               COLUMBIA
*Omissions of its Agents and Agencies*             441 Fourth Street, NW
                                                   6th Floor South
                                                   Washington, DC 20001
                                                   (202) 724-6534
                                                   Email: shana.frost@dc.gov
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **E. Louise Phillips**
                                                   OFFICE OF THE ATTORNEY
                                                   GENERAL
                                                   441 Fourth Street, NW
                                                   Sixth Floor South
                                                   Washington, DC 20001
                                                   (202) 724-6519
                                                   Fax: (202) 727-3625
                                                   Email: louise.phillips@dc.gov
                                                   *TERMINATED: 01/12/2007*

**Defendant**

**JANE OR JOHN DOE**

*Corrections Corporation of America*

**Defendant**

**TABITHA BRAXTON**

**ThirdParty Plaintiff**

**DISTRICT OF COLUMBIA
GOVERNMENT**
*A Municipal Corporation for the
Intentional and Negligent Acts and
Omissions of its Agents and Agencies*


V.

**ThirdParty Defendant**

| | |
|---|---|
| **CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES INC** | represented by **Leo A. Roth, Jr.**<br>BRAULT GRAHAM LLC<br>110 South Washington Street<br>Rockville, MD 20850<br>(301) 424-1060<br>Fax: (301) 424-0405<br>Email: lroth@braultgraham.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2005 | 1 | NOTICE OF REMOVAL by CORRECTIONS CORPORATION OF AMERICA, INC. from Superior Court for the District of Columbia, case number 05ca6400. ( Filing fee $ 250 )filed by CORRECTIONS CORPORATION OF AMERICA, INC.. (Attachments: # 1 Jury Demand)(jf, ) (Entered: 11/10/2005) |
| 11/07/2005 | 2 | ANSWER to Complaint with Jury Demand by CORRECTIONS CORPORATION OF AMERICA, INC..(jf, ) (Entered: 11/10/2005) |
| 11/16/2005 | 3 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CORRECTIONS CORPORATION OF AMERICA, INC. (Kuehn, Rebecca) (Entered: 11/16/2005) |
| 11/17/2005 | 4 | Receipt on 11/17/05 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number 05ca6400. (jf, ) (Entered: 11/21/2005) |
| 11/21/2005 | 5 | NOTICE of Appearance by Rebecca Everett Kuehn on behalf of CORRECTIONS CORPORATION OF AMERICA, INC. (Kuehn, Rebecca) (Entered: 11/21/2005) |
| 11/23/2005 | 6 | NOTICE of Appearance by Daniel P. Struck on behalf of CORRECTIONS CORPORATION OF AMERICA, INC. (Struck, |

| | | Daniel) (Entered: 11/23/2005) |
|---|---|---|
| 12/07/2005 | 7 | ANSWER to Complaint with Jury Demand by DISTRICT OF COLUMBIA GOVERNMENT.(Phillips, E.) (Entered: 12/07/2005) |
| 01/04/2006 | 8 | ORDER for Initial Scheduling Conference set for 2/17/2006 11:00 AM in Courtroom 5 before Judge Reggie B. Walton. (mpt, ) (Entered: 01/04/2006) |
| 01/04/2006 | 9 | GENERAL ORDER AND GUIDELINES FOR CIVIL CASES. (mpt, ) (Entered: 01/04/2006) |
| 02/08/2006 | 10 | NOTICE *of Service of Request for Admissions to Plaintiff* by CORRECTIONS CORPORATION OF AMERICA, INC. (Struck, Daniel) (Entered: 02/08/2006) |
| 02/16/2006 | 11 | MEET AND CONFER STATEMENT. (Kuehn, Rebecca) (Entered: 02/16/2006) |
| 02/17/2006 | 12 | SCHEDULING ORDER. A status conference in this matter shall be held on December 1, 2006, at 9:15 a.m. Signed by Judge Reggie B. Walton on February 17, 2006. (lcrbw3, ) (Entered: 02/17/2006) |
| 02/17/2006 | | Minute Entry for proceedings held before Judge Reggie B. Walton : Initial Scheduling Conference held on 2/17/2006. Status Conference set for 12/1/2006 09:15 AM in Courtroom 5 before Judge Reggie B. Walton. (Court Reporter Phyllis Merana.) (mpt, ) (Entered: 02/17/2006) |
| 02/17/2006 | | CASE REFERRED to Magistrate Judge Alan Kay for settlement discussions. (bm) (Entered: 02/22/2006) |
| 02/28/2006 | 13 | ORDER setting mediation for September 14, 2006, at 10 am. Signed by Magistrate Judge Alan Kay on 02/28/06. (DM) (Entered: 02/28/2006) |
| 03/23/2006 | 14 | ENTERED IN ERROR. . . .RESPONSE to Discovery Request from Anthony Hines by ANTHONY HINES.(Acree, Rudolph) Modified on 3/27/2006 (td, ). (Entered: 03/23/2006) |
| 03/24/2006 | 15 | ENTERED IN ERROR. . . .RESPONSE to Discovery Request from Anthony Hines by ANTHONY HINES.(Acree, Rudolph) Modified on 3/27/2006 (td, ). (Entered: 03/24/2006) |
| 03/24/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: re 14 Response to Discovery, 15 Response to Discovery was entered in error. Discovery is not filed with the court.(td, ) (Entered: 03/27/2006) |
| 05/04/2006 | 16 | NOTICE OF WITHDRAWAL OF APPEARANCE as to CORRECTIONS CORPORATION OF AMERICA, INC.. Attorney Rebecca Everett Kuehn terminated. (Kuehn, Rebecca) (Entered: 05/04/2006) |
| 05/05/2006 | 17 | Consent MOTION for Extension of Time to *File a Third Party Complaint, Nunc Pro Tunc* by DISTRICT OF COLUMBIA GOVERNMENT. (Attachments: # 1 # 2)(Phillips, E.) (Entered: 05/05/2006) |

| | | |
|---|---|---|
| 05/09/2006 | | MINUTE ORDER granting 17 Consent Motion to File Third-Party Complaint. Defendant District of Columbia's third party complaint against the Center for Correctional Health and Policy Studies is hereby deemed filed. Signed by Judge Reggie B. Walton on May 9, 2006. (lcrbw3, ) (Entered: 05/09/2006) |
| 05/09/2006 | 18 | THIRD PARTY COMPLAINT against CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES INC filed by DISTRICT OF COLUMBIA GOVERNMENT.(td, ) (Entered: 05/10/2006) |
| 05/19/2006 | | Summons (1) Issued for third party complaint as to CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES INC. (td, ) Modified on 5/19/2006 (td, ). (Entered: 05/19/2006) |
| 06/01/2006 | 19 | ANSWER to Third Party Complaint by CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES INC.(Roth, Leo) (Entered: 06/01/2006) |
| 06/15/2006 | 20 | First MOTION for Extension of Time to *Serve Written Discovery Requests* by ANTHONY HINES. (Attachments: # 1 Text of Proposed Order)(McDaniel, Brian) (Entered: 06/15/2006) |
| 06/16/2006 | | MINUTE ORDER granting 20 Consent Motion for Extension of Time. Written discovery requests shall be served by July 17, 2006. Signed by Judge Reggie B. Walton on June 16, 2006. (lcrbw3, ) (Entered: 06/16/2006) |
| 06/20/2006 | | Set/Reset Hearings: Scheduling Conference set for 7/27/2006 11:00 AM in Courtroom 5 before Judge Reggie B. Walton; The District of Columbia and third-party defendant Center for Correctional Health and Policy Studies shall submit a joint Meet and Confer statement pursuant to Fed.R.Civ. P. 26(f) and Local Rule 16.3 seven days before the date of the hearing. (mpt, ) (Entered: 06/20/2006) |
| 06/30/2006 | | MINUTE ORDER changing mediation date from September 14, 2006, to September 13, 2006, at 10:00 a.m., in chambers - room 1130. Signed by Magistrate Judge Alan Kay on 06/30/06. (DM) (Entered: 06/30/2006) |
| 07/17/2006 | 21 | NOTICE of Appearance by Jennifer L. Holsman on behalf of CORRECTIONS CORPORATION OF AMERICA, INC. (Holsman, Jennifer) (Entered: 07/17/2006) |
| 07/19/2006 | 22 | MEET AND CONFER STATEMENT. (Roth, Leo) (Entered: 07/19/2006) |
| 07/24/2006 | 23 | ENTERED IN ERROR. . . .CERTIFICATE of Counsel by Jennifer L. Holsman on behalf of CORRECTIONS CORPORATION OF AMERICA, INC. (Holsman, Jennifer) Modified on 7/25/2006 (td, ). (Entered: 07/24/2006) |
| 07/24/2006 | 24 | ENTERED IN ERROR. . . .CERTIFICATE of Counsel *Defendants Corrections Corporation of America and Figueroa's 1st Set of Requests for the Production of Documents and Things* by Jennifer L. Holsman on |

| | | |
|---|---|---|
| | | behalf of CORRECTIONS CORPORATION OF AMERICA, INC. (Holsman, Jennifer) Modified on 7/25/2006 (td, ). (Entered: 07/24/2006) |
| 07/24/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: re 23 Certificate of Counsel, 24 Certificate of Counsel, was entered in error. Discovery material is not filed with the court.(td, ) (Entered: 07/25/2006) |
| 07/27/2006 | | Minute Entry for proceedings held before Judge Reggie B. Walton : Scheduling Conference held on 7/27/2006. Refer to Magistrate Judge for Settlement Discussions commencing 1/22/07 and ending 3/23/07; Pretrial Conference set for 9/7/2007 09:30 AM in Chambers before Judge Reggie B. Walton. (Court Reporter Phyllis Merana.) (mpt, ) (Entered: 07/28/2006) |
| 07/28/2006 | 25 | SCHEDULING ORDER WITH MEDIATION. This matter shall be referred to a magistrate judge for the purpose of settlement discussions commencing on January 22, 2007, and concluding on March 23, 2007. A status conference in this matter shall be held on September 7, 2007, at 9:30 a.m. The status conference previously scheduled for December 1, 2006, is hereby vacated. Signed by Judge Reggie B. Walton on July 28, 2006. (lcrbw3, ) (Entered: 07/28/2006) |
| 07/28/2006 | | CASE REFERRED to Magistrate Judge Deborah A. Robinson for Settlement Discussions for a period of 60 days; commencing on 1/22/07 and ending on 3/23/07 (jsc) (Entered: 08/01/2006) |
| 08/01/2006 | | Set Hearing: Settlement Conference set for Tuesday, 2/13/2007 @ 09:30 AM in Room 2315-2nd Floor E. Barrett Prettyman Building before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 08/01/2006) |
| 08/23/2006 | 26 | RULE 26a1 STATEMENT by third-party defendant CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC.. (Roth, Leo) (Entered: 08/23/2006) |
| 08/25/2006 | 27 | RULE 26a1 STATEMENT by defendant DISTRICT OF COLUMBIA. (Phillips, E.) (Entered: 08/25/2006) |
| 09/12/2006 | | MINUTE ORDER cancelling mediation set for September 13, 2006, in light of the trial court's referral to Magistrate Judge Robinson for mediation. Signed by Magistrate Judge Alan Kay on 09/12/06. (DM) (Entered: 09/12/2006) |
| 09/29/2006 | 28 | NOTICE of Appearance by Kevin L. Chapple on behalf of ANTHONY HINES (Chapple, Kevin) (Entered: 09/29/2006) |
| 10/24/2006 | 29 | NOTICE of Service of 2nd Supplemental Disclosure Statement by CORRECTIONS CORPORATION OF AMERICA, INC. (Holsman, Jennifer) (Entered: 10/24/2006) |
| 11/20/2006 | 30 | MOTION to Compel Plaintiff to Provide Answers to Interrogatories by CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES INC. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Text of Proposed Order)(Roth, Leo) (Entered: 11/20/2006) |
| | | |

| 12/02/2006 | 31 | Memorandum in opposition to re 30 MOTION to Compel *Plaintiff to Provide Answers to Interrogatories* filed by ANTHONY HINES. (Chapple, Kevin) (Entered: 12/02/2006) |
| 12/13/2006 | 32 | MOTION for Extension of Time to *File Expert Disclosure Statment* by CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES INC. (Roth, Leo) (Entered: 12/13/2006) |
| 12/19/2006 | | MINUTE ORDER granting 32 Third Party Defendant's Motion for Extension of Time. The third party defendant CCHPS shall file its expert disclosure statements within forty-five days following the receipt of the plaintiff's responses to its June 13, 2006 discovery requests. Signed by Judge Reggie B. Walton on December 19, 2006. (lcrbw3, ) (Entered: 12/19/2006) |
| 12/20/2006 | | MINUTE ORDER granting 30 Motion to Compel. The plaintiff shall respond to the third party defendant's discovery requests by January 3, 2007. Signed by Judge Reggie B. Walton on December 20, 2006. (lcrbw3, ) (Entered: 12/20/2006) |
| 12/20/2006 | | Set/Reset Deadlines: Response to third party discovery due by 1/3/2007 (mpt, ) (Entered: 12/20/2006) |
| 12/21/2006 | 33 | Consent MOTION to Compel *Plaintiff to Provide Discovery Responses and to Extend Time to Name Experts* by DISTRICT OF COLUMBIA GOVERNMENT. (Phillips, E.) (Entered: 12/21/2006) |
| 12/29/2006 | | MINUTE ORDER granting 33 Consent Motion to Compel. The plaintiff shall submit its responses to the defendant District of Columbia's August 11, 2006 discovery requests by January 10, 2007. Defendant District of Columbia shall file its expert disclosure statements within forty-five days following the receipt of the plaintiff's discovery responses. Signed by Judge Reggie B. Walton on December 29, 2006. (lcrbw3, ) (Entered: 12/29/2006) |
| 01/03/2007 | | Set/Reset Deadlines: Responses to discovery request due by 1/10/2007 (mpt, ) (Entered: 01/03/2007) |
| 01/12/2007 | 34 | NOTICE of Appearance by Shana Lyn Frost on behalf of DISTRICT OF COLUMBIA GOVERNMENT (Frost, Shana) (Entered: 01/12/2007) |
| 01/17/2007 | 35 | MOTION for Summary Judgment *of Third Party Defendant* by CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES INC. (Attachments: # 1 Statement of Facts # 2 Memorandum of Points and Authorities# 3 Exhibit Exhibit 1# 4 Exhibit Exhibit 2# 5 Excerpts from Hines Deposition# 6 Text of Proposed Order)(Roth, Leo) (Entered: 01/17/2007) |
| 01/23/2007 | 36 | NOTICE of Appearance by Colleen Elizabeth Durbin on behalf of CORRECTIONS CORPORATION OF AMERICA, INC. (Durbin, Colleen) (Entered: 01/23/2007) |
| 01/31/2007 | 37 | MOTION for Joinder *in Third Party Defendant The Center for Correctional Health & Policy Studies, Inc's Motion for Summary* |

| | | |
|---|---|---|
| | | *Judgment* by CORRECTIONS CORPORATION OF AMERICA, INC.. (Holsman, Jennifer) (Entered: 01/31/2007) |
| 02/08/2007 | 38 | MOTION to Excuse CCA Corporate Representative From Attending 2/13/07 Settlement Conference re Set/Reset Hearings by CORRECTIONS CORPORATION OF AMERICA, INC.. (Holsman, Jennifer) (Entered: 02/08/2007) |
| 02/08/2007 | 39 | ADDITIONAL ATTACHMENT *PROPOSED ORDER* by CORRECTIONS CORPORATION OF AMERICA, INC. 38 MOTION to Excuse CCA Corporate Representative From Attending 2/13/07 Settlement Conference re Set/Reset Hearings filed by CORRECTIONS CORPORATION OF AMERICA, INC.,. (Holsman, Jennifer) (Entered: 02/08/2007) |
| 02/12/2007 | | MINUTE ORDER granting 38 Motion. A corporate representative of defendant Corrections Corporation of America ("CCA") is not required to attend the settlement conference scheduled for February 13, 2007, at 9:30 a.m. However, an individual at CCA shall be available by telephone during the conference, in the event that counsel needs to consult with them. Signed by Judge Reggie B. Walton on February 12, 2007. (lcrbw3, ) (Entered: 02/12/2007) |
| 02/12/2007 | | Set/Reset Hearing: Settlement Conference reset for Monday, 2/26/2007 @ 10:00 PM in Room 2315-2nd Floor, E.Barrett Prettyman Building before Magistrate Judge Deborah A. Robinson. Settlement Conference scheduled for Tuesday, 2/13/07 cancelled. (EW) (Entered: 02/12/2007) |
| 02/13/2007 | 40 | MOTION to Excuse Corporate Representative from Attending Settlement Conference by CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES INC. (Attachments: # 1 Text of Proposed Order) (Roth, Leo) (Entered: 02/13/2007) |
| 02/13/2007 | 41 | MOTION for Extension of Time to *File Responsive Pleading* by ANTHONY HINES. (Acree, Rudolph) (Entered: 02/13/2007) |
| 02/14/2007 | | MINUTE ORDER granting 40 Motion. A representative of third-party defendant Center for Correctional Health and Policy Studies ("CCHPS") is not required to attend the settlement conference scheduled for February 26, 2007. However, a claims representative for the insurance carrier for CCHPS shall be available by telephone during the conference, in the event that counsel needs to consult with them. Signed by Judge Reggie B. Walton on February 14, 2007. (lcrbw3, ) (Entered: 02/14/2007) |
| 02/14/2007 | | MINUTE ORDER granting in part and denying in part 41 Motion for Extension of Time. The plaintiff shall file his opposition to the defendant's motion for summary judgment by March 16, 2007. The defendant's reply, if any, shall be filed by April 15, 2007. No further extensions will be granted. Signed by Judge Reggie B. Walton on February 14, 2007. (lcrbw3, ) (Entered: 02/14/2007) |
| 02/14/2007 | | Set/Reset Deadlines: Opposition to Motion for Summary Judgment due by 3/16/2007. Any reply due by 4/15/2007. (mpt, ) (Entered: 02/14/2007) |

| | | |
|---|---|---|
| 02/20/2007 | 42 | MOTION to Continue *Scheduled Settlement Conference* by ANTHONY HINES. (Acree, Rudolph) (Entered: 02/20/2007) |
| 02/21/2007 | 43 | RESPONSE to 42 *Plaintiff's Motion to Continue Settlement Conference* filed by CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES INC. (Attachments: # 1 Text of Proposed Order)(Roth, Leo) Modified on 2/22/2007 (td, ). (Entered: 02/21/2007) |
| 02/21/2007 | | MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 2/21/2007 granting 42 Motion to Continue. (CM) (Entered: 02/21/2007) |
| 02/21/2007 | | Set/Reset Hearings: Settlement Conference set for 3/21/2007 09:30 AM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (CM) (Entered: 02/21/2007) |
| 03/16/2007 | 44 | Memorandum in opposition to re 35 MOTION for Summary Judgment *of Third Party Defendant* filed by ANTHONY HINES. (Attachments: # 1 Exhibit # 2 Exhibit Exhibit 2)(Chapple, Kevin) (Entered: 03/16/2007) |
| 03/19/2007 | 45 | NOTICE of Appearance by Timothy J. Bojanowski on behalf of CORRECTIONS CORPORATION OF AMERICA, INC. (Bojanowski, Timothy) (Entered: 03/19/2007) |
| 03/21/2007 | | MINUTE ENTRY for proceedings held before Magistrate Judge Deborah A. Robinson : Settlement Conference held on 3/21/2007. Telephone Conference set for Tuesday, 3/27/2007 @ 03:00 PM before Magistrate Judge Deborah A. Robinson. (EW) Modified on 3/21/2007 (EW, ). (Entered: 03/21/2007) |
| 03/21/2007 | | Set/Reset Hearing: Telephone Conference set forTuesday, 3/27/2007 @ 03:00 PM before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 03/21/2007) |
| 03/27/2007 | 46 | NOTICE of Settlement by CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES INC (Roth, Leo) (Entered: 03/27/2007) |
| 04/03/2007 | 47 | STIPULATION of Dismissal *With Prejudice* by CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES INC. (Roth, Leo) (Entered: 04/03/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/21/2007 13:40:11 | | | |
| **PACER Login:** | rs0055 | **Client Code:** | 999933/74000/5175 |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-02187-RBW |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |