

**CT**
a Wolters Kluwer business

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

July 2, 2007

**RECEIVED**
JUL 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District Court
United States Courthouse,
1225 E. Barrett Prettyman,
333 Constitution Avenue, N.W.,
Washington, DC  20001

Re:  Center for Correctional health & Policy Studies, Inc.

Title of Action:  Robert Bethea, Pltf. vs. District of Columbia, et al., including Center for Correctional Health and Policy Studies, Dfts. , 1:07-00386

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Melanie Henderson
Corporate Operations Specialist

Log# 512365351

cc:  Jacqueline E. Bennett
     Reed Smith LLP
     1301 K Street, N.W.,
     Suite 1100 - East Tower,
     Washington, DC  20005

Federal Express Tracking #7917 1606 1703