UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT BETHEA,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0386 (RCL) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of plaintiff's Motion [27] for entry of default, pursuant to Fed. R. Civ. P. 55(a), against defendant Center for Correctional Health and Policy Studies, Inc. (CCHPS, Inc.), and the record herein, and it appearing that proper proof of service of the summons and complaint on CT Corporation System as Registered Agent for the defendant was filed and never returned by CT Corporation – although later filings were so returned – it is hereby

ORDERED, that plaintiff's motion is GRANTED. Default is entered against defendant CCHPS, Inc. Plaintiff shall, within 10 days of this date, move for judgment on this default.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 6, 2007.