UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT BETHEA, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-0386 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| Defendants. ) | |

## SCHEDULING ORDER

Upon consideration of the Joint Report to the Court filed pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16.3, it is hereby

ORDERED, that the case shall proceed upon the following schedule:

| | |
|---|---|
| Initial Disclosures | July 13, 2007 |
| Amendment of Pleadings | July 13, 2007 |
| Completion of all Fact Discovery | February 1, 2008 |
| Plaintiff's Expert Report(s) Due | March 3, 2008 |
| Deadline for Defendants' Deposition of Plaintiff's Expert(s) | April 4, 2008 |
| Defendants' Expert Report(s) Due | June 6, 2008 |
| Deadline for Plaintiff's Deposition of Defendants' Expert(s) | July 18, 2008 |
| Deadline for Filing Post-Discovery Motions | August 15, 2008 |
| Alternative Dispute Resolution | 30-60 days after ruling on post-discovery motions or after close of discovery |

| | |
|---|---|
| Pretrial Conference | 60 days after ruling on post-discovery motions |
| Trial | 30-60 days after pretrial conference |

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 6, 2007.