UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Bethea,    Plaintiff, | ) ) ) ) ) |
| v. | ) Case No.: 1:07-00386 (RCL) |
| District of Columbia, et al.,    Defendants | ) ) ) ) ) ) |

**PLAINTIFF ROBERT BETHEA'S MOTION FOR DEFAULT JUDGMENT AGAINST CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES**

Plaintiff Robert Bethea ("Plaintiff"), by and through undersigned counsel, respectfully moves for an entry of default judgment against Defendant Center for Correctional Health and Policy Studies ("CCHPS"), pursuant to Federal Rule of Civil Procedure 55(b).

In support of his Motion, Plaintiff Bethea respectfully submits the accompanying Memorandum of Points and Authorities. As stated in the accompanying Memorandum, Plaintiff requests that this Court enter a default judgment against Defendant CCHPS. Further, Plaintiff requests that this Court make its determination of damages against Defendant CCHPS after Plaintiff's claims of liability against the other defendants are resolved.

WHEREFORE, for these reasons and the reasons stated in the accompanying Memorandum filed simultaneously herewith and incorporated herein, Plaintiff respectfully request this Court enter a default judgment against Defendant CCHPS.

        Respectfully submitted,


        */s/   Jacqueline E. Bennett*_____
        Eric Dubelier
        (D.C. Bar No. 419412)
        Jacqueline E. Bennett, Esq.
        (D.C. Bar No. 474355)
        Reed Smith, LLP
        1301 K Street, N.W.
        East Tower – Suite 1100
        Washington, D.C.  20005
        (202) 414-9200

        Philip Fornaci
        (D.C. Bar. No. 434824)
        Ivy A. Lange
        (D.C. Bar No. 488147)
        Washington Lawyers' Committee for
        Civil Rights & Urban Affairs
        Counsel for Robert Bethea
        11 Dupont Circle, N.W.
        Suite 400
        Washington, D.C. 20036

        Counsel for Plaintiff Robert Bethea

Dated: July 16, 2007

### UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Robert Bethea | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 1:07-00386 (RCL) |
| District of Columbia, et al., | ) ) ) | |
| Defendants | ) ) ) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES

Pursuant to Federal Rule of Civil Procedure 55(b), Plaintiff Robert Bethea ("Plaintiff"), by and through undersigned counsel, respectfully moves for an entry of default judgment against Defendant Center for Correctional Health and Policy Studies ("CCHPS") and submits this Statement of Points and Authorities in support of his motion pursuant to Local Rule 7(a).

### FACTUAL BACKGROUND

On February 22, 2007, Plaintiff Bethea filed a complaint against Defendants District of Columbia Corrections Corporation of America, Inc., CCHPS, Warden Caulfield, Officer Sinclair, Officer Scott and Officer Hines. Plaintiff Bethea served Defendant CCHPS with a complaint and summons on April 20, 2007. A copy of the return of service was filed with this Court on April 30, 2007. Defendant CCHPS failed to plead or otherwise defend as required by the rules of this Court. As such, Plaintiff moved for entry of default against Defendant CCHPS on June 12, 2007. Default was entered by this Court on July 6, 2007.

**ARGUMENT**

Federal Rule of Civil Procedure 55(b) authorizes this Court to enter a default judgment against a party who has failed to plead or otherwise defend against an action. Fed. R. Civ. P. 55(b). If the Court determines that a defendant is in default, the defendant's liability is conclusively established and the factual allegations in the Complaint, except those relating to damages are accepted as true. *See DirecTV, Inc. v. Agee*, 405 F. Supp. 2d 6, 9 (D.D.C. 2005) (citing *Shepherd v. Amer. Broadcasting Co., Inc.*, 862 F. Supp. 486, 491 (D.D.C. 1994) (*reversed on other grounds*)).

Unless the amount of damages is certain, the court is required to make an independent determination of the sum to be awarded upon entry of a default judgment. *See* Fed. R. Civ. P. 55; *DirecTV, Inc.*, 405 F. Supp. 2d at 9 (emphasis added). Further, the court has "considerable latitude in determining the amount of damages" awardable to the prevailing party. *Id.* The court may conduct a hearing, but is not required to do so, provided that it ensures there is a reasonable basis for the damages awarded. *Id.* However, in situations where defaulting defendants and non-defaulting defendants may be jointly and severally liable for damages, the court should stay its determination of damages against the defaulting defendants until the claims against the other defendants are resolved. *See, e.g.*, *Lawrence v. Vaman Trading Co., Inc.*, No. 92-Civ-0377 (DNE), 1993 WL 190266, * 2 (S.D.N.Y. May 28, 1993) (and cases cited within) (explaining that in "the multiple defendant context, a default judgment may be entered against defaulting defendants even if the appearing defendant is exonerated at trial").

As indicated above, this Court entered default against Defendant CCHPS on July 6, 2007, for its failure to plead or otherwise defend. As a result, the allegations against Defendant CCHPS contained within Plaintiff's Complaint, relating to Count VI (Deliberate Indifference to

Medical Need) and Count VII (Negligent Provision of Medical Care) must be accepted as true. Specifically, this Court must accept that the medical care provided by CCHPS to Mr. Bethea was inadequate and delayed. CCHPS was therefore deliberately indifferent to Mr. Bethea's medical needs as it failed to ensure that he was treated with appropriate and specialized medical care. Further, CCHPS was required to provide reasonable medical care to Mr. Bethea, yet failed to do so, thus breaching its duty of care. CCHPS failure to provide adequate medical care, and deliberate indifference to Mr. Bethea's medical needs was the proximate cause of Mr. Bethea's injuries.

Plaintiff Bethea, therefore, seeks monetary damages from Defendant CCHPS. Plaintiff respectfully requests that this Court hold an evidentiary hearing to determine the amount of damages to be awarded to Plaintiff. Plaintiff further seeks an award of costs and expenses, including reasonable attorneys' fees from Defendant CCHPS. However, Plaintiff requests that this Court stay its determination until the liability of the non-defaulting defendants has been established.

WHEREFORE, Plaintiff Bethea respectfully requests that this Court enter a default judgment against Defendant CCHPS in this matter and that the Court stay its determination of damages until the liability of the non-defaulting defendants is established.

Respectfully submitted,

/s/ _Jacqueline E. Bennett_____
Eric Dubelier
(D.C. Bar No. 419412)
Jacqueline E. Bennett, Esq.
(D.C. Bar No. 474355)
Reed Smith, LLP
1301 K Street, N.W.
East Tower – Suite 1100
Washington, D.C. 20005

          (202) 414-9200

          Philip Fornaci
          (D.C. Bar. No. 434824)
          Ivy A. Lange
          (D.C. Bar No. 488147)
          Washington Lawyers' Committee for
          Civil Rights & Urban Affairs
          Counsel for Robert Bethea
          11 Dupont Circle, N.W.
          Suite 400
          Washington, D.C. 20036

          Counsel for Plaintiff Robert Bethea

Dated: July 16, 2007

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the 16th of July, 2007 via electronic filing on those parties who have entered their appearance in this action, and via first class mail to:

Center for Correctional Health and Policy Studies
Serve: CT Corporation
1015 15th Street, N.W.
Suite 1000
Washington, D.C. 20005

                                                                              */s/ Jacqueline E. Bennett*

### UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF COLUMBIA

| | )  | |
|---|---|---|
| Robert Bethea | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:07-00386 (RCL) |
| | ) | |
| District of Columbia, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

### ORDER

Upon consideration of Plaintiff Robert Bethea's Motion for Default Judgment and any opposition thereto, it is hereby

ORDERED that Plaintiff Robert Bethea's Motion is GRANTED; it is further

ORDERED that a default judgment be entered against Defendant Center for Correctional Health and Policy Studies, Inc.; it is further

ORDERED that an evidentiary hearing will be held at a future date to determine the amount of damages to be awarded to Plaintiff Bethea; it is further

ORDERED that this Court will stay its determination of damages until the claims of liability against the other defendants are resolved.

_____
JUDGE ROYCE C. LAMBERTH

Date: _____