CT
a Wolters Kluwer business

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

July 25, 2007

District of Columbia District Court
United States Courthouse,
1225 E. Barrett Prettyman,
333 Constitution Avenue, N.W.,
Washington, DC 20001

Re: Robert Bethea, Pltf. vs. District of Columbia, et al. including Center for
Correctional Health and Policy Studies, Inc., Dfts.

Case No.  1:07-00386 RCL

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and
all process sent to the last known address on our records was returned as
undeliverable.

Since we do not have any other addresses in our files to which we can forward the
papers, we are returning them to you and filing resignation of agent in all states
where permitted.

Please understand that we take no position as to the validity of the service. We are
merely stating that after reasonable efforts, we do not have any address to which to
forward the papers.

Very truly yours,

# RECEIVED

JUL 2 6 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

**CT**
a Wolters Kluwer business

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

Mark Diffenbaugh
Fulfillment Manager

Log# 512435090

cc:  Eric Dubelier
    Reed Smith LLP
    1301 K Street, N.W.,
    East Tower,
    Suite 1100,
    Washington, DC  20005

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Robert Bethea | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:07-00386 (RCL) |
| | ) | |
| District of Columbia, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)

Plaintiff Robert Bethea ("Plaintiff"), by and through undersigned counsel, hereby discloses the following information pursuant to Federal Rule of Civil Procedure 26(a)(1) and in accordance with the Parties' Joint Rule 16.3 Meet and Confer Report and Proposed Scheduling Order, filed with the Court on May 31, 2007.

Plaintiff makes these initial disclosures based on information presently available. Plaintiff's investigation of these matters is ongoing, and he reserves the right to supplement these disclosures as appropriate. In addition, Plaintiff makes these disclosures subject to and without waiver of the attorney-client privilege, the work-product privilege or any other applicable privilege or confidentiality rights. Plaintiff also expressly reserves the right to object to other discovery procedures involving or relating to the persons or documents identified in these disclosures.

**A.**    **Individuals Likely to have Discoverable Information**

The following are names, and where known, addresses and telephone numbers of

individuals who, upon information and belief, may have discoverable information that Plaintiff

may use to support his claims or defenses.

      1.      Robert Bethea
              c/o Jacqueline E. Bennett, Esq.
              Reed Smith, LLP
              1301 K Street, N.W.
              Suite 1100 – East Tower
              Washington, D.C. 20005
              (202) 414-9200

As Plaintiff, Mr. Bethea has knowledge and information regarding the facts and

circumstances contained within his Complaint.

The following individuals are Defendants in this action.  They are likely to have

discoverable information as set forth below.

      1.      Sgt. Nicole Hines
              Correctional Treatment Facility
              1901 E Street, SE
              Washington, DC

Sergeant Nicole Hines is likely to have discoverable information regarding Mr. Bethea's

assault and battery by inmate Gerald Cunningham, as well as other information regarding the

allegations in the Complaint regarding Defendants' actions.

      2.      Lt. Bonnie Scott
              Correctional Treatment Facility
               1901 E Street, SE
               Washington, DC

Lieutenant Bonnie Scott is likely to have discoverable information regarding Mr.

Bethea's assault and battery by inmate Gerald Cunningham, as well as other information

regarding the allegations in the Complaint regarding Defendants' actions.

    3.    Officer Roger Sinclair
          Correctional Treatment Facility
          1901 E Street, SE
          Washington, DC

Officer Roger Sinclair is likely to have discoverable information regarding his

involvement in Mr. Bethea's assault and battery as well as other information regarding the

allegations in the Complaint regarding Defendants' actions.

    4.    Warden John Douglas Caulfield
          Correctional Treatment Facility
          1901 E Street, SE
          Washington, DC

Warden Caulfield is likely to have discoverable information regarding Mr. Bethea's

assault and battery by inmate Gerald Cunningham, the policies and procedures of the Special

Management Unit, as well as other information regarding the allegations in the Complaint

regarding Defendants' actions.

The following persons are those who are not parties to this lawsuit, but who may have

discoverable information:

    1.    Associate Warden Shelton Richardson
          Correctional Treatment Facility
          1901 E Street, SE
          Washington, DC

Associate Warden Richardson is likely to have discoverable information regarding the

policies and procedures of the Special Management Unit as well as actions taken by CTF in

response to Mr. Bethea's assault and battery by inmate Gerald Cunningham.

- 3 -

2.     Officer Tomes
       1901 E Street, SE
       Washington, DC

Officer Tomes is likely to have discoverable information regarding the circumstances

surrounding Mr. Bethea's assault and battery by inmate Gerald Cunningham.

3.     Joyce Allen
       Grievance Coordinator
       Correctional Treatment Facility
       1901 E Street, SE
       Washington, DC

Joyce Allen is the Grievance Coordinator at CTF and is likely to have discoverable

information regarding CTF policies and procedures regarding the grievance process, as well as

other information specifically related to grievances filed by Mr. Bethea.

4.     Alphonso Ashmeade, Investigator
       Correctional Treatment Facility
       1901 E Street, SE
       Washington, DC

Mr. Ashmeade is likely to have discoverable information regarding the actions taken by

CTF after Mr. Bethea's assault.

5.     Captain Paul London
       1901 E Street, SE
       Washington, DC

Captain London is likely to have discoverable information regarding actions taken by

CTF in response to Mr. Bethea's assault and battery by inmate Gerald Cunningham, as well as

information relating to the policies and procedures of the Special Management Unit.

6.     Don Paul, Internal Affairs Investigator
       1901 E Street, SE
       Washington, DC

Don Paul is a CCA Internal Affairs Investigator and is likely to have discoverable

information regarding the actions taken by CCA and/or CTF after Mr. Bethea's assault.

- 4 -

7.    Gerald Cunningham, Inmate Fed. Reg. No.: 11954-007
       USP Hazelton
       U.S. Penitentiary
       P.O. Box 2000
       Bruceton Mills, WV 26525

Gerald Cunningham is likely to have discoverable information regarding Mr. Bethea's

assault and Officer Sinclair's behavior towards Mr. Bethea.

8.    Daud Holiday, Former CTF Inmate
       1310 6th Street, NW
       Apartment 101
       Washington, DC 20001
       202-986-0319

Mr. Holiday is likely to have discoverable information regarding Mr. Bethea's assault by

Gerald Cunningham as well as Officer Sinclair's treatment of Mr. Bethea.

9.    Keith Fagle, Former CTF Inmate
       Current Address Unknown

Mr. Fagle is likely to have discoverable information regarding Mr. Bethea's assault and

battery by inmate Gerald Cunningham as well as information relating to Officer Sinclair's

treatment of Mr. Bethea.

10.    Barbara Hart, Former Contract Monitor for CTF
        Current Address Unknown

Barbara Hart, as the former Contract Monitor for CTF, is likely to have discoverable

information regarding CTF policies and procedures regarding the grievance process, as well as

other information specifically related to grievances filed by Mr. Bethea.

11.    Patricia Tamoney, Contract Monitor
        Correctional Treatment Facility
        1901 E Street, SE
        Washington, DC

Patricia Tamoney, as the current Contract Monitor for CTF, is likely to have discoverable information regarding CTF policies and procedures regarding the grievance process, as well as other information specifically related to grievances filed by Mr. Bethea.

12.     Dr. Ng, CCHPS
        Current Address Unknown

Dr. Ng treated Mr. Bethea and will likely have discoverable information relating to the extent of Mr. Bethea's injuries as well as his medical care.

13.     Dr. William Peterson
        Unity Health Care, Inc.

Dr. Peterson treated Mr. Bethea and will likely have discoverable information relating to the extent of Mr. Bethea's injuries as well as his medical care.

14.     Nursing Staff at CTF (names unknown)
        1901 E Street, SE
        Washington, DC

Various nursing staff at CTF will likely have discoverable information relating to Mr. Bethea's injuries and his medical care.

15.     Any Additional Physicians
        [Will Supplement]

16.     Without waiving any objections, any and all witnesses listed by other parties, even if later withdrawn

17.     All witnesses listed in response to interrogatories or other discovery

18.     All persons who are deposed in this action

Plaintiff anticipates that additional individuals who may have relevant information will be identified as discovery continues.  Plaintiff will supplement his Initial Disclosures at that time.

**B.** __Description and Location of Documents and Tangible Things__

Mr. Bethea identifies the below categories of documents in his possession, custody or control, as documents that may be used to support his claims or defenses. These documents are currently in the possession of Plaintiff's counsel.

Plaintiff asserts claims of privilege as to all communications between Plaintiff and his attorneys (attorney-client privilege), as well as all documents created in anticipation of litigation (work product protection).

Upon request, Plaintiff will make the following categories of documents available for inspection and copying at a mutually agreed upon time and place:

1.      Mr. Bethea's medical records. Plaintiff will make these documents available upon entry of a Protective Order.

2.      Mr. Bethea's grievance records, as far as it relates to the facts and circumstances contained within his Complaint.

3.      Documents provided by Defendants in this action.

**C.** __Computation of Damages__

Plaintiff has requested compensatory and punitive damages and any such further relief as the Court may deem proper and just. Plaintiff has not yet computed the amount of monetary relief he is seeking.

**D.** __Any Insurance Agreement Potentially Liable to Satisfy all or Part of Any Judgment__

Not applicable.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Initial Disclosures was served on the 13th of July, 2007 via electronic mail and first class mail to:

Daniel P. Struck, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix Arizona 85012

Paul Maloney, Esq.
Carr Maloney, P.C.
1615 L. Street, Suite 500
Washington, D.C. 20036

*Counsel for Defendants District of Columbia,*
*Corrections Corporation of America, John D.*
*Caulfield, Roger Sinclair, Bonnie Scott and*
*Nicole Hines*

Shana L. Frost, Esq.
Assistant Attorney General
Office of the Attorney General
441 4th Street, N.W., 6S051
Washington, D.C. 20001

*Counsel for District of Columbia and*
*Corrections Corporation of America*

Center for Correctional Health and Policy Studies
Serve: CT Corporation
1015 15th Street, N.W.
Suite 1000
Washington, D.C. 20005

Jacquline E. Barrett

Respectfully submitted,

Eric Dubelier
(D.C. Bar No. 419412)
Jacqueline E. Bennett, Esq.
(D.C. Bar No. 474355)
Reed Smith, LLP
1301 K Street, N.W.
East Tower – Suite 1100
Washington, D.C.  20005
(202) 414-9200

Philip Fornaci
(D.C. Bar. No. 434824)
Ivy A. Lange
(D.C. Bar No. 488147)
Washington Lawyers' Committee for
Civil Rights & Urban Affairs
Counsel for Robert Bethea
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036

Counsel for Plaintiff Robert Bethea

Dated: July 13, 2007