UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROBERT BETHEA, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 07-0386 (RCL) |
| v. | ) ) ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS DISTRICT OF COLUMBIA AND CORRECTIONS CORPORATION OF AMERICA'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Defendants District of Columbia ("District") and Corrections Corporation of America ("CCA"), by and through their undersigned counsel, hereby respond to Plaintiff's Motion for Default Judgment against Defendant Correctional Health and Policy Studies, Inc. ("CCHPS").

The two counts Plaintiff asserts against CCHPS, deliberate indifference to serious medical need (Count VI) and negligent provision of medical care (Count VII), are also asserted against the District and CCA. *See* Compl. ¶¶ 89-100. Plaintiff's request for a judgment of default would result, as Plaintiff argues, in a conclusive finding "that the medical care provided by CCHPS to [Plaintiff] was inadequate and delayed" and that "CCHPS was therefore deliberately indifferent to [Plaintiff's] medical needs as it failed to ensure that he was treated with appropriate and specialized medical care." Pl.'s Mem. in Supp. of Mot. at 3. Further, the judgment would result in a finding that CCHPS had breached a duty of care to Plaintiff, and that the "failure to provide adequate medical

care, and deliberate indifference to [Plaintiff's] medical needs was the proximate cause of [Plaintiff's] injuries. *Id.*

The District and CCA are concerned that judgment against CCHPS at this juncture could severely prejudice them in that the resultant factual findings may confuse the jury at trial in this matter as the Plaintiff asserts the same allegations against the District and CCA that it does against CCHPS. Plaintiff indicates in his Motion that the District and CCA "may be jointly and severally liable for damages." *Id.* at 2. Moreover, Plaintiff has asserted that the District:

> is responsible for the supervision and operation of the District of Columbia Department of Corrections ("DOC") and ensuring the health and safety of all inmates incarcerated in DOC facilities, including the contract facility, CTF. The District, through its agents, is also responsible for monitoring the facilities with which it contracts for the care and custody of prisoners committed to the custody of the DOC. The District is responsible for and has a duty to establish policies and procedures for the DOC and its contracting agents, and for the training, supervision and discipline of Department staff.

Compl. ¶ 6. Because Plaintiff seeks to link CCHPS's liability to the District and CCA, the potential for jury confusion from a finding that one party committed the acts for which other parties may be liable could be prejudicial to the non-defaulting Defendants, especially as the District and CCA have sought leave to file a cross claim against CCHPS.

At this juncture, CCHPS is in default and Plaintiff has requested that the Court stay any determination of damages against CCHPS until after the liability – if any – of the District and CCA is determined. The District and CCA therefore request that the Court, in entering judgment against CCHPS, specifically state that Plaintiff's judgment against CCHPS shall have no bearing on any claims that the District and CCA have

against CCHPS, or have any bearing on the District's and CCA's ability to defend against the claims Plaintiff asserts against them.

>
> Respectfully submitted,
>
> LINDA SINGER
> Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division
>
> \_\_Nicole L. Lynch_____
> NICOLE L. LYNCH (471953)
> Chief, Section II
>
> \_\_\_Shana L. Frost_____
> SHANA L. FROST (458021)
> Assistant Attorney General
> 441 4th Street, NW, 6th Floor South
> Washington, DC 20001
> (202) 724-6534
> Fax: (202) 727-3625
> shana.frost@dc.gov
>
> Counsel for the District of Columbia and
> Corrections Corporation of America