**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ROBERT BETHEA,** ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> **DISTRICT OF COLUMBIA,** *et al.*, ) </br> ) </br> Defendants. ) </br> ) </br> _____) | **Civil Action No. 07-0386 (RCL)** |

### ORDER

Upon consideration of plaintiff's Motion [37] for default judgment and the Response [40] thereto of defendants District of Columbia and Corrections Corporation of America, Inc., it is hereby

ORDERED that plaintiff's motion for default judgment is GRANTED; it is further

ORDERED that default judgment be entered against defendant Center for Correctional Health and Policy; it is further

ORDERED that this default shall have no bearing on plaintiff's claims against the remaining defendants; it is further

ORDERED that this Court will stay its determination of damages until the claims of liability against the other defendants are resolved.

SO ORDERED.


Signed by United States District Judge Royce C. Lamberth, September 27, 2007.