# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROBERT BETHEA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 07-0386 (RCL)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| _____ | ) | |

## ORDER

Upon consideration of the unopposed motion [39] of defendants District of Columbia and

Corrections Corporation of America, Inc. to file a cross-claim against defendant Center for

Correctional Health and Policy Studies, Inc., and the record herein, defendants' motion is

GRANTED.  The cross-claim lodged with the Clerk shall be deemed filed this date.  If no

response is filed to the cross-claim, said defendants shall, within 10 days of this date, seek

default from the Clerk and then move for judgment on the default.

SO ORDERED.


Signed by United States District Judge Royce C. Lamberth, November 21, 2007.