UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT BETHEA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | C.A. No. 07-0386 (RCL) |

## DISTRICT OF COLUMBIA'S AND CORRECTIONS CORPORATION OF AMERICA'S CROSS-CLAIM AGAINST CO-DEFENDANT CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC.

Defendants, the District of Columbia ("District") and Corrections Corporation of America, Inc. ("CCA"), cross-claim against Center for Correctional Health and Policy Studies, Inc. ("CCHPS"), in accordance with Fed. R. Civ. P. 13, as follows:

1. On or about February 22, 2007, plaintiff Robert Bethea filed a Complaint against the District, CCA, CCHPS, Warden Douglas Caulfield, and Correctional Officers Roger Sinclair, Bonnie Scott and Nicole Hines, alleging, *inter alia*, that the District, CCA and CCHPS were deliberately indifferent in failing to treat Plaintiff during his incarceration at the Correctional Treatment Facility ("CTF"). Compl. ¶¶ 91, 97. Plaintiff further alleges that the District, CCA and CCHPS were deliberately indifferent to Plaintiff by allegedly delaying Plaintiff's access to medical personnel and failing to carry out medical orders. Compl. ¶¶ 92, 98.

2. The District and CCHPS had a contractual agreement which required that CCHPS provide medical services to inmates at CTF.

3. The contract between CCHPS and the District provides that CCHPS be liable for any loss, cost, claim, personal injury, death and other damage, including incidental and

consequential, that made be done or suffered by reason of CCHPS's negligence or failure to perform any obligation under the contract.

4. The contract between the District and CCHPS incorporates the Standard Contract Provisions for Use with District of Columbia Government Supply and Services Contract. Among these standard provisions, CCHPS is required to indemnify the District in lawsuits such as the present one, where the claim arises from an alleged act or omission of CCHPS in the performance of its contract duties.

5. CCHPS, as the contractor for the provision of medical services at CTF, is liable for any alleged acts or omissions in the provision or failure to provide medical services to Plaintiff.

6. To the extent that plaintiff's claims against the District and CCA are for medical negligence, deliberate indifference to provide medical care, and other allegations arising therefrom, which allegedly caused Plaintiff injury and/or pain and suffering, the District and CCA are entitled to representation, indemnification and/or contribution from CCHPS.

WHEREFORE, Defendants District of Columbia and Corrections Corporation of America, Inc. demand judgment against co-defendant Center for Correctional Health and Policy Studies, Inc., for any judgment or settlement recovered by plaintiff against Defendants District of Columbia and Corrections Corporation of America, and for their costs and expenses in defending plaintiff's action.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

      /s/ Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


      /s/ Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov