UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT BETHEA,        ) | |
| ) | |
| Plaintiff,            ) | C.A. No. 07-0386 (RCL) |
| ) | |
| v.                    ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants.           ) | |

**DISTRICT OF COLUMBIA'S AND CORRECTIONS CORPORATION OF AMERICA'S MOTION FOR ENTRY OF DEFAULT AGAINST CO-DEFENDANT CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC.**

Defendants, the District of Columbia ("District") and Corrections Corporation of America, Inc. ("CCA"), pursuant to Fed. R. Civ. P. 55(a), respectfully request that an entry of default be made against the Center for Correctional Health and Policy Studies, Inc. ("CCHPS"). As set forth more fully in the accompanying Memorandum of Points and Authorities, CCHPS has not answered either the Complaint or the Cross-claim in this matter, and entry of default is appropriate at this time.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


  /s/ Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II

      /s/ Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

Counsel for the District of Columbia and Corrections Corporation of America, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROBERT BETHEA,** | ) ) ) |  |
| Plaintiff, | ) ) | C.A. No. 07-0386 (RCL) |
| v. | ) ) ) |  |
| **DISTRICT OF COLUMBIA,** *et al.,* | ) ) ) |  |
| Defendants. | ) ) |  |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S AND CORRECTIONS CORPORATION OF AMERICA'S MOTION FOR ENTRY OF DEFAULT AGAINST CO-DEFENDANT CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC.**

Pursuant to Fed. R. Civ. P. 55(a), the District of Columbia (the "District") and Corrections Corporation of America, Inc. ("CCA"), respectfully request that the Court enter a default on their Cross-claim against co-defendant Center for Correctional Health and Policy Studies ("CCHPS").

On August 27, 2007, the District and CCA filed an unopposed Motion for Leave to File a Cross Claim Against CCA. In their Motion, the District and CCA stated that because Plaintiff alleged that the District, CCA and CCA employees were deliberately indifferent in failing to treat Plaintiff and in delaying Plaintiff's medical treatment during his incarceration at the Correctional Treatment Facility ("CTF"), and because the District and CCHPS had a contractual agreement which required that CCHPS provide medical services to inmates at CTF, the District and CCA wished to pursue claims for representation, indemnification and/or contribution from CCHPS.

On November 21, 2007, the Court granted the District's and CCA's Motion for Leave, ordered that the Cross-claim be filed, and ordered that the District and CCA, within ten days, seek an entry of default against CCHPS. To date, CCHPS has not filed a responsive pleading to either the Complaint or the Cross-claim.

Pursuant to Fed. R. Civ. P. 55(a):

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

Fed. R. Civ. P. 55(a). Here, Defendant CCHPS has failed to participate in these proceedings. Thus, pursuant to the Court's November 21, 2007 Order, the District and CCA respectfully request that the Court enter a default against CCHPS on their Cross-claim.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division


    __/s/ Nicole L. Lynch_____
    NICOLE L. LYNCH (471953)
    Chief, Section II


    __/s/ Shana L. Frost_____
    SHANA L. FROST (458021)
    Assistant Attorney General
    441 4th Street, NW, 6th Floor South
    Washington, DC 20001
    (202) 724-6534
    Fax: (202) 727-3625
    shana.frost@dc.gov

    Counsel for the District of Columbia and Corrections Corporation of America, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROBERT BETHEA,** | ) | |
| Plaintiff, | ) | C.A. No. 07-0386 (RCL) |
| v. | ) | |
| **DISTRICT OF COLUMBIA,** *et al.,* | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is the District of Columbia's and Corrections Corporation of America Inc.'s Motion for Entry of Default against Center for Correctional Health and Policy Studies, Inc. Upon consideration of the Motion, it is this ____ day of _____, 2007:

**ORDERED** that default be entered against the Center for Correctional Health and Policy Studies, Inc. on the Cross-claim of the District of Columbia and Corrections Corporation of America, Inc.

_____
Hon. Royce C. Lamberth
United States District Judge