UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT BETHEA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | C.A. No. 07-0386 (RCL)<br><br>FILED<br>JAN - 2 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER

Before the Court is the District of Columbia's and Corrections Corporation of America Inc.'s Motion for Entry of Default against Center for Correctional Health and Policy Studies, Inc. Upon consideration of the Motion, it is this 2nd day of January, 2008

**ORDERED** that default be entered against the Center for Correctional Health and Policy Studies, Inc. on the Cross-claim of the District of Columbia and Corrections Corporation of America, Inc.

Royce C. Lamberth
Hon. Royce C. Lamberth
United States District Judge