IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Bethea,<br><br>           Plaintiff,<br><br>     v.<br><br>District of Columbia, Corrections Corporation of America, Inc., Center for Correctional Health and Policy Studies, Inc., Warden Douglas Caulfield, Correctional Officer Roger Sinclair, Correctional Officer Bonnie Scott, Correctional Officer Nicole Hines,<br><br>           Defendants. | Civil Action No. 1:07-cv-00386-RCL |

## JOINT MOTION TO TAKE VIDEOTAPED DEPOSITION OF INMATE GERALD CUNNINGHAM

The parties, through counsel, pursuant to Rules 26 and 30(a)(2), Federal Rules of Civil Procedure, jointly request leave of this Court to take the videotaped deposition of the prisoner, Gerald Cunningham, inmate #No. 11954-007, who is presently incarcerated at the United States Penitentiary Beaumont, U.S. Penitentiary, P.O. Box 26030, Beaumont, Texas 77705. The videotaped deposition of Gerald Cunningham is vital to this action and is being secured for purposes of reasonable discovery.

WHEREFORE, the parties respectfully request this Court enter its Order allowing them to depose inmate Gerald Cunningham, at the United States Penitentiary Beaumont in Beaumont, Texas, either in person or telephonically.

Dated: January 9, 2008

By: s/ Jennifer L. Holsman
    Daniel P. Struck, DC Bar No. CO0037
    Jennifer L. Holsman, Bar No. 495297
    JONES, SKELTON & HOCHULI, P.L.C.
    2901 North Central Avenue, Suite 800
    Phoenix, Arizona 85012
    Ph.: (602) 263-7323
    Fax: (602) 200-7811

    Paul J. Maloney, DC Bar No. 362533
    CARR MALONEY, P.C.
    1615 L Street, N.W., Suite 500
    Washington, DC 20036
    Ph: (310) 310-5500
    Fax: (310) 310-5555

    Attorneys for Defendants *Caulfield and Scott*

By: s/ Shana L. Frost
    Shana L. Frost, DC Bar No.
    Assistant Attorney General
    OFFICE OF THE ATTORNEY GENERAL
    441 4th Street, N.W., 6SO51
    Washington, D.C. 20001

    Attorneys for Defendants *District of Columbia and CCA for medical claims only*

By: s/ Eric Dubelier
    Eric Dubelier, DC Bar No. 419412
    Jacqueline E. Bennett, DC Bar No. 474355
    REED SMITH LLP
    1301 K Street N.W., Suite 1100 – East Tower
    Washington, DC 20005
    Ph.: (202) 494-9200
    Fax: (202) 414-9299

    Ivy A. Lange, DC Bar No. 488147
    WASHINGTON LAWYER'S COMMITTEE FOR CIVIL RIGHTS & URBAN AFFAIRS
    11 Dupont Circle N.W.
    Suite 400
    Washington, DC 20036

    Attorneys for Plaintiff *Robert Bethea*

Foregoing filed *electronically*
this 9th day of January, 2008.

COPY of the foregoing mailed
this 9th day of January, 2008, to:

    Eric A. Dubelier, Esq.
    Jacqueline E. Bennett, Esq.
    REED SMITH, LLP
    1301 K Street, N.W.
    Suite 1100 – East Tower
    Washington, D.C. 20005

1847820.1

Ivy A. Lange, Esq.
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036

Attorneys for *Plaintiffs*


Shana L. Frost, Esq.
Assistant Attorney General
Office of the Attorney General
441 4th Street, N.W., 6SO51
Washington, D.C. 20001
Attorneys for *District of Columbia and CCA for medical claims only*


Paul J. Maloney, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC   20036


                               s/ Jennifer L. Holsman
                                   Jennifer L. Holsman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Bethea,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>District of Columbia, Corrections Corporation of America, Inc., Center for Correctional Health and Policy Studies, Inc., Warden Douglas Caulfield, Correctional Officer Roger Sinclair, Correctional Officer Bonnie Scott, Correctional Officer Nicole Hines,<br><br>　　　　　　Defendants. | Civil Action No. 1:07-cv-00386-RCL |

## ORDER

Upon Consideration of the Joint Motion to Take Videotaped Deposition of Inmate Gerald Cunningham, and finding good cause therefore, it is by the Court hereby

**ORDERED** that the Motion is granted; and it is

**FURTHER ORDERED** that the Parties may depose inmate Gerald Cunningham at the United States Penitentiary Beaumont in Beaumont, Texas.

**SO ORDERED.**

Dated: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JUDGE ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1864865.1