## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Robert Bethea,

                 Plaintiff,

       v.

District of Columbia, Corrections Corporation of
America, Inc., Center for Correctional Health and
Policy Studies, Inc., Warden Douglas Caulfield,
Correctional Officer Roger Sinclair, Correctional
Officer Bonnie Scott, Correctional Officer Nicole
Hines,

                 Defendants.

Civil Action No. 1:07-cv-00386-RCL

### <u>ORDER</u>

Upon Consideration of the Joint Motion to Take Videotaped Deposition of Inmate Gerald

Cunningham, and finding good cause therefore, it is by the Court hereby

**ORDERED** that the Motion is granted; and it is

**FURTHER ORDERED** that the Parties may depose inmate Gerald Cunningham at the

United States Penitentiary Beaumont in Beaumont, Texas.

**SO ORDERED.**

Dated: January 10, 2008 _____        /s/ _____

                                          JUDGE ROYCE C. LAMBERTH
                                          United States District Judge