UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Bethea | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:07-00386 (RCL) |
| | ) |
| District of Columbia, et al., | ) |
| | ) |
| Defendants | ) |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Robert Bethea ("Bethea") and defendants Corrections Corporation of America ("CCA"), the District of Columbia ("District"), Warden John Caulfield, Bonnie Scott, Roger Sinclair and Nicole Hines (collectively the "Defendants"), by counsel, jointly move this Court for an Order amending the Scheduling Order.

In support of this Joint Motion, and as grounds thereof, the parties state as follows:

(a) This Motion is filed at least two weeks prior to the deadline the motion is seeking to extend;

(b) No previous extensions of time to complete discovery have been sought;

(c) Good cause exists for the requested extension because the parties have diligently pursued discovery in this action. Interrogatories and Requests for Production have been served and responded to by all parties. Documents have been exchanged. The parties are working together to address what they believe are deficiencies in the discovery responses received and have completed "meet and confers" in an attempt to resolve these discovery disputes. Further, as the Plaintiff is currently incarcerated in a federal Bureau of Prisons facility, scheduling his deposition has been difficult. As such, the parties agree that all necessary discovery cannot be

completed before the current deadline of February 1, 2008. No party will be prejudiced by this extension.

 (d) The granting of this Joint Motion for Extension of Time will change all existing deadlines by approximately six months.

 (e) The parties have agreed to the schedule described below.

 (f) All parties agree to the proposed amendments to the Scheduling Order.

| | |
|---|---|
| **Completion of all Fact Discovery** | August 1, 2008 |
| **Plaintiff's Expert Report(s) Due** | September 1, 2008 |
| **Deadline for Defendants' Deposition of Plaintiff's Expert(s)** | October 1, 2008 |
| **Defendants' Expert Report(s) Due** | December 1, 2008 |
| **Deadline for Plaintiff's Deposition of Defendants' Expert(s)** | January 16, 2009 |
| **Deadline for Filing Post-Discovery Motions** | February 20, 2009 |
| **Alternative Dispute Resolution** | 30-60 days after ruling on post-discovery motions or after close of discovery |
| **Pretrial Conference** | 60 days after ruling on post-discovery motions |
| **Trial** | 30-60 days after pretrial conference |

At this time, it is anticipated that no further extensions to the discovery schedule will be necessary.

2

WHEREFORE, all parties to this action respectfully request this Honorable Court grant the instant Motion to Amend the Scheduling Order.

Dated: January 11, 2008                                Respectfully submitted,

By   /s/ *Jacqueline E. Bennett*
Eric Dubelier, D.C. Bar No. 419412
Jacqueline E. Bennett, D.C. Bar No. 474355
REED SMITH, LLP.
1301 K. Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
Telephone:  (202) 414-9200
Facsimile:   (202) 414-9299

Philip Fornaci, D.C. Bar No. 434824
Ivy Lange, D.C. Bar No. 488147
WASHINGTON LAWYER'S COMMITTEE FOR
CIVIL RIGHTS & URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, DC  20036
Telephone:        (202) 319-1000
Facsimile:         (202) 319-1010

Attorneys for Plaintiff *Robert Bethea*

By   /s/ *Daniel P. Struck*
Daniel P. Struck, Bar No. CO00337
Jennifer L. Holsman, Bar No. 495296
JONES, SKELTON & HOCHULI
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Facsimile:   (602) 263-1784

Paul J. Maloney, DC Bar No. 362533
Colleen Durbin, DC Bar No. 500039
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC  20036
Telephone:        (202) 310-5500
Facsimile:         (202) 310-5555

Attorneys for Defendants, *District of Columbia, Corrections Corporation of America, John D. Caulfield, Roger Sinclair, Nicole Hines and Bonnie Scott*

By: ___ /s/ *Shana L. Frost*___
Shana L. Frost, Esq., Bar No. 458021
Office of the Attorney General for the
District of Columbia
441 Forth Street
6th Floor South
Washington D.C. 20001

Attorney for Defendants, *District of Columbia and Corrections Corporation of America*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Motion to Amend Scheduling Order was sent, this 11th day of January 2008, via electronic filing, to:

Daniel P. Struck, Esq.
Jennifer L. Holsman, Esq.
Jones, Skelton & Hochuli, PLC
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012

Shana Lynn Frost, Esq.
Office of the Attorney General for the District of Columbia
441 Forth Street
6th Floor South
Washington D.C. 20001

Paul J. Maloney, Esq.
Colleen Durbin, Esq.
Carr Maloney, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036

                                                                                             /s/ Jacqueline E. Bennett
                                                                                             Jacqueline E. Bennett

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Bethea ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:07-00386 (RCL) |
| ) | |
| District of Columbia, et al., ) | |
| ) | |
| Defendants ) | |

### ORDER

Upon Consideration of the Joint Motion to Amend Scheduling Order, and finding good cause therefore, it is by the Court hereby

**ORDERED** that the Joint Motion is granted; and it is

**ORDERED** that the case shall proceed upon the following schedule:

| | |
|---|---|
| Completion of all Fact Discovery | August 1, 2008 |
| Plaintiff's Expert Report(s) Due | September 1, 2008 |
| Deadline for Defendants' Deposition of Plaintiff's Expert(s) | October 1, 2008 |
| Defendants' Expert Report(s) Due | December 1, 2008 |
| Deadline for Plaintiff's Deposition of Defendants' Expert(s) | January 16, 2009 |
| Deadline for Filing Post-Discovery Motions | February 20, 2009 |
| Alternative Dispute Resolution | 30-60 days after ruling on post-discovery motions or after close of discovery |

| | |
|---|---|
| Pretrial Conference | 60 days after ruling on post-discovery motions |
| Trial | 30-60 days after pretrial conference |

_____

ROYCE C. LAMBERTH

United States District Judge