UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Robert Bethea                          )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )     Case No.: 1:07-00386 (RCL)
                                       )
District of Columbia, et al.,          )
                                       )
        Defendants                     )
                                       )

**FILED**

**JAN 1 5 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon Consideration of the Joint Motion to Amend Scheduling Order, and finding good cause therefore, it is by the Court hereby

**ORDERED** that the Joint Motion is granted; and it is

**ORDERED** that the case shall proceed upon the following schedule:

| | |
|---|---|
| Completion of all Fact Discovery | August 1, 2008 |
| Plaintiff's Expert Report(s) Due | September 1, 2008 |
| Deadline for Defendants' Deposition of Plaintiff's Expert(s) | October 1, 2008 |
| Defendants' Expert Report(s) Due | December 1, 2008 |
| Deadline for Plaintiff's Deposition of Defendants' Expert(s) | January 16, 2009 |
| Deadline for Filing Post-Discovery Motions | February 20, 2009 |
| Alternative Dispute Resolution | 30-60 days after ruling on post-discovery motions or after close of discovery |

| | |
|---|---|
| Pretrial Conference | 60 days after ruling on post-discovery motions |
| Trial | 30-60 days after pretrial conference |

*Royce C. Lamberth*

ROYCE C. LAMBERTH

United States District Judge