## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Bethea, | |
| Plaintiff, | Civil Action No. 1:07-cv-00386-RCL |
| v. | |
| District of Columbia, Corrections Corporation of America, Inc., Center for Correctional Health and Policy Studies, Inc., Warden Douglas Caulfield, Correctional Officer Roger Sinclair, Correctional Officer Bonnie Scott, Correctional Officer Nicole Hines, | |
| Defendants. | |

## DEFENDANTS' MOTION TO TAKE VIDEOTAPED DEPOSITION OF INMATE PLAINTIFF ROBERT BETHEA

Defendants Corrections Corporation of America, Douglas Caulfield,  Roger Sinclair, Bonnie Scott and Nicole Hines, through counsel, pursuant to Rules 26 and 30(a)(2), Federal Rules of Civil Procedure, request leave of this Court to take the videotaped deposition of the prisoner, Robert Bethea. Mr. Bethea is under heightened security protection and his current place of incarceration is presently unknown to the Defendants. Plaintiff's counsel is attempting to schedule Plaintiff's deposition through Mr. Ambrosino, an Assistant United States Attorney for the District of Columbia. *See* correspondence from Plaintiff's counsel to Michael Ambrosino, attached hereto as Exhibit 1. The videotaped deposition of Plaintiff Robert Bethea is vital to the defense of this action and is being secured for purposes of reasonable discovery.

Counsel for the Plaintiff and Defendant District of Columbia consent to the terms of this Motion.

1867655.1

WHEREFORE, the Defendants respectfully request this Court enter its Order allowing them to conduct the videotaped deposition of inmate Plaintiff Robert Bethea, either in person or telephonically.

Dated: January 30, 2008

By: _s/ Jennifer L. Holsman_____
Daniel P. Struck, DC Bar No. CO0037
Jennifer L. Holsman, DC Bar No. 495296
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Ph.:    (602) 263-7323
Fax:    (602) 200-7811

Paul J. Maloney, DC Bar No. 362533
Mariana D. Bravo, Dc Bar No. 473809
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC 20036
Ph:    (310) 310-5500
Fax:    (310) 310-5555

Attorneys for Defendants *Corrections Corporation of America, Caulfield, Sinclair, Scott, and Hines*

Foregoing filed ***electronically***
this 30th day of January, 2008, with:

COPY of the foregoing mailed
this 30th day of January, 2008, to:

Eric A. Dubelier, Esq.
Jacqueline E. Bennett, Esq.
REED SMITH, LLP
1301 K Street, N.W
Suite 1100 – East Tower
Washington, D.C. 20005

1867655.1

Ivy A. Lange, Esq.
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Attorneys for *Plaintiffs*

Shana L. Frost, Esq.
Assistant Attorney General
Office of the Attorney General
441 4th Street, N.W., 6SO51
Washington, D.C. 20001
Attorneys for *District of Columbia and CCA for medical claims only*

Paul J. Maloney, Esq.
Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC  20036

_____s/  Jennifer L. Holsman_____
Jennifer L. Holsman

1867655.1

# EXHIBIT 1

# WASHINGTON LAWYERS' COMMITTEE
## FOR CIVIL RIGHTS & URBAN AFFAIRS

December 5, 2007

Mr. Michael Ambrosino
Office US Attorney General for District of Columbia
555 4th Street, NW
Washington, DC 20001

RE: Scheduling deposition for RB

Dear Mr. Ambrosino,

I would like to schedule a time for my client, identified by the Federal Bureau of Prisons as "RB, Register # 12635-007," to be deposed. Mr. RB is the plaintiff in a lawsuit filed in the District Court for the District of Columbia. As such, he is subject to deposition by the opposing parties' attorneys. The purpose of the visit will be to depose Mr. RB. Under the Federal Rules of Civil Procedure, the defendants' have seven hours, exclusive of breaks, to conduct the deposition. The process will likely take a full day. Defendant's Counsel would also like to video tape the deposition. Please notify me or Ms. Holsman (contact information below) immediately of any procedures for bringing in the required equipment. Additionally, one party will be participating by telephone, so access to a telephone with speaker phone capabilities will be necessary.

All of the parties are available for the deposition on either <u>January 11 or January 18</u>. They are as follows:

Jacqueline Bennett, Esq. (counsel for Mr. RB)
Reed Smith, LLC
1301 K Street, NW
Suite 1100, East Tower,
Washington, DC 20005

Elizabeth Reidy, Esq. (counsel for Mr. RB)
Reed Smith, LLC
1301 K Street, NW
Suite 1100, East Tower
Washington, DC 20005

Ivy Lange, Esq. (counsel for Mr. RB)
Washington Lawyer's Committee
11 Dupont Circle, NW
Suite 400
Washington, DC 20036



**WASHINGTON LAWYERS' COMMITTEE**
**FOR CIVIL RIGHTS & URBAN AFFAIRS**

December 5, 2007

Mr. Michael Ambrosino
Office US Attorney General for District of Columbia
555 4th Street, NW
Washington, DC 20001

RE: Scheduling deposition for RB

Dear Mr. Ambrosino,

I would like to schedule a time for my client, identified by the Federal Bureau of Prisons
as "RB, Register # 12635-007," to be deposed. Mr. RB is the plaintiff in a lawsuit filed
in the District Court for the District of Columbia. As such, he is subject to deposition by
the opposing parties' attorneys. The purpose of the visit will be to depose Mr. RB.
Under the Federal Rules of Civil Procedure, the defendants' have seven hours, exclusive
of breaks, to conduct the deposition. The process will likely take a full day. Defendant's
Counsel would also like to video tape the deposition. Please notify me or Ms. Holsman
(contact information below) immediately of any procedures for bringing in the required
equipment. Additionally, one party will be participating by telephone, so access to a
telephone with speaker phone capabilities will be necessary.

All of the parties are available for the deposition on either <u>January 11 or January 18</u>.
They are as follows:

Jacqueline Bennett, Esq. (counsel for Mr. RB)
Reed Smith, LLC
1301 K Street, NW
Suite 1100, East Tower,
Washington, DC 20005

Elizabeth Reidy, Esq. (counsel for Mr. RB)
Reed Smith, LLC
1301 K Street, NW
Suite 1100, East Tower
Washington, DC 20005

Ivy Lange, Esq. (counsel for Mr. RB)
Washington Lawyer's Committee
11 Dupont Circle, NW
Suite 400
Washington, DC 20036

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Robert Bethea,<br><br>           Plaintiff,<br><br>     v.<br><br>District of Columbia, Corrections Corporation of America, Inc., Center for Correctional Health and Policy Studies, Inc., Warden Douglas Caulfield, Correctional Officer Roger Sinclair, Correctional Officer Bonnie Scott, Correctional Officer Nicole Hines,<br><br>           Defendants. | Civil Action No. 1:07-cv-00386-RCL |

## <u>ORDER</u>

Upon Consideration of Defendants' Motion to Take Videotaped Deposition of Inmate Plaintiff Robert Bethea, and finding good cause therefore, it is by the Court hereby,

**ORDERED** that the Motion is granted; and it is

**FURTHER ORDERED** that Defendants depose inmate Plaintiff Robert Bethea at a facility identified by the United States Attorney for the District of Columbia.

Dated: _____        _____
                                               JUDGE ROYCE C. LAMBERTH
                                               United States District Judge