**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT BETHEA,** ) | |
| ) | |
| Plaintiff, ) | **Civil Action No. 07-0386 (RCL)** |
| ) | |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon Consideration of Defendants' Motion [52] to Take Videotaped Deposition of Inmate Plaintiff Robert Bethea, it is by the Court hereby,

ORDERED that the United States Attorney for the District of Columbia is invited to review with the appropriate officials of the United States Marshals Service and the United States Bureau of Prisons what appropriate procedures can be employed if the Court grants the motion and what specific provisions are needed in the Court's order, to be filed no later than February 28, 2008.

The Clerk shall send a copy of this Order to the Chief of the Civil Division of the United States Attorney's Office.

SO ORDERED

Signed by United States District Judge Royce C. Lamberth, February 6, 2008.