UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT BETHEA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-386 RCL |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

    The Office of the United States Attorney for the District of Columbia hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of ten days within which to respond to the Court's February 6, 2008 Order in the above action.  Counsel, for the parties, Jacqueline Elizabeth Bennett, Esq., and Daniel P. Struck, Esq., have indicated that they do not oppose this motion.

    This enlargement is requested in order to allow the parties additional time to assess the options available in the litigation.  The matters could not be resolved earlier, in part, because of undersigned counsel's responsibilities in several other cases, which have placed him in depositions or evidentiary hearings every day but one[1] in the past three weeks.

---

[1] On that day, counsel was called upon to attend Department of Justice training, which lasted most of the day.

For these reasons, additional time is sought to respond to the Court's order.  A proposed Order is attached hereto.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made by mailing copies thereof to:

JENNIFER L. HOLSMAN, ESQ.
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, AZ 85012

MARIANA DEL VALLE BRAVO, ESQ.
CARR MALONEY PC
1615 L Street, NW
Fifth Floor
Washington, DC 20036

PAUL J. MALONEY, ESQ.
CARR MALONEY, P.C.
1615 L Street, NW
Fifth Floor
Suite 500
Washington, DC 20036

SHANA LYN FROST, ESQ.
OFFICEOF THE ATTORNEY GENERAL
  FOR THE DISTRICT OF COLUMBIA
441 Fourth Street, NW
6th Floor South
Washington, DC 20001,  and

DANIEL P. STRUCK, ESQ.
JONES, SKELTON & HOCHULI
2901 North Central Avenue
Suite 800
Phoeniz, AZ 85012

on this 27th day of February, 2008.

/s/
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

ROBERT BETHEA,                     )
                                   )
         Plaintiff,                )
                                   )
    v.                             )  Civil Action No. 07-386 RCL
                                   )
DISTRICT OF COLUMBIA, et al.,      )
                                   )
         Defendants.               )
_____    )

### ORDER

Upon consideration of the Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this ____ day of _____, 2008,

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time within which the United States Attorney for the District of Columbia to respond to the Court's February 6, 2008 Order be and is hereby enlarged up to and including March 10, 2008.

                                   _____
                                   UNITED STATES DISTRICT JUDGE

copies to:

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

JENNIFER L. HOLSMAN, ESQ.
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, AZ 85012
(602) 263-7310

MARIANA DEL VALLE BRAVO, ESQ.
CARR MALONEY PC
1615 L Street, NW
Fifth Floor
Washington, DC 20036
(202) 310-5500

PAUL J. MALONEY, ESQ.
CARR MALONEY, P.C.
1615 L Street, NW
Fifth Floor
Suite 500
Washington, DC 20036
(202)310-5500

SHANA LYN FROST, ESQ.
OFFICEOF THE ATTORNEY GENERAL
  FOR THE DISTRICT OF COLUMBIA
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
(202) 724-6534

DANIEL P. STRUCK, ESQ.
JONES, SKELTON & HOCHULI
2901 North Central Avenue
Suite 800
Phoeniz, AZ 85012
(602) 263-1700