UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT BETHEA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-386 RCL |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

Upon consideration of the Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this **3rd** day of **March**, 2008,

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time within which the United States Attorney for the District of Columbia to respond to the Court's February 6, 2008 Order be and is hereby enlarged up to and including March 10, 2008.

                                                                      /s/
                                      U.S. District Judge Royce C. Lamberth