UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT BETHEA,                      )
                                   )
          Plaintiff,               )
                                   )
     v.                            ) Civil Action No. 07-386 RCL
                                   )
DISTRICT OF COLUMBIA, et al.,      )
                                   )
          Defendants.              )
_____)

RESPONSE TO THE COURT'S FEBRUARY 6, 2008 ORDER

The Office of the United States Attorney for the District of
Columbia hereby responds as follows to the Court's February 6,
2008 Order in the above action.  The Office of the United States
Attorney has conferred with other components of the United States
Department of Justice ("DOJ") and proposes the following
limitations on any depositions of the plaintiff:

Plaintiff's deposition should await his anticipated release
on October 10, 2008, whereupon current security concerns would
not affect the DOJ.[1]  Alternatively, Plaintiff's deposition
should be deferred until such time as he provides a written and
unconditional waiver indicating that Plaintiff is willing to

_____

[1] This could be accomplished in any of several ways,
including a stay of all discovery in the action until October,
requiring an extension of all discovery dates of approximately
three months; proceeding with other discovery and waiting for
Plaintiff's deposition until October; allowing Plaintiff's
deposition to proceed by way of deposition upon written
interrogatories (with or without supplementation by an oral
deposition when he is released); or dismissal of the action
without prejudice to allow for reinstatement of the case after
Plaintiff's release.

**RECEIVED**

MAR **1 0** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

forego all special security consideration and limitations on visitation privileges which apply to him.[2]  If the Court requires further details as to these options, the DOJ proposes that such details be provided only in a secure manner.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

                                              /s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

---

[2]  Plaintiff appears to have already put into some jeopardy his individual security status by virtue of his pleading in this case.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Response To

The Court's February 6, 2008 Order has been made by mailing

copies thereof to:

JENNIFER L. HOLSMAN, ESQ.
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, AZ 85012

MARIANA DEL VALLE BRAVO, ESQ.
CARR MALONEY PC
1615 L Street, NW
Fifth Floor
Washington, DC 20036

PAUL J. MALONEY, ESQ.
CARR MALONEY, P.C.
1615 L Street, NW
Fifth Floor
Suite 500
Washington, DC 20036

SHANA LYN FROST, ESQ.
OFFICE OF THE ATTORNEY GENERAL
  FOR THE DISTRICT OF COLUMBIA
441 Fourth Street, NW
6th Floor South
Washington, DC 20001,  and

DANIEL P. STRUCK, ESQ.
JONES, SKELTON & HOCHULI
2901 North Central Avenue
Suite 800
Phoeniz, AZ 85012

on this 10th day of March, 2008.

/s/
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230