
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Bethea | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:07-00386 (RCL) |
| | ) |
| District of Columbia, et al., | ) |
| | ) |
| Defendants | ) |

**PLAINTIFF ROBERT BETHEA'S MOTION TO STAY AND REQUEST FOR TIME TO RESPOND TO AUSA'S RESPONSE TO THE COURT'S FEBRUARY 6, 2008 ORDER**

Plaintiff Robert Bethea ("Plaintiff"), by and through undersigned counsel, respectfully requests that this Court stay any ruling on the Defendants' Motion for Leave to Depose Plaintiff Robert Bethea in light of the Response filed by the Office of the United States Attorney for the District of Columbia ("AUSA") on March 10, 2008.[1] Plaintiff intends to file a reply to the AUSA's Response and respectfully requests that this Court grant him a period of twenty (20) days to discuss the proposed limitations with counsel. Plaintiff has not had an opportunity to discuss all of the options noted in the AUSA's response with counsel. While Plaintiff will make an effort to file a reply to the AUSA's Response as soon as possible, communications between him and counsel take some time due to his current situation.

Plaintiff has contacted counsel for Defendants regarding this Motion, but has not been able to speak with counsel for CCA and the individual defendants. Counsel for the District of Columbia, Shana Frost, has indicated that she does not oppose this Motion.

---

1    Although this Response was filed on March 10, 2008, Plaintiff did not receive a copy until March 12, 2008.

Respectfully submitted,


/s/ _Jacqueline E. Bennett_
Eric Dubelier
(D.C. Bar No. 419412)
Jacqueline E. Bennett, Esq.
(D.C. Bar No. 474355)
Reed Smith, LLP
1301 K Street, N.W.
East Tower – Suite 1100
Washington, D.C. 20005
(202) 414-9200

Philip Fornaci
(D.C. Bar. No. 434824)
Ivy A. Lange
(D.C. Bar No. 488147)
Washington Lawyers' Committee for
Civil Rights & Urban Affairs
Counsel for Robert Bethea
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036

Counsel for Plaintiff Robert Bethea

Dated: March 12, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the 12th of March 2008 via electronic filing on those parties who have entered their appearance in this action.

/s/ Jacqueline E. Bennett

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Bethea | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:07-00386 (RCL) |
| | ) |
| District of Columbia, et al., | ) |
| | ) |
| Defendants | ) |

### ORDER

Upon consideration of Plaintiff Robert Bethea's Motion to Stay and Request for Time to Respond to AUSA's Response to the Court's February 6, 2008 Order and any opposition thereto, it is hereby

ORDERED that Plaintiff Robert Bethea's Motion is GRANTED; it is further

ORDERED that Plaintiff Robert Bethea has twenty (20) days to reply to the AUSA's Response to the Court's February 6, 2008 Order.

_____
JUDGE ROYCE C. LAMBERTH

Date: _____