UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Bethea, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:07-00386 (RCL) |
| District of Columbia, et al., | ) |
| Defendants | ) |

**PLAINTIFF ROBERT BETHEA'S REPLY TO AUSA'S RESPONSE TO THE COURT'S FEBRUARY 6, 2008 ORDER**

Plaintiff Robert Bethea ("Plaintiff"), by and through undersigned counsel, respectfully files this Reply to the Response filed by the Office of the United States Attorney for the District of Columbia ("AUSA") on March 10, 2008.[1] Upon consideration of the options noted in the AUSA's Response, Plaintiff states the following:

(1) The AUSA recommended that Plaintiff's deposition take place in October after his release. Plaintiff would consent to an extension of the discovery deadline and other relevant deadlines in the current scheduling order to allow his oral deposition to be taken after his release, providing that other discovery proceeds as normal during this time period. Plaintiff recognizes that this would require at least a three-month extension to allow for his deposition to take place. At this point in time, Plaintiff will not sign a waiver foregoing all special security considerations.

(2) The AUSA suggested other options, which Plaintiff will address in turn:

---

[1] Although this Response was filed on March 10, 2008, Plaintiff did not receive a copy until March 12, 2008.

(a) A stay in discovery until Plaintiff's release: Plaintiff does not consent to all discovery being stayed until his release. There is no reason why other discovery cannot proceed during this time period.

(b) Plaintiff would consent to his deposition being taken on written questions, provided that adequate arrangements can be made with the AUSA. Plaintiff understands that this may not be a possibility due to security considerations and that this procedure would need to be researched by the AUSA.

(c) Plaintiff is opposed to a dismissal without prejudice of his case. As noted above, there is no reason other discovery cannot proceed before Plaintiff's release.

Respectfully submitted,

/s/ Jacqueline E. Bennett
Eric Dubelier
(D.C. Bar No. 419412)
Jacqueline E. Bennett, Esq.
(D.C. Bar No. 474355)
Reed Smith, LLP
1301 K Street, N.W.
East Tower – Suite 1100
Washington, D.C. 20005
(202) 414-9200

Philip Fornaci
(D.C. Bar. No. 434824)
Ivy A. Lange
(D.C. Bar No. 488147)
Washington Lawyers' Committee for
Civil Rights & Urban Affairs
Counsel for Robert Bethea
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036

Counsel for Plaintiff Robert Bethea

Dated: March 31, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the 31st of March 2008 via electronic filing on those parties who have entered their appearance in this action.

/s/ Jacqueline E. Bennett

Case 1:07-cv-00386-RCL    Document 58    Filed 03/31/2008    Page 4 of 4