UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROBERT BETHEA,** | ) ) ) | |
| Plaintiff, | ) ) | **Civil Action No. 07-0386 (RCL)** |
| v. | ) ) ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Upon consideration of plaintiff Robert Bethea's motion [57] to stay and request for time to respond to AUSA's response to the Court's February 6, 2008 Order and any opposition thereto, it is hereby

ORDERED that plaintiff's motion is GRANTED; it is further

ORDERED that plaintiff has until April 1, 2008, *nunc pro tunc*, to reply to the AUSA's response to the Court's February 6, 2008 Order.

SO ORDERED

Signed by United States District Judge Royce C. Lamberth, April 8, 2008.