UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ROBERT BETHEA,**     )<br>     )<br>    Plaintiff,     )<br>     )<br>v.     )<br>     )<br>**DISTRICT OF COLUMBIA,** *et al.*,     )<br>     )<br>    Defendants.     )<br>     )<br>_____ ) | **Civil Action No. 07-0386 (RCL)** |

## ORDER

Upon consideration of defendants' motion [52] to take videotaped deposition of inmate plaintiff Robert Bethea, the United States Attorney's response to this Court's February 6, 2008 Order, and plaintiff's reply thereto, it is hereby

ORDERED that defendants' motion is DENIED. Plaintiff's deposition shall await his anticipated release from prison set for October 10, 2008, and shall occur no later than November 10, 2008. It is further hereby

ORDERED that the deadlines set forth in this Court's Scheduling Order [51] dated January 15, 2008 shall be revised as appropriate after plaintiff's deposition is conducted. Within 10 days after plaintiff's deposition, the parties shall submit a proposed revised scheduling order—jointly if possible, separately if necessary.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, May 30, 2008.