IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Bethea,<br><br>    Plaintiff,<br><br> v.<br><br>District of Columbia, Corrections Corporation of America, Inc., Center for Correctional Health and Policy Studies, Inc., Warden Douglas Caulfield, Correctional Officer Roger Sinclair, Correctional Officer Bonnie Scott, Correctional Officer Nicole Hines,<br><br>    Defendants. | Civil Action No. 1:07-cv-00386-RCL |

## **ORDER**

  Upon Consideration of the Joint Motion to Take Videotaped Deposition of Inmate Gerald Cunningham, and finding good cause therefore, it is by the Court hereby,

  ORDERED that the Motion is granted; and it is

  FURTHER ORDERED that Defendants depose inmate Gerald Cunningham at United State Penitentiary – Coleman I in Coleman, Florida.

Dated:

  06/27/2008             /s/

                          ROYCE C. LAMBERTH
                          Chief Judge