UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Robert Bethea ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:07-00386 (RCL) |
| ) | |
| District of Columbia, et al., ) | |
| ) | |
| Defendants ) | |
| ) | |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

Plaintiff Robert Bethea ("Bethea") and defendants Corrections Corporation of America ("CCA"), the District of Columbia ("District"), Warden John Caulfield, Bonnie Scott, Roger Sinclair and Nicole Hines (collectively the "Defendants"), by counsel, jointly move this Court for an Order extending the discovery deadlines.

In support of this Joint Motion, and as grounds thereof, the parties state as follows:

(a) Factual discovery is currently set to close on August 1, 2008;

(b) Pursuant to this Court's Order on May 30, 2008, factual discovery must be extended past Mr. Bethea's current release date of October 10, 2008;

(c) No party will be prejudiced by this extension;

(e) Therefore, the Parties request that this Court enter an Order clarifying the fact that the current Scheduling Order is moot and continuing fact discovery until a time after Mr. Bethea's deposition is taken. At that time, the Parties agree to submit a Joint Proposed Scheduling Order within ten days after Mr. Bethea's deposition;

WHEREFORE, all parties to this action respectfully request this Honorable Court grant the instant Motion to Amend the Scheduling Order.

Dated: July 31, 2008              Respectfully submitted,

By  /s/ Jacqueline E. Bennett
Eric Dubelier, D.C. Bar No. 419412
Jacqueline E. Bennett, D.C. Bar No. 474355
REED SMITH, LLP.
1301 K. Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
Telephone:  (202) 414-9200
Facsimile:  (202) 414-9299

Philip Fornaci, D.C. Bar No. 434824
Ivy Lange, D.C. Bar No. 488147
WASHINGTON LAWYER'S COMMITTEE FOR
CIVIL RIGHTS & URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, DC  20036
Telephone:  (202) 319-1000
Facsimile:  (202) 319-1010

Attorneys for Plaintiff Robert Bethea

By  /s/ Jennifer L. Holsman
Daniel P. Struck, Bar No. CO00337
Jennifer L. Holsman, Bar No. 495296
JONES, SKELTON & HOCHULI
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Facsimile:  (602) 263-1784

Paul J. Maloney, DC Bar No. 362533
Colleen Durbin, DC Bar No. 500039
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC  20036
Telephone:  (202) 310-5500
Facsimile:  (202) 310-5555

Attorneys for Defendants, *District of Columbia, Corrections Corporation of America, John D. Caulfield, Roger Sinclair, Nicole Hines and Bonnie Scott*

By:  /s/ Shana L. Frost
Shana L. Frost, Esq., Bar No. 458021
Office of the Attorney General for the District of Columbia
441 Forth Street
6th Floor South
Washington D.C. 20001

Attorney for Defendants, *District of Columbia and Corrections Corporation of America*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Motion to Extend Discovery Deadlines was sent, this 31st day of July 2008, via electronic filing, to:

Daniel P. Struck, Esq.
Jennifer L. Holsman, Esq.
Jones, Skelton & Hochuli, PLC
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012

Shana Lynn Frost, Esq.
Office of the Attorney General for the District of Columbia
441 Forth Street
6th Floor South
Washington D.C. 20001

Paul J. Maloney, Esq.
Colleen Durbin, Esq.
Carr Maloney, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036

                                                                                                     _/s/ Jacqueline E. Bennett_____
                                                                                                     Jacqueline E. Bennett

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Bethea )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>District of Columbia, et al., )<br>)<br>Defendants )<br>) | Case No.: 1:07-00386 (RCL) |

### ORDER

Upon Consideration of the Joint Motion to Extend Discovery Deadlines, and finding good cause therefore, it is by the Court hereby

**ORDERED** that the Joint Motion is granted; it is further

**ORDERED** that the deadlines set forth within the Scheduling Order dated January 15, 2008 are moot and fact discovery does not close on August 1, 2008; and it is further

**ORDERED** that the Parties shall submit a proposed revised scheduling order within ten days after Plaintiff's deposition.

ROYCE C. LAMBERTH
United States District Judge

4